**TO BE SUPPLEMENTED**

**Schedule 2.1(b) – Fixed Assets**

{00010107:1}

**TO BE SUPPLEMENTED**

**Schedule 2.1(c) – Personal Property**

{00010107:1}

**TO BE SUPPLEMENTED**

**Schedule 2.1(e) – Licenses and Permits**

{00010107:1}

**TO BE SUPPLEMENTED**

**Schedule 2.1(g) – Intellectual Property**

{00010107:1}

**TO BE SUPPLEMENTED**

**Schedule 2.1(j) – Prepaid Assets**

{00010107:1}

**TO BE SUPPLEMENTED**

## Schedule 2.1(l) – Real Property

### Legal Description

All that certain lot, tract or parcel of land situated in the J. Peoples Survey, Abstract No. 9, Navarro County, Texas, being all of a called 22.321 acre tract described by deed recorded in Volume 877, Page 743, being part of a called 4.629 acre tract described by deed recorded in Volume 823, Page 135, being the abandoned portion of Powell Pike Street recorded in Volume 1463, Page 562, being a certain tract recorded in Volume 1448, Page 376, being part of Lots 8, 9, 10, 11, 12 and 13, Block C of the Parkdale Addition recorded in Volume 439, Page 16 and further described by deeds recorded in Volume 1448, Page 376, Volume 1555, Page 734, Instrument No. 2008-5112, Volume 1418, Page 483 (Tracts One and Two) of the Deed Records of Navarro County, Texas. Said tract or parcel of land being more fully described by metes and bounds as follows:

BEGINNING on a set 1/2" iron rod for the southeast corner of this tract and the above-mentioned abandoned Powell Pike Street located in the St. Louis and Southwestern Railroad R.O.W.; Witness: N28° 32' 55" E 20.1 feet, a found 1/2" iron rod located on the north ROW of the St. Louis and Southwestern Railroad;

THENCE with said abandoned Powell Pike Street N86° 49' 12" W 1320.43 feet to the southwest corner of this tract; Witness: N36° 36' 56" E 22.9 feet, a found 6od nail on said north railroad R.O.W.;

THENCE N36° 36' 56" E 391.03 feet to an angle corner of this tract; Witness: S36° 36' 56" W 23.0 feet, a set 1" iron pipe;

THENCE N07° 33' 11" E 33.31 feet to an ell corner of this tract; Witness: N83° 10' 45" W 2.2 feet, a 2" pipe post;

THENCE S83° 10' 45" E 126.76 feet to an ell corner of this tract; Witness: S83° 10' 45" E 1.8 feet, a 2" pipe post;

THENCE N06° 43' 46" E 95.86 feet to a set 1/2" iron rod for an ell corner of this tract;

THENCE N82° 26' 50" W 125.37 feet to a set 1/2" iron rod for an ell corner of this tract located on the east line of Valley Drive;

THENCE with said east line N07° 33' 11" E 198.37 feet to a found 1" iron rod for an ell corner of this tract located on said east line of Valley Drive;

THENCE S82° 23' 25" E 122.88 feet to a found 1/2" iron rod for an ell corner of this tract;

THENCE N08° 00' 04" E 50.00 feet to a set 1/2" iron rod for an ell corner of this tract;

{00010107:1}

THENCE N82° 23' 25" W 123.27 feet to a set 1/2" iron rod for an ell corner of this tract located on said east line of Valley Drive;

THENCE with said east line N07° 33' 11" E 49.97 feet to a set 1/2" iron rod for an ell corner of this tract;

THENCE S82° 23' 25" E 123.66 feet to a found 1/2" iron rod for an ell corner of this tract;

THENCE N05° 49' 58" E 50.77 feet to a found 1" iron pipe for an ell corner of this tract;

THENCE S83° 17' 39" E 25.49 feet to a found 1" iron pipe for an ell corner of this tract;

THENCE N07° 19' 55" E 113.04 feet to a found 1" iron pipe for the northwest corner of this tract located on the south ROW of State Highway No. 31;

THENCE with said ROW S88° 05' 40" E 149.98 feet, N88° 14' 20" E 150.20 feet, N85° 46' 47" E 126.03 feet, S04° 03' 18" W 12.40 feet, N82° 05' 18" E 295.35 feet and N67° 30' 15" E 63.25 feet to the most northerly northeast corner of this tract; Witness: N03° 54' 23" W 0.9 feet, a found T-Post;

THENCE S03° 54' 23" E 299.90 feet to a fence corner for an ell corner of this tract;

THENCE N77° 59' 42" E 300.39 feet to a found 1/2" iron rod for the most easterly northeast corner of this tract;

THENCE S04° 00' 35" E 319.63 feet to a found 1/2" iron rod for an angle corner of this tract;

THENCE S28° 32' 55" W 525.49 feet to the PLACE OF BEGINNING and containing 25.27 acres of land.

{00010107:1}

**TO BE SUPPLEMENTED**

**Schedule 4.1(b) – Seller Business Jurisdictions**

{00010107:1}

**TO BE SUPPLEMENTED**

**Schedule 4.1(c) – Seller's Corporate Organizational Chart**

{00010107:1}

**TO BE SUPPLEMENTED**

### Schedule 4.3 – Seller's Consents

{00010107:1}

**TO BE SUPPLEMENTED**

**Schedule 4.4 – Compliance with Law**

{00010107:1}

**TO BE SUPPLEMENTED**

## Schedule 4.8 – Material Contracts

**TO BE SUPPLEMENTED**

**Schedule 4.9 – Seller's Employee Benefit Plans**

{00010107:1}

**TO BE SUPPLEMENTED**