## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| NAVARRO PECAN COMPANY, INC., | ) Case No. 23-40266 (ELM) |
|  | ) |
| Debtor. [1] | ) |
|  | ) |
|  | ) **Ref. Docket No. 6 & 17** |

## <u>AFFIDAVIT OF SERVICE</u>

STATE OF CONNECTICUT )
                ) ss.:
COUNTY OF MIDDLESEX )

ANGHARAD BOWDLER, being duly sworn, deposes and says:

1. I am employed as Director of Client Services by Epiq Corporate Restructuring, LLC, with their principal office located at located at 777 Third Avenue, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. I caused to be served the:

    a. "Motion for Entry of an Order (A)Authorizing the Sale of Subject Assets Free and Clear of Liens, Claims, Encumbrances, and Other Interests, (B) Granting the Buyer the Protections Afforded to a Good Faith Purchaser, (C) Approving Buyer Protections in Connection with Sale of Assets of the Debtor and (D) Granting Related Relief" dated January 30, 2023 [Docket No. 6], (the "Sale Motion"), and

    b. "Notice of Hearing on Debtor's Motion for the Entry of an Order (A) Authorizing the Sale of Subject Assets Free and Clear of Liens, Claims, Encumbrances, and Other Interests, (B) Granting the Buyer the Protections Afforded to a Good Faith Purchaser,(C) Approving Buyer Protections in Connection with Sale of Assets of the Debtor and (D) Granting Related Relief," dated January 31, 2023 [Docket No. 17], (the "Hearing Notice"),

by causing true and correct copies of the:

    i. Sale Motion to be delivered via electronic mail on January 30, 2023, to those parties listed on the annexed <u>Exhibit A</u>,

---

[1] The Debtor's principal address is 4200 South Hulen Street, Suite 680, Fort Worth, Texas 76109. The Debtor's facilities are located at 2131 East Highway 31, Corsicana, Texas 75109.

    ii.       Hearing Notice to be delivered via electronic mail on January 31, 2023, to those parties listed on the annexed <u>Exhibit A</u>,

    iii.      Sale Motion and Hearing Notice to be enclosed securely in postage pre-paid envelope and delivered via overnight mail on January 31, 2023, to those parties listed on the annexed <u>Exhibit B</u>,

    iv.      Sale Motion and Hearing Notice to be enclosed securely in postage pre-paid envelope and delivered via first class mail on January 31, 2023, to those parties listed on the annexed <u>Exhibit C</u>,

    v.       Sale Motion and Hearing Notice to be delivered via electronic mail on January 31, 2023, to those parties listed on the annexed <u>Exhibit D</u>, and

    vi.      Hearing Notice to be delivered via electronic mail on January 31, 2023, to those parties listed on the annexed <u>Exhibit E</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

<i>/s/Angharad Bowdler</i><br>Angharad Bowdler

Sworn to before me this
1st day of February, 2023
<u>/s/ Amy E. Lewis</u>
Notary Public, State of Connecticut
Acct. No. 100624
Commission Expires August 31, 2027

# EXHIBIT A

Navarro Pecan Company, Inc. - Case No. 23-40266
Electronic Mail Master Service List

| Creditor Name | Email Address |
|---|---|
| Truist Bank | brent.mcilwain@hklaw.com |
| Hillcrest Bank | jwielebinski@winstead.com |
| RJS Holdings LLC | jeff@hansenattorneys.com |
| RJS Holdings LLC | gregg@lundberg-law.com |
| Muirhead Trucking, Inc. | chuckweaver@embarqmail.com |
| Navarro County | dallas.bankruptcy@lgbs.com |

Navarro Pecan Company, Inc. - Case No. 23-40266
Electronic Mail - Tax Service List

| Name | Email |
|---|---|
| TEXAS WORKFORCE COMMISSION | ombudsman@twc.texas.gov |

**EXHIBIT B**

NAVARRO PECAN COMPANY
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| AMC FREIGHT MANAGEMENT | 1605 BEECH ST EL PASO TX 79925 |
| AMC FREIGHT MANAGEMENT | P.O. BOX 371993 EL PASO TX 79937 |
| BANK DIRECT CAPITAL FINANCE | 150 NORTH FIELD DRIVE, SUITE 190 LAKE FOREST IL 60045 |
| CINTAS CORP. | CINTAS LOC 12 M P.O. BOX 650838 DALLAS TX 75265 |
| D&P COLD STORAGE | 324 SH 16 SOUTH GOLDTHWAITE TX 76844 |
| EASTERLIN PECAN COMPANY | P.O. BOX 216 MONTEZUMA GA 31063 |
| EASTERLIN PECAN COMPANY | 210 S DOOY ST MONTEZUMA GA 31063 |
| GREEN BAY PACKAGING INC. | BIN NO. 53139 MILWAUKEE WI 53288-0139 |
| GREEN BAY PACKAGING INC. | 1700 NORTH WEBSTER COURT GREEN BAY WI 54302 |
| HILLCREST BANK | 3102 MAPLE AVENUE, SUITE 120 DALLAS TX 75201 |
| HILLCREST BANK | C/O WINSTEAD PC ATTN: JOE WIELEBINSKI 2728 N. HARWOOD ST, STE 500 DALLAS TX 75201 |
| HILLCREST BANK | C/O NBH BANK ATTN: KEITH JORDAN 7800 EAST ORCHARD, SUITE 300 GREENWOOD VILLAGE CO 80111 |
| INTERNAL REVENUE SERVICE | SPECIAL PROCEDURES INSOLVENCY PO BOX 7346 PHILADELPHIA PA 19101-7346 |
| INTERNAL REVENUE SERVICE | SPECIAL PROCEDURES INSOLVENCY 2970 MARKET ST MAIL STOP 5-Q30-133 PHILADELPHIA PA 19104-5016 |
| INTERNAL REVENUE SERVICE | DEPARTMENT OF TREASURY INTERNAL REVENUE SERVICE CTR OGDEN UT 84201 |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | (COUNSEL TO NAVARRO COUNTY) 2777 STEMMONS FREEWAY STE 1000 DALLAS TX 75207 |
| MANSFIELD WAREHOUSING SERVICES INC | 614 JENKINS ST MANSFIELD LA 71052 |
| MUIRHEAD TRUCKING, INC. | P.O. BOX 1080 MABANK TX 75147 |
| MUIRHEAD TRUCKING, INC. | 18499 E US HIGHWAY 175 MABANK TX 75147 |
| NATURES FINEST FOODS LTD | 1505 PARAMOUNT PARKWAY BATAVIA IL 60510-1469 |
| NUTSOURCE INC | 1700 N LINCOLN HWY ST. CHARLES IL 60174 |
| OFFICE OF THE UNITED STATES TRUSTEE | 1100 COMMERCE ST, RM 976 DALLAS TX 75242 |
| PECAN PRODUCERS, INC. | 324 SH 16 SOUTH GOLDTHWAITE TX 76844 |
| PURE & NATURAL FOOD CONSORTIUM | 1700 LINCOLN HWY. SUITE H ST. CHARLES IL 60174 |
| PURE & NATURAL FOOD CONSORTIUM | 3001 STATE HWY 31 W E CORSICANA TX 75109 |
| RJS HOLDINGS LLC | ATTN: JEFF HANSEN 1101 N LITTLE SCHOOL RD ARLINGTON TX 76017-1900 |
| RJS HOLDINGS LLC | C/O LUNDBERG LAW, PLLC ATTN: GREGG LUNDBERG 501 N 8TH ST MIDLOTHIAN TX 76065 |
| SILLIKER INC | 3155 PAYSPHERE CIRCLE CHICAGO IL 60674 |
| SMURFIT KAPPA NO AMERICA LLC | MAIL CODE 5184 P.O. BOX 660367 DALLAS TX 75266-0367 |
| SNRA COMMODITIES INC | P.O. BOX 734056 DALLAS TX 75373-4056 |
| SNRA COMMODITIES INC | 6320 LA POSTA DR EL PASO TX 79912 |
| STATE OF TEXAS ATTORNEY GENERAL | ATTN: KEN PAXTON 300 W 15TH ST AUSTIN TX 78701 |
| STATE OF TEXAS ATTORNEY GENERAL | ATTN: KEN PAXTON PO BOX 12548 AUSTIN TX 78711-2548 |
| STATE OF TEXAS ATTORNEY GENERAL | PO BOX 13528 BANKRUPTCY AND COLLECTIONS, 8TH FLOOR, WPC BLD CAPITOL STATION AUSTIN TX 78711-3528 |
| TAX ADVISORS GROUP LLC | 12400 COIT ROAD STE. 960 DALLAS TX 75251 |
| THE HOME DEPOT | DBA SUPPLYWORKS P.O. BOX 844727 DALLAS TX 75284-4727 |
| TRUIST BANK | ATTN: ED HILL, JC FANNING 3333 PEACHTREE RD, NE 7TH FLOOR, SOUTH TOWER ATLANTA GA 30326 |
| TRUIST BANK | C/O HOLLAND & KNIGHT ATTN: BRENT R. MCILWAIN ONE ARTS PLAZA, 1722 ROUTH ST, STE 1500 DALLAS TX 75201 |
| U.S. ATTORNEY'S OFFICE FOR | THE NORTHERN DISTRICT OF TEXAS 1100 COMMERCE ST, 3RD FL DALLAS TX 75242-1699 |
| U.S. PECAN TRADING CO. LTD | 1117 ZUNI PL EL PASO TX 79925 |

NAVARRO PECAN COMPANY
SERVICE LIST

| **Claim Name** | **Address Information** |
| --- | --- |

Total Creditor count  40

NAVARRO PECAN COMPANY

SERVICE LIST

| Claim Name | Address Information |
| --- | --- |
| COMMUNITY NATIONAL BANK & | TRUST OF TEXAS ATTN: TIM STITES 321 NORTH 15TH STREET CORSICANA TX 75110 |

**Total Creditor count  1**

NAVARRO PECAN COMPANY
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| AT&T | 208 S AKARD ST DALLAS TX 75202-4206 |
| ATMOS | PO BOX 650205 DALLAS TX 75265-0205 |
| CITY OF CORSICANA | 200 N 12TH STREET CORSICANA TX 75110 |
| LUMINANT | 6555 SIERRA DRIVE IRVING TX 75039 |
| RELIANT ENERGY | P.O. BOX 3765 HOUSTON TX 77253-3765 |
| RELIANT ENERGY RETAIL SERVICES | DEPT: 650475 1501 NORTH PLANO RD. RICHARDSON TX 75081 |
| REPUBLIC SERVICES | PO BOX 9001099 LOUISVILLE KY 40290-1099 |
| REPUBLIC SERVICES | PO BOX 78829 PHOENIX AZ 85062-8829 |
| VERIZON WIRELESS | P.O. BOX 660108 DALLAS TX 75266-0108 |
| VYVE | 1501 W MISSISSIPPI ST DURANT OK 74701 |

**Total Creditor count  10**

NAVARRO PECAN COMPANY
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| 5TH AVENUE TEMPORARIES LLC | 112 G W JACKSON AVE CORSICANA TX 75110 |
| AETNA | 151 FARMINGTON AVE HARTFORD CT 06156 |
| AFLAC | ATTN: REMITTANCE PROC SVCS 1932 WYNNTON ROAD COLUMBUS GA 31999 |
| AMERIFLEX | PO BOX 871655 KANSAS CITY MO 64187 |
| METLIFE | P.O. BOX 804466 KANSAS CITY MO 64180 |
| PATILLO, BROWN & HILL LLP | 401 W STATE HIGHWAY 6 WACO TX 76710 |
| PAYCHEX | 911 PANAROMA TRAIL SOUTH ROCHESTER NY 14625 |
| SOUTHEASTERN EMPLOYEE BENEFIT SERVICES | 4837 CAROLINA BEACH ROAD, SUITE 112 WILMINGTON NC 28412 |

**Total Creditor count 8**

**EXHIBIT C**

Navarro Pecan Company
SERVICE List

| Claim Name | Address Information |
|---|---|
| CITY OF CORSICANA | 200 N 12TH STREET CORSICANA TX 75110 |
| NAVARRO COUNTY TAX ASSESSOR | 601 N. 13TH STREET, SUITE 2 CORSICANA TX 75110 |
| TEXAS COMPTROLLER OF PUBLIC ACCOUNTS | PO BOX 13528 CAPITOL STATION AUSTIN TX 78711-3528 |
| TEXAS COMPTROLLER OF PUBLIC ACCOUNTS | LYNDON B. JOHNSON STATE OFFICE BUILDING 111 EAST 17TH STREET AUSTIN TX 78774 |
| TEXAS WORKFORCE COMMISSION | 101 E 15TH ST AUSTIN TX 78778 |

Total Creditor count  5

NAVARRO PECAN COMPANY
SERVICE LIST

| Claim Name | Address Information |
| --- | --- |
| 5 STAR PRINTING | 2461 CHRISTIAN ROAD ENNIS TX 75119 |
| A&D COLD STORAGE INC. | 512 SOUTHBRIDGE STREET WORCESTER MA 01610 |
| A.L. SCHUTZMAN COMPANY | N21W23560 RIDGEVIEW PKWY WEST WAUKESHA WI 53188 |
| ABRAHAM SALDANA | ADDRESS ON FILE |
| ACTION AUTOMATIC SPRINKLER INC. | PO BOX 797 WAXAHACHIE TX 75168 |
| ADRIAN ESPINOZA SANCHEZ | ADDRESS ON FILE |
| ADRIANA LOPEZ | ADDRESS ON FILE |
| ADRIANA SALAZAR | ADDRESS ON FILE |
| AGATHA C RUIZ | ADDRESS ON FILE |
| AIRGAS USA LLC | P.O. 734671 DALLAS TX 75373-4671 |
| ALBA LOPEZ SANCHES | ADDRESS ON FILE |
| ALBANESE CONFECTIONERY | 5441 E. LINCOLN HWY MERRILLVILLE IN 46410 |
| ALBERTINA MARTINEZ | ADDRESS ON FILE |
| ALDINGER COMPANY | 1440 PRUDENTIAL DRIVE DALLAS TX 75235 |
| ALEJANDRA VILLEGAS | ADDRESS ON FILE |
| ALLIED ELECTRONICS | PO BOX 2325 FORT WORTH TX 76113 |
| AMERICAN DAIRY QUEEN CORPORATION | 8000 TOWER, SUITE 700 8331 NORMAN CENTER DRIVE MINNEAPOLIS MN 55437 |
| AMVT LLC | P O BOX 941086 HOUSTON TX 77094 |
| ANA CORTES | ADDRESS ON FILE |
| ANA ISABEL LOBOS ZELAYA | ADDRESS ON FILE |
| ANABEL JIMENEZ | ADDRESS ON FILE |
| ANAYELI LEON MANRIQUEZ | ADDRESS ON FILE |
| ANGEL CAZARES | ADDRESS ON FILE |
| ANGELA MELGAR | ADDRESS ON FILE |
| ANTONIA GARCIA | ADDRESS ON FILE |
| APPLE VALLEY FOODS | PO BOX 516 KENTVILLE NOVA SCOTIA B4N 3X3 CANADA |
| ARACELI LEON MANRIQUEZ | ADDRESS ON FILE |
| ARATH AGUILAR ANZUREZ | ADDRESS ON FILE |
| ARCADIO HERNANDEZ | ADDRESS ON FILE |
| ARELI FARELAS SANCHEZ | ADDRESS ON FILE |
| ARMORY STREET COLD STORAGE LLC | 120 WASHINGTON STREET WORCESTER MA 01610 |
| ARTURO BALDERAS | ADDRESS ON FILE |
| ARTURO SANCHEZ | ADDRESS ON FILE |
| ASPIRE BAKERIES | 6500 OVERLAKE PLACE NEWARK CA 94560 |
| ATG COMPUTER SOLUTIONS LLC | P.O. BOX 2912 MCKINNEY TX 75070 |
| ATKINSON PECAN LLC | 5993 FM1301 ROAD WHARTON TX 77488 |
| AURELIA AGUILAR | ADDRESS ON FILE |
| AURORA RAMOS | ADDRESS ON FILE |
| AUTOMATED TIME KEEPING INC | 13100 WORTHAM CENTER BLVD. 3RD. FLOOR HOUSTON TX 77065 |
| AZUCENA DOMINQUEZ | ADDRESS ON FILE |
| B2B INDUSTRIAL PACKAGING | 1026 AVENUE M GRAND PRAIRIE TX 75050 |
| BACKUP BARCODE SYSTEMS | 800 SECURITY ROW SUITE 2 RICHARDSON TX 75081 |
| BARKE GROUP, INC. | P.O. BOX 44203 EDEN PRAIRIE MN 55344 |
| BEATRIS BARRAZA RUBIO | ADDRESS ON FILE |
| BILL MILLER BAR-B-QUE | 301 SOUTH FLORES STREET SAN ANTONIO TX 78204 |
| BLANCA GONZALEZ | ADDRESS ON FILE |
| BLANCA MOLINA | ADDRESS ON FILE |
| BLANCA TORRES | ADDRESS ON FILE |
| BRENT MCILWAIN HOLLAND & KNIGHT LLP | ONE ARTS PLAZA 1722 ROUTH STREET, SUITE 1500 DALLAS TX 75201 |

| Claim Name | Address Information |
|---|---|
| BRUCE ROY | PO BOX 191 MANSURA LA 71350 |
| BYLINE FINANCIAL GROUP | 2801 LAKESIDE DRIVE, SUITE 212 DEERFIELD IL 60015 |
| C.H. POWELL COMPANY | 75 SHAWMUT ROAD CANTON MA 02021 |
| C.J. DANNEMILLER COMPANY | 5300 S. HAMETOWN ROAD BARBERTON OH 44203 |
| CAPITAL FOOD COMPANY | 12836 ALONDRA BLVD CERRITOS CA 90703 |
| CAPITAL ONE TRADE CREDIT | P.O. BOX 105525 ATLANTA GA 30348-5525 |
| CARMELA SANCHEZ | ADDRESS ON FILE |
| CARMEN M. CARMONA | ADDRESS ON FILE |
| CATALINA FLORES | ADDRESS ON FILE |
| CATALINA LOPEZ | ADDRESS ON FILE |
| CECILLA ARENAS | ADDRESS ON FILE |
| CELSO AYALA | ADDRESS ON FILE |
| CHART POOL USA INC. | 5695 OLD PORTER ROAD PORTAGE IN 46368 |
| CHASE CARD SERVICES | PO BOX 6294 CAROL STREAM IL 60197 |
| CHRISTOPHER RILEY | ADDRESS ON FILE |
| CITIBANK N.A. | 388 GREENWICH STREET, 25TH FLOOR MAIL DROP 7 NEW YORK NY 10013 |
| COMBI PACKAGING SYSTEMS LLC | P.O. BOX 35878 CANTON OH 44735 |
| CONAGRA FOODS | 222 WEST MERCHANDISE MART PLAZA SUITE 1300 CHICAGO IL 60654 |
| CONSOLIDATED REFRIGERATION TEC | P.O. BOX 551267 DALLAS TX 75355 |
| CORSICANA & NAVARRO COUNTY | CHAMBER OF COMMERCE 120 N. 12TH STREET CORSICANA TX 75110 |
| CORSICANA NAPA AUTO PARTS | CORPORATE BILLING LLC DEPT. 100 P.O. BOX 83064 BIRMINGHAM AL 35283 |
| CORSICANA WELDING SUPPLY | 2151 E. HWY. 31 CORSICANA TX 75109 |
| CPR LLC | P.O. BOX 8051 BOSSIER CITY LA 71113 |
| CREATIVE SNACKS CO. | 4165 MENDENHALL OAKS PKWY HIGH POINT NC 27265 |
| CRISTINA MARTINEZ | ADDRESS ON FILE |
| D&P COLD STORAGE | 324 SH 16 SOUTH GOLDTHWAITE TX 76844 |
| D. MCCREA & SON | PO BOX 151 YANCEY TX 78886-0151 |
| DABO INT | SUITE B 310 LG SEOLIEUNG ECRAT 142 3 SAMESEONG DONG GANGNAM GU SEOUL 00013-5876 KOREA |
| DAKOTA DISTRIBUTING LP | P.O. BOX 171523 ARLINGTON TX 76003 |
| DALIA CONTERAS | ADDRESS ON FILE |
| DALIA GODINEZ | ADDRESS ON FILE |
| DANIEL CRUZ PACHECO | ADDRESS ON FILE |
| DANIEL J GATEWOOD | ADDRESS ON FILE |
| DAVID J SMITH | 105 GRAND DRIVE CARY IL 60013 |
| DAZARIE KUENA | ADDRESS ON FILE |
| DEAN DAIRY ICE CREAM LLC | PO BOX 955235 FORT WORTH TX 76155 |
| DEAN LLOYD ENTERPRISES INC. | PO BOX 1141 MONTGOMERY AL 60538 |
| DEBBIE ROY BROKERAGE CO | 504 ACTON ROAD P.O. BOX 98 MARKSVILLE LA 71351 |
| DEERE & COMPANY | 6400 NW 86TH STREET JOHNSTON IA 50131 |
| DEFINITI | 2201 TIMBERLOCH PLACE, STE. 150 THE WOODLANDS TX 77380 |
| DEIBEL LABORATORES | PO BOX 1056 OSPREY FL 34229 |
| DELAGE LANDEN FINANCIAL SERVICES | PO BOX 41602 PHILADELPHIA PA 19101 |
| DELIA SANCHES | ADDRESS ON FILE |
| DOMINGA TOMAS | ADDRESS ON FILE |
| DULCE CHARQUENO | ADDRESS ON FILE |
| DUTCH VALLEY FOODS | 7615 LANCASTER AVE MYERSTOWN PA 17067 |
| E GLOBAL SHIPPING | 13921 HWY 105W CONROE TX 77304 |
| ECO TERRA | GMBH AM QUARZITBRUCH 7 EPPSTEIN 65817 GERMANY |

NAVARRO PECAN COMPANY
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| ECOVADIS SAS | 43 AVE DE LA GRANDE ARMEE PARIS 75116 FRANCE |
| EDGE BIOLOGICALS INC | P.O. BOX 11989 MEMPHIS TN 38111 |
| EDICT SYSTEMS INC. | L-3115 COLUMBUS OH 43260 |
| EDMUNE AIRES | ADDRESS ON FILE |
| EDUARDO MIRAFUENTES | ADDRESS ON FILE |
| EFFRAIN LORA | ADDRESS ON FILE |
| ELECTRICO INC. | P.O. BOX 3097 CORSICANA TX 75151 |
| ELIAN GARCIA | ADDRESS ON FILE |
| ELISA AGUILAR | ADDRESS ON FILE |
| ELISEO ARELLANO CASAS | ADDRESS ON FILE |
| ELIZABETH RODRIGUEZ AGUILAR | ADDRESS ON FILE |
| ELIZABETH TOLEDANO | ADDRESS ON FILE |
| ELLIOT ELECTRIC SUPPLY | P.O. BOX 206524 DALLAS TX 75320 |
| ELMER MARTINEZ | ADDRESS ON FILE |
| ELVIRA LOPEZ | ADDRESS ON FILE |
| ENEDINA FIGUEROA | ADDRESS ON FILE |
| ENNIO BARRERA | ADDRESS ON FILE |
| EPA - REGION 6 | FOUNTAIN PLACE 12TH FL, STE 1200 1445 ROSS AVE DALLAS TX 75202-2733 |
| ERASMO ESPINOZA | ADDRESS ON FILE |
| ERIKA GUEVARA | ADDRESS ON FILE |
| ERMELINDA ALVAREZ ACUNA | ADDRESS ON FILE |
| ERTELALSOP | 132 FLATBUSH AVENUE KINGSTON NY 12401 |
| ESC CONSULTANTS | P.O. BOX 691447 SAN ANTONIO TX 78269 |
| ESTEBAN AYALA | ADDRESS ON FILE |
| EUGENIO AYALA | ADDRESS ON FILE |
| EULER HERMES SERVICES | C/O FINANCE DEPARTMENT 800 RED BROOK BLVD. OWINGS MILLS MD 21117 |
| EVANS BROKERAGE COMPANY | 1 RIVERVIEW DRIVE BARRINGTON RI 02806-2535 |
| FEDEX | P.O. BOX 660481 DALLAS TX 75266-0481 |
| FELICITAS COLE | ADDRESS ON FILE |
| FERNANDO GARCIA | ADDRESS ON FILE |
| FERNANDO MOLINA DELACRUZ | ADDRESS ON FILE |
| FERNANDO O PALACIOS | ADDRESS ON FILE |
| FERRARA CANDY COMPANY OLD POST OFFICE | 404 W. HARRISON STREET, SUITE 650 CHICAGO IL 60607 |
| FERVALUE USA INC. | 7 SYLVAN WAY PARSIPPANY NJ 07054 |
| FIELDS PIES | 100 FIELDS ROW PAULS VALLEY OK 73075 |
| FOCUS BRANDS | 5620 GLENRIDGE DR. NE ATLANTA GA 30342 |
| FORTIS SOLUTIONS GROUP | P.O. BOX 369 CATOOSA OK 74015 |
| FRANCISCO AVALOS | ADDRESS ON FILE |
| FRANCISCO MOLINA | ADDRESS ON FILE |
| FRANCISCO ROMERO | ADDRESS ON FILE |
| GALENA CAPITAL PARTNERS | 800 W MAIN STREET, SUITE 1460 BOISE ID 83702 |
| GARY KINCAID SCALE CO | PO BOX 1969 FORNEY TX 75126 |
| GEMA RODRIGUEZ | ADDRESS ON FILE |
| GENERAL MILLS OPERATIONS LLC | 1 GENERAL MILLS BLVD. MINNEAPOLIS MN 55426 |
| GLOBAL BOTTOMLINE | PO BOX 7004 GRANBURY TX 76049 |
| GLOBAL EQUIPMENT COMPANY | 29833 NETWORK PLACE CHICAGO IL 60673-1298 |
| GLOBAL TRADING & AGENCY | STATIONSWEG 35 3362 HA SLIEDRECHT NETHERLANDS |
| GLORIA PEREZ TORRES | ADDRESS ON FILE |
| GOVECO FOOD BROKERS | 3 NUBANUSIT LANE PETERSBOROUGH NH 03458 |

| Claim Name | Address Information |
| --- | --- |
| GRACIELA SANCHEZ | ADDRESS ON FILE |
| GRAPHIC CONTROLS | P.O. BOX 1271 BUFFALO NY 14240 |
| GUADALUPE HERNANDEZ | ADDRESS ON FILE |
| GUADALUPE J AYALA | ADDRESS ON FILE |
| GUADALUPE M. AYALA | ADDRESS ON FILE |
| GUSTAVO MOCTEZUMA | ADDRESS ON FILE |
| H & W INGREDIENTS | 8400 BROOKFIELD AVENUE BROOKFIELD IL 60513 |
| H.P. HOOD LLC | SIX KIMBALL LANE LYNNFIELD MA 01940 |
| HAYWARD SCOTT | ADDRESS ON FILE |
| HEART OF TEXAS | NETWORK CONSULTANTS 703 WILLOW GROVE RD. WACO TX 76712 |
| HECTOR MAGANA | ADDRESS ON FILE |
| HELEN B JORDAN | ADDRESS ON FILE |
| HERC RENTALS | P.O. BOX 936257 ATLANTA GA 31193 |
| HERMINIA MORENO | ADDRESS ON FILE |
| HILLBRUSH INC. | 811 ROLYN AVE ROSEDALE MD 21237 |
| HOWARDS FIRE EXTINGUISHER SERV | P.O. BOX 2372 CORSICANA TX 75151 |
| HR DIRECT | PO BOX 699390 POMPANO BEACH FL 33066 |
| HUMDINGER LTD | GOTHENBURG WAY HULL HU7 0YG UNITED KINGDOM |
| IDV SAFESITE | 237 EAST MAIN STREET WACONIA MN 55387 |
| INTERNAL REVENUE SERVICE | SPECIAL PROCEDURES INSOLVENCY PO BOX 7346 PHILADELPHIA PA 19101-7346 |
| INTERSNACK PROCUREMENT BV | HAVENSTRAAT 62 7005 AG DOETINCHEM NETHERLANDS |
| IRMA GARCIA | ADDRESS ON FILE |
| ISRAEL MADRIZ | ADDRESS ON FILE |
| JACKSON-HIRSH INC | 700 ANTHONY TRAIL NORTHBROOK IL 60062-2542 |
| JAMES & HAUGLAND PC | 609 MONTANA AVENUE EL PASO TX 79902 |
| JAMES MANUFACTURING INC. | P.O. BOX 125 CORSICANA TX 75151-0125 |
| JANE HARRIS | ADDRESS ON FILE |
| JANESSA ROGAN | ADDRESS ON FILE |
| JANET SANCHEZ | ADDRESS ON FILE |
| JAQUELINE CIPRIANES | ADDRESS ON FILE |
| JAYHAWK INDUSTRIAL SERVICES | 1015 INDUSTRIAL DR. ROYSE CITY TX 75189 |
| JENNIFER SANTOS | ADDRESS ON FILE |
| JESUS MERCADO | ADDRESS ON FILE |
| JOAQUINA P MALDONADO | ADDRESS ON FILE |
| JOE W FLY COMPANY | PO BOX 678106 DALLAS TX 75267 |
| JOHN A HUTCHENS | ADDRESS ON FILE |
| JOHN DEERE FINANCIAL | PO BOX 650215 DALLAS TX 75265 |
| JOHN H. GARONI | 8827 WHISPER GATE BOERNE TX 78015 |
| JOHNSON SUPPLY CO | P.O. BOX 4481 MSC 500 HOUSTON TX 77210 |
| JORGE PAREDES | ADDRESS ON FILE |
| JOSE ARELLANO | ADDRESS ON FILE |
| JOSE BALDERAS | ADDRESS ON FILE |
| JOSE DANIEL FAUSTINO | ADDRESS ON FILE |
| JOSE L CABRERA | ADDRESS ON FILE |
| JOSE LOPEZ ROSALES | ADDRESS ON FILE |
| JOSE M GARCIA | ADDRESS ON FILE |
| JOSE MARTINEZ | ADDRESS ON FILE |
| JOSE SOSA | ADDRESS ON FILE |
| JOSE YANEZ | ADDRESS ON FILE |

| Claim Name | Address Information |
|---|---|
| JOSEPH WIELEBINSKI WINSTEAD PC | 2728 N. HARWOOD STREET, SUITE 500 DALLAS TX 75201 |
| JUAN MARTINEZ | ADDRESS ON FILE |
| JUANA RODRIGUEZ | ADDRESS ON FILE |
| JUDY MOSLEY | ADDRESS ON FILE |
| KAESER COMPRESSORS | PO BOX 946 FREDERICKSBURG VA 22404 |
| KARINA GARCIA | ADDRESS ON FILE |
| KARS NUTS | 1200 E. 14 MILE ROAD MADISON HEIGHTS MI 48071 |
| KELLOGG COMPANY | 1 KELLOGG SQUARE BATTLE CREEK MI 49017 |
| KERENS GRAIN & ELEVATOR | 811 NW 2ND PO BOX 223 KERENS TX 75144 |
| KIND HEALTHY SNACKS | PO BOX 705 NEW YORK NY 10018 |
| KING NUTS & RAAPHORST BV | GROOTE WETERING SPANJEWEG 4 2411 PX BODEGRAVEN NETHERLANDS |
| KRAFT HEINZ | 200 E. RANDOLPH STREET SUITE 7600 CHICAGO IL 60601 |
| KROGER MANUFACTURING | PO BOX 1889 GRAND RAPIDS MI 49501 |
| LARRY GATEWOOD | ADDRESS ON FILE |
| LAUGHLIN SALES CORPORATION | PO BOX 163873 FORT WORTH TX 76161 |
| LEHIGH FOOD SALES INC. TERRY MUTH | P.O. BOX 279 CENTER VALLEY PA 18034 |
| LEONS CANDY | BUTLERS RUN BREEZEWAY 138 2ND AVENUE N. STE 102 NASHVILLE TN 37201 |
| LIFT TRUCK SUPPLY INC. | P.O. BOX 8251 TYLER TX 75711 |
| LINA CEDILLO | ADDRESS ON FILE |
| LOGISTICS DYNAMICS LLC | P.O BOX 675297 DETROIT MI 48267 |
| LONESTAR FORKLIFT | P.O. BOX 561075 DENVER CO 80256-1075 |
| LONGHORN INDUSTRIAL SUPPLY INC | P.O. BOX 8675 ENNIS TX 75120 |
| LUIS GUTIERREZ | ADDRESS ON FILE |
| LUIS L HIDALGO | ADDRESS ON FILE |
| LUIS PACHECO FAJARDO | ADDRESS ON FILE |
| LUIS R CAZARES CASTILLO | ADDRESS ON FILE |
| LUIS VASQUEZ | ADDRESS ON FILE |
| LUISA LARA | ADDRESS ON FILE |
| MACARMEN AYALA ANZUREZ | ADDRESS ON FILE |
| MAGDAIT H FLORES | ADDRESS ON FILE |
| MAGDAIT H. FLORES | MANSFIELD WAREHOUSING SERVICES INC. 614 JENKINS MANSFIELD LA 71052 |
| MARATHON ASSOCIATES INC | 207 CHESHIRE WAY NAPLES FL 34110-4410 |
| MARCIA RAMOS LARA | ADDRESS ON FILE |
| MARGARITA CAMACHO | ADDRESS ON FILE |
| MARGARITA GONZALEZ | ADDRESS ON FILE |
| MARGARITA MOCTEZUMA | ADDRESS ON FILE |
| MARIA AGUILAR GALICIA | ADDRESS ON FILE |
| MARIA C YEBRA | ADDRESS ON FILE |
| MARIA D PILAR MIRAFUENTES | ADDRESS ON FILE |
| MARIA DELCARMEN MOLINA | ADDRESS ON FILE |
| MARIA DURAN | ADDRESS ON FILE |
| MARIA G FARELAS | ADDRESS ON FILE |
| MARIA LETICIA ALMANZA | ADDRESS ON FILE |
| MARIA LUCIO | ADDRESS ON FILE |
| MARIA MANRIQUEZ | ADDRESS ON FILE |
| MARIA PIZANA ALVARADO | ADDRESS ON FILE |
| MARIA SANTILLAN | ADDRESS ON FILE |
| MARIO PEREZ | ADDRESS ON FILE |
| MARIO RAMIREZ | ADDRESS ON FILE |

| Claim Name | Address Information |
|---|---|
| MARK E. FRANKS | ADDRESS ON FILE |
| MARTHA SANCHEZ | ADDRESS ON FILE |
| MARTIZA RAMIREZ | ADDRESS ON FILE |
| MARY M MAGERS | ADDRESS ON FILE |
| MAURA LOPEZ | ADDRESS ON FILE |
| MAURICIO GARZON ZAMORA | ADDRESS ON FILE |
| MAURICIO RODRIGUEZ | ADDRESS ON FILE |
| MCKEE LUMBER & TRUE VALUE | 104 N. 7TH STREET CORSICANA TX 75110 |
| MEDICAL & SURGICAL ENVIVA | 219 W 6TH CORSICANA TX 75110 |
| MELISANDRA G MARTINEZ | ADDRESS ON FILE |
| METTLER TOLEDO LLC | PO BOX 730867 DALLAS TX 75373 |
| MEYER LABORATORY INC. | 2401 W. JEFFERSON BLUE SPRINGS MO 64015-7298 |
| MIGUEL JIMENEZ | ADDRESS ON FILE |
| MIGUEL VARGAS | ADDRESS ON FILE |
| MIREYA YANEZ | ADDRESS ON FILE |
| MIRNA ESCOBAR | ADDRESS ON FILE |
| MODERN ELECTRONICS EQUIPMENT INC. | 280 INDEPENDENCE AVE. GRAND CANE LA 71032 |
| MONSERATH LOPEZ ARREOLA | ADDRESS ON FILE |
| NAVARRO CENTRAL APPRAISAL DISTRICT | CHIEF APPRAISER 1250 N. 45TH STREET CORSICANA TX 75110 |
| NAVCO SAFE AND LOCK COMPANY | 943 W 7TH AVENUE CORSICANA TX 75110 |
| NELSON PROPANE INC | P.O. BOX 2127 CORSICANA TX 75151 |
| NEOGEN CORPORATION | 25153 NETWORK PLACE CHICAGO IL 60673-1251 |
| NERY LINARES | ADDRESS ON FILE |
| NEW PIG CORPORATION ONE PORK AVE. | P.O. BOX 304 TIPTON PA 16684-0304 |
| NEXEO | 62190 COLLECTIONS CENTER DRIVE CHICAGO IL 60693 |
| NICOLAS VARGAS | ADDRESS ON FILE |
| NIDA TRADING CORPORATION | 2385 DELTA LANE ELK GROVE VILLAGE IL 60007 |
| NISSHA MEDICAL TECHNOLOGIES | PO BOX 1271 BUFFALO NY 14240 |
| NORMA AYALA | ADDRESS ON FILE |
| NORMA LEDESMA ROSALES | ADDRESS ON FILE |
| NORMA MONGE | ADDRESS ON FILE |
| NORMA ROLDAN | ADDRESS ON FILE |
| NUTS 2 B V | STATIONSWEG 35 3362 HA SLIEDRECHT NETHERLANDS |
| NUTTOS PEANUT & POPCORN SUPPLY | 3807 SENECA STREET WEST SENECA NY 14224 |
| NUTTOS PEANUT CO. | 3807 SENECA STREET WEST SENECA NY 14224 |
| NYM CORPORATION C/O DONNA EDWARDS | 1325 W STURBRIDGE DRIVE HOFFMAN ESTATES IL 60192 |
| ODALIS LARA | ADDRESS ON FILE |
| OFFICE OF SEC. OF STATE OF TEXAS | HON. ROLANDO B. PABLOS 1100 CONGRESS CAPITOL BLDG, ROOM 1E.8 AUSTIN TX 78701 |
| OLGA GARCIA | ADDRESS ON FILE |
| OLGA RODRIGUEZ CRUZ | ADDRESS ON FILE |
| OMAR SAGASTUME | ADDRESS ON FILE |
| ONEYDA LARA | ADDRESS ON FILE |
| OSCAR AYALA | ADDRESS ON FILE |
| OWEN HARDWARE INC. | 222 N. COMMERCE CORSICANA TX 75110 |
| PAM J FERGUSON | ADDRESS ON FILE |
| PANERA BREAD | 3630 S. GEYER ROAD SUITE 100 SAINT LOUIS MO 63127 |
| PATRICIA FARELAS | ADDRESS ON FILE |
| PB&H BENEFITS LLC | 401 WEST HIGHWAY 6 PO BOX 20725 WACO TX 76702 |
| PECAN DELUXE CANDY CO. | 2570 LONE STAR DRIVE DALLAS TX 75212 |

| Claim Name | Address Information |
|---|---|
| PECAN GROVE FARMS MARKETING LLC | 2310 N. HENDERSON AVENUE DALLAS TX 75206 |
| PEDRO VILLAGRANA NUNEZ | ADDRESS ON FILE |
| PERRYS ICE CREAM CO., INC. | 1 ICE CREAM PLAZA AKRON NY 14001 |
| PHYLLIS TIDWELL | ADDRESS ON FILE |
| PRECISION FOOD INNOVATIONS | P.O. BOX 323 PELLA IA 50219 |
| PRESTO-X | P.O. BOX 13848 READING PA 19612-3848 |
| PRIORITY 1 INC | P.O. BOX 840808 DALLAS TX 75284-0808 |
| PROFILE FILMS | P.O. BOX 30516 DEPT 6084 LANSING MI 48909-8016 |
| PURVIS INDUSTRIES LLC | P.O. BOX 540757 DALLAS TX 75354-0757 |
| QUADIENT FINANCE USA INC | PO BOX 6813 CAROL STREAM IL 60197-6813 |
| QUAKER TRANSPORTATION INC | P.O. BOX 11388 LANCASTER PA 17605-1388 |
| QUALITY BAKERY PRODUCTS INC. | 14330 INTERDRIVE W HOUSTON TX 77032 |
| QUALITY DAIRY COMPANY | 111 W. MT. HOPE AVENUE LANSING MI 48910 |
| RAMON RAMIREZ | ADDRESS ON FILE |
| RANDY'S ELECTRIC INC. | 8377 SW CO RD 2050 PURDON TX 76679 |
| RAUL RUIZ | ADDRESS ON FILE |
| REHAB AND MAINTENANCE SERVICES | PO BOX 994 DALLAS TX 75312 |
| RENTOKIL | P.O. BOX 740608 CINCINNATI OH 45274-0608 |
| REPUBLIC SERVICES | PO BOX 78829 PHOENIX AZ 85062-8829 |
| RETA SOS | ADDRESS ON FILE |
| RMF STEEL PRODUCTS CO | 4417 EAST 119TH STREET GRANDVIEW MO 64030 |
| ROBERTO JACABO | ADDRESS ON FILE |
| ROBERTO ORTUNO | ADDRESS ON FILE |
| RODOLFO MALDONADO | ADDRESS ON FILE |
| ROGELIO CUELLAR | ADDRESS ON FILE |
| ROSA GONZALEZ | ADDRESS ON FILE |
| ROSA ISELA SANCHEZ | ADDRESS ON FILE |
| ROSALVA ARAGON | ADDRESS ON FILE |
| RUBEN HERNANDEZ PEREZ | ADDRESS ON FILE |
| RUSSELL STOVER CANDIES | 4900 OAK STREET KANSAS CITY MO 64112 |
| RUTH B PINEDA | ADDRESS ON FILE |
| S KAMBERG & CO LTD. | 99 POWERHOUSE ROAD SUITE 204 ROSLYN HEIGHTS NY 11577 |
| SAF T GARD INTL INC | P.O. BOX 7694 CAROL STREAM IL 60197 |
| SANDERS CANDY | 23770 HALL ROAD CLINTON TOWNSHIP MI 48036 |
| SANDRA GRANADINO | ADDRESS ON FILE |
| SANQUIN IND INC | 14578 HWY 34 NORTH TERRELL TX 75160 |
| SANTA ELVIRA GOVEA | ADDRESS ON FILE |
| SAS DISTRIBUTION | 26865 INTERSTATE 45 S SUITE 200 WOODLANDS TX 77380 |
| SATAKE USA LOCK BOX | P.O. BOX 841076 DALLAS TX 75284-1076 |
| SAUL VASQUEZ CANTU | ADDRESS ON FILE |
| SAVAGE EQUIPMENT INC | 1020 INDUSTRIAL ROAD MADILL OK 73446 |
| SEBASTIAN TURRUBIARTES | ADDRESS ON FILE |
| SECURITIES AND EXCHANGE COMMISSION | ATTN SEC HEADQUARTERS 100 F ST, NE WASHINGTON DC 20549 |
| SECURITIES AND EXCHANGE COMMISSION | FORT WORTH REGIONAL OFFICE ATTN SHAMOIL SHIPCHANDLER, REG DIR 801 CHERRY ST, STE 1900, UNIT 18 FORT WORTH TX 76102 |
| SETH PRYOR | ADDRESS ON FILE |
| SHARON L. CLEMONS | ADDRESS ON FILE |
| SIGNODE PACKAGING | P.O. BOX 71506 CHICAGO IL 60694 |
| SILVANO T RIVERA | ADDRESS ON FILE |

| Claim Name | Address Information |
|---|---|
| SILVIA NIETO | ADDRESS ON FILE |
| SMITH AG SERVICE | 1506 S. 7TH CORSICANA TX 75110 |
| SOFIA MARQUEZ | ADDRESS ON FILE |
| SOUTHERN DOCK PRODUCTS | P.O. BOX 840602 DALLAS TX 75284-0602 |
| SOUTHERN PACKAGING LP | P.O. BOX 677 MANSFIELD TX 76063 |
| STAHMANN FARMS ENTERPRISES | 193 MCDOUGALL ST. TOOWOO, QLD 04351-0000 AUSTRALIA |
| STAPLES BUSINESS ADV CREDIT | P.O. BOX 105638 ATLANTA GA 30348-5638 |
| STERIGENICS | 37244 EAGLE WAY CHICAGO IL 60678-1372 |
| STEWARTS PROCESSING | PO BOX 435 SARATOGA SPRINGS NY 12866 |
| STROUD SECURITY SYSTEMS LP | P.O. BOX 20157 WACO TX 76702-0157 |
| SWEET STREET DESSERTS | 722 HIESTERS LN READING PA 19605 |
| TABLE TALK INC. | 120 WASHINGTON WORCESTER MA 01610-9000 |
| TENNANT | P.O. BOX 71414 CHICAGO IL 60694-1414 |
| TEODORA SANCHEZ | ADDRESS ON FILE |
| TEODORO MIRANDA | ADDRESS ON FILE |
| TEXAS COMMISSION ON | ENVIRONMENTAL QUALITY PO BOX 13087 AUSTIN TX 78711-3087 |
| TEXAS COMMISSION ON | ENVIRONMENTAL QUALITY 12100 PARK 35 CIRCLE AUSTIN TX 78753 |
| TEXAS DEPARTMENT OF AGRICULTURE | 1700 N. CONGRESS, 11TH FLOOR AUSTIN TX 78701 |
| TEXAS DEPARTMENT OF STATE | HEALTH SERVICES 1100 WEST 49TH STREET AUSTIN TX 78756-3199 |
| TEXAS STATE SECURITIES BOARD | THOMAS JEFFERSON RUSK STATE OFFICE BDLG 208 E 10TH ST AUSTIN TX 78701 |
| TH FOODS INC. | 2134 HARLEM ROAD LOVES PARK IL 61111 |
| THE CINCINATTI INSURANCE CO | PO BOX 145496 CINCINNATI OH 45250 |
| THE HOME DEPOT | DBA SUPPLYWORKS P.O. BOX 844727 DALLAS TX 75284-4727 |
| THE KROGER CO. | 1014 VINE STREET CINCINNATI OH 45202 |
| THE SIMPLY GOOD FOODS COMPANY | 1225 17TH STREET, SUITE 1000 DENVER CO 80202 |
| THE TEXAS DEPARTMENT OF INSURANCE | 333 GUADALUPE AUSTIN TX 78701 |
| THE TEXAS DEPARTMENT OF INSURANCE | PO BOX 12030 AUSTIN TX 78711-2030 |
| THERMO EBERLINE LLC | PO BOX 742857 ATLANTA GA 30374 |
| THOMAS WALKER | ADDRESS ON FILE |
| TOMRA SORTING, INC. | P. O. BOX 736114 DALLAS TX 75373-6114 |
| TOTALLY NUTS & MORE INC. | 2000 PEEL STREET STE 610 MONTREAL QC H3A 2W5 CANADA |
| TOYOTA INDUSTRIES | PO BOX 660926 DALLAS TX 75266 |
| TRACY S LOPEZ | ADDRESS ON FILE |
| TRANSPORTATION MANAGEMENT & CONSULTANTS | P.O. BOX 1080 MABANK TX 75147 |
| TRAVELERS CL REMITTANCE CENTER | P.O. BOX 660317 DALLAS TX 75266-0317 |
| TREEHOUSE PRIVATE BRANDS | PO BOX 19043 GREEN BAY WI 54307 |
| TRETTER FOOD INGREDIENTS | PO BOX 736 WESTWOOD MA 02090 |
| TROPHY NUT COMPANY | 320 N. SECOND STREET TIPP CITY OH 45371 |
| TUCKER FUEL & OIL CO | PO BOX 252 HUTCHINS TX 75141 |
| U.S. DEPARTMENT OF AGRICULTURE | 1400 INDEPENDENCE AVE., S.W. WASHINGTON DC 20250 |
| U.S. DEPARTMENT OF JUSTICE | 950 PENNSYLVANIA AVE, NW WASHINGTON DC 20530-0001 |
| U.S. DEPT HEALTH & HUMAN SERVICES | 200 INDEPENDENCE AVE, SW WASHINGTON DC 20201 |
| U.S. ENVIRONMENTAL PROTECTION AGENCY | OFFICE OF GENERAL COUNSEL 2310A 1200 PENNSYLVANIA AVENUE, NW WASHINGTON DC 20460 |
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMM. | HOUSTON DISTRICT OFFICE MICKEY LELAND BUILDING 1919 SMITH STREET, 6TH FLOOR HOUSTON TX 77002 |
| UBALDA DELATORRE | ADDRESS ON FILE |
| ULINE | ATTN:ACCOUNTS RECEIVABLE P.O. BOX 88741 CHICAGO IL 60680-1741 |
| ULISER RENOJ | ADDRESS ON FILE |

| Claim Name | Address Information |
|---|---|
| UNILEVER ASCC AG | 3 CORPORATE DRIVE SHELTON CT 06484 |
| UNITED RENTALS (NA) INC. | P.O. BOX 840514 DALLAS TX 75284-0514 |
| UNITED STATES TREASURY | OFFICE OF THE TREASURER 1500 PENNSYLVANIA AVENUE, NW ROOM 2134 WASHINGTON DC 20220 |
| UNIVERSITY OF NEBRASKA | UNL FOOD ALLERGY RESEARCH ACCT. REC. 205 FILLEY HALL LINCOLN NE 68583-0956 |
| URSCHEL LABOATORIES, INC. | P.O. BOX 856299 MINNEAPOLIS MN 55485-6299 |
| US DEPARTMENT OF LABOR | S-2521 200 CONSITUTION AVE, NW WASHINGTON DC 20210 |
| US FOOD & DRUG ADMINISTRATION | 10903 NEW HAMPSHIRE AVE SILVER SPRING MD 20993 |
| US PECANS LTD | 1117 ZUNI EL PASO TX 79925 |
| V.BESANA S.P.A VIA | FERROVIA, 210 80040 SAN GENNARO VESUVIANO ITALY |
| VALENTE GARCIA | ADDRESS ON FILE |
| VENTURA FOODS LLC | 26259 NETWORK PLACE CHICAGO IL 60673-1262 |
| VERTEX MACHINE CO | P.O. BOX 1023 CORSICANA TX 75151-1023 |
| VIDAL MARTINEZ | ADDRESS ON FILE |
| VIDEOJET TECHNOLOGIES INC | 12113 COLLECTION CENTER DRIVE CHICAGO IL 60693 |
| VONDA HOWARD | ADDRESS ON FILE |
| WALTER MANER | ADDRESS ON FILE |
| WEBER SCIENTIFIC | 2732 KUSER ROAD HAMILTON NJ 08691 |
| WELLS FARGO BANK, N.A. | 800 WALNUT STREET, F0005-044 DES MOINES IA 50309 |
| WELLS FARGO EQUIPMENT FINANCE | P.O. BOX 1433 DES MOINES IA 50306-1433 |
| WINTERS OIL COMPANY | PO BOX 1637 CORSICANA TX 75151 |
| WOLVER ENTERPRISES | 617 MCKINNEY CORSICANA TX 75110 |
| XEROX FINANCIAL SERVICES | PO BOX 202882 DALLAS TX 75320 |
| YANET GARCIA | ADDRESS ON FILE |

**Total Creditor count  411**

Navarro Pecan Company, Inc. - Case No. 23-40266
Additional Service List

EASTERLIN PECAN COMPANY
C/O BOYER TERRY LLC
ATTN: CHRISTOPHER W. TERRY
348 COTTON AVENUE, SUITE 200
MACON, GEORGIA 31201


US PECAN TRADING CO., LTD.
C/O LAW OFFICE OF DAVID PIERCE
ATTN: DAVID PIERCE
229 AVENIDA MIRADOR
SANTA TERESA, NEW MEXICO 88008


US PECAN TRADING CO., LTD.
C/O SCOTTHULSE PC
ATTN: BERNARD FELSEN AND ROBERT FEUILLE
ONE SAN JACINTO PLAZA
201 E. MAIN DR., SUITE 1100
EL PASO, TX 79901

**EXHIBIT D**

Navarro Pecan Company, Inc. - Case No. 23-40266
Electronic Mail - Additional Service List

| Name | Email |
|---|---|
| Winstead PC | jenright@winstead.com |
| Boyer Terry LLC | chris@boyerterry.com |
| Law Office of David Pierce | dpierce@dpiercelaw.com |
| ScottHulse PC | bfel@scotthulse.com; bfeu@scotthulse.com |

**EXHIBIT E**

Navarro Pecan Company, Inc. - Case No. 23-40266
Electronic Mail - Benefits Service List

| Name | Email |
|---|---|
| PATILLO, BROWN & HILL LLP | jwmanning@pbhcpa.com |