Joshua N. Eppich
Texas Bar I.D. No. 24050567
J. Robertson Clarke
Texas Bar I.D. No. 24108098
C. Joshua Osborne
Texas Bar I.D. No. 24065856
Bryan C. Assink
Texas Bar I.D. No. 24089009
BONDS ELLIS EPPICH SCHAFER JONES LLP
420 Throckmorton Street, Suite 1000
Fort Worth, Texas 76102
(817) 405-6900 telephone
(817) 405-6902 facsimile
Email: joshua@bondsellis.com
Email: robbie.clarke@bondsellis.com
Email: c.joshosborne@bondsellis.com
Email: bryan.assink@bondsellis.com

**PROPOSED COUNSEL FOR
DEBTOR AND DEBTOR-IN-POSSESSION**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| NAVARRO PECAN COMPANY, INC., | § | CASE NO. 23-40266-elm11 |
| | § | |
| Debtor.[1] | § | |
| | § | |
| | § | |

**GLOBAL NOTES AND STATEMENT OF LIMITATIONS,
METHODS, AND DISCLAIMERS REGARDING THE DEBTOR'S SCHEDULE
OF ASSETS AND LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS**

The above-captioned debtor and debtor-in-possession (the "**Debtor**"), by and through its undersigned proposed counsel, is filing its Schedule of Assets and Liabilities (the "**Schedules**") and Statement of Financial Affairs (the "**SOFA**") in the above-captioned case filed in the United States Bankruptcy Court for the Northern District of Texas, Fort Worth Division (the "**Bankruptcy Court**"). The Debtor prepared the Schedules and SOFA in accordance with section 521 of Title 11 of the United States Code (the "**Bankruptcy Code**") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**").

These *Global Notes and Statement of Limitations, Methods, and Disclaimers Regarding the Debtor's Schedules of Assets and Liabilities and Statement of Financial Affairs* (collectively, the "**Global Notes**") are incorporated by and comprise an integral part of the Schedules and SOFA.

---

[1] The Debtor's principal address is 4200 South Hulen Street, Suite 680, Fort Worth, Texas 76109. The Debtor's facilities are located at 2131 East Highway 31, Corsicana, Texas 75109.

These Global Notes should be referred to and reviewed in connection with any review of the Schedules and SOFA.

The Schedules and SOFA have been prepared by the Debtor's management and are unaudited and subject to further review and potential revision. In preparing the Schedules and SOFA, the Debtor relied on financial data derived from its books and records as it was available at the time of preparation. The Debtor's management and advisors have made reasonable efforts to ensure that the Schedules and SOFA are as accurate and complete as possible under the circumstances. Subsequent information or discovery, however, may result in material changes to the Schedules and SOFA, and inadvertent errors or omissions may exist. Notwithstanding any such discovery or new information however, the Debtor may, but shall not be required to, update the Schedules and SOFA.

**Reservation of Rights**: Nothing contained in the Schedules and SOFA or these Global Notes shall constitute a waiver of the Debtor's rights or an admission with respect to its bankruptcy case, including, but not limited to, any issues involving objections to claims, substantive consolidation, equitable subordination, defenses, characterization or recharacterization of contracts, assumption or rejection of contracts under the provisions of Chapter 3 of the Bankruptcy Code, or causes of action arising under the provisions of Chapter 5 of the Bankruptcy Code or any other relevant applicable laws to recover assets or avoid transfers.

**Description of the Case and "as of" Information Date**: On January 30, 2023 (the "**Petition Date**"), the Debtor filed a petition for relief with the Bankruptcy Court under chapter 11 of the Bankruptcy Code. A detailed description of the Debtor, its business, and the facts and circumstances supporting the Schedules and SOFA and the chapter 11 case are described in detail in the *Declaration of Brad Walker in Support of the Debtor's Chapter 11 Petition and First Day Motions*, which was filed on the Petition Date.

Given the nature of the case and the Debtor's assets, the valuations given are estimates at varying points in time. This is because those values fluctuate over time and, given the nature of the Debtor's business and its assets and liabilities, the Debtor is presenting these filings in its best attempt to "mark to market" the types of assets it owns in each category of assets and liabilities.

**Amendment**: Although reasonable efforts were made to file complete and accurate Schedules and SOFA, inadvertent errors or omissions may exist. Thus, the Debtor reserves all rights, but shall not be required, to amend or supplement its Schedules and SOFA from time to time as may be necessary or appropriate.

**Basis of Presentation**: Although these Schedules and SOFA may, at times, incorporate information prepared in accordance with generally accepted accounting principles ("**GAAP**"), the Schedules and SOFA do not purport to represent or reconcile financial statements otherwise prepared or distributed by the Debtor in accordance with GAAP, income tax basis, or otherwise. To the extent that the Debtor shows more assets than liabilities, this is not an admission that the Debtor was solvent or insolvent on the Petition Date or at any time prior to the Petition Date. Likewise, to the extent that the Debtor shows more liabilities than assets, this is not an admission

that the Debtor was solvent or insolvent on the Petition Date or at any time prior to the Petition Date.

**Insiders**: For purposes of the Schedules and SOFA, the term "Insider" shall have the meaning set forth in Section 101(31) of the Bankruptcy Code.

Persons listed in the SOFA as insiders have been included for only informational purposes. The Debtor does not take any position with respect to (a) such person's influence over the control of the Debtor; (b) the management responsibilities or functions of such individual; (c) the decision-making or corporate authority of such individual; or (d) whether such individual could successfully argue that he or she is not an insider under applicable law, including, without limitation, the federal securities laws, or with respect to any theories of liability or for any other purpose.

**Recharacterization**: The Debtor has made reasonable efforts to correctly characterize, classify, categorize, and designate the claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and SOFA. The Debtor reserves all rights to recharacterize, reclassify, recategorize, and redesignate items reported in the Schedules and SOFA at a later time as is necessary or appropriate as additional information becomes available, including, without limitation, whether contracts listed herein were executory as of the Petition Date or remain executory post-petition and whether leases listed herein were unexpired as of the Petition Date or remain unexpired post-petition.

**Summary of Significant Reporting Policies**:

Current Market Value and Net Book Value: In many instances, current market valuations are neither maintained, nor readily ascertainable, by the Debtor. The Debtor has used its best efforts to estimate the assets value or provided that the value is unknown.

Liabilities: Unless otherwise indicated, all liabilities are listed as of the Petition Date.

Credits and Adjustments: The claims of individual creditors are listed as the amounts entered on the Debtor's books and records and may not reflect credits, allowances, or other adjustments due from such creditors to the Debtor. The Debtor reserves all rights with regard to such credits, allowances, and other adjustments, including the right to assert claims objections and/or setoffs with respect to the same.

Undetermined Amounts. The description of an amount as "unknown," "TBD," or "undetermined" is not intended to reflect upon the materiality of such amount.

Totals: All totals that are included in the Schedules and SOFA represent totals of all currently known amounts included in the Debtor's books and records as of the Petition Date. To the extent that there are undetermined amounts, the actual total may be different from the listed total.

Classifications: Listing a claim (a) on Schedule D as "secured," (b) on Schedule E as "priority," or (c) on Schedule F as "unsecured priority," or listing a contract or lease on Schedule

G as "executory" or "unexpired" does not constitute an admission by the Debtor of the legal rights of the claimant or a waiver of the Debtor's right to recharacterize or reclassify such claim, contract, or lease.

Claims Description: Any failure to designate a claim on a given Schedules as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtor that such amount is not "disputed," "contingent," or "unliquidated." The Debtor reserves all rights to dispute, or to assert any offsets or defenses to, any claim reflected on its respective Schedules on any grounds, including, without limitation, amount, liability, validity, priority, or classification, or to otherwise subsequently designate any claim as "disputed," "contingent," or "unliquidated." Listing a claim does not constitute an admission of liability by the Debtor, and the Debtor reserves the right, but shall not be required, to amend the Schedules accordingly.

Guarantees and Other Secondary Liability Claims: The Debtor has used reasonable efforts to locate and identify guarantees and other secondary liability claims (collectively, the "**Guarantees**") in its executory contracts, unexpired leases, secured financing, debt instruments, and other such agreements. The Debtor's review of its contracts in such regard is ongoing. Where such Guarantees have been identified, they have been included in the relevant Schedule for the Debtor. Further, certain Guarantees embedded in the Debtor's executory contracts, unexpired leases, secured financings, debt instruments, and other such agreements may have been inadvertently omitted. Thus, the Debtor reserves its right to amend the Schedules to the extent that additional Guarantees are identified. In addition, the Debtor reserves the right, but shall not be required, to amend the Schedules and SOFA to recharacterize or reclassify any such contract, lease, claim, or Guarantee.

Causes of Action: The Debtor, despite its best efforts, may not have listed all of its causes of action (filed or potential) against third parties as assets in the Schedules and SOFA. The Debtor reserves all of its rights with respect to any causes of action the Debtor may have, and neither these Global Notes nor the Schedules and SOFA shall be deemed a waiver of any such causes of action.

**Schedule A—Real Property**: The Debtor's failure to list any rights in real property on Schedule A should not be construed as a waiver of any such rights that may exist, whether known or unknown at this time.

**Schedule B—Personal Property**: Personal property owned by the Debtor is listed in Schedule B. To the extent that the Debtor has not been able to identify the actual physical location of certain personal property, the Debtor has reported the address of the Debtor's principal place of business.

Exclusion of certain property, whether tangible or intangible, shall not be construed as an admission that such property rights have been abandoned, terminated, assigned, expired by its terms, or otherwise transferred pursuant to a sale, acquisition, or other transaction.

**Schedule D—Creditors Holding Secured Claims**: The Debtor reserves the right to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a creditor listed on Schedule D. Moreover, although

the Debtor may have scheduled claims of various creditors as secured claims for informational purposes, no current valuation of the Debtor's assets in which such all creditors may have a lien has been undertaken.

The descriptions in Schedule D are intended to be only a summary. Reference to the applicable agreements and related documents and a determination of the creditor's compliance with applicable law is necessary for a complete description of the collateral and the nature, extent, and priority of any liens. Nothing in the Global Notes or the Schedules and SOFA shall be deemed a modification or interpretation of the terms of such agreements or related documents.

**Schedule E—Creditors Holding Unsecured Priority Claims**: Listing a claim on Schedule E as "unsecured priority" does not constitute the Debtor taking a position on the legal rights of the claimant. The Debtor expressly reserves the right to assert that any claim listed on Schedule E does not constitute an unsecured priority claim under section 507 of the Bankruptcy Code. All claims listed on Schedule E appear to have arisen, or to have been incurred, on or before the Petition Date.

**Schedule F—Creditors Holding Unsecured Nonpriority Claims**: Listing a claim on Schedule F as "unsecured nonpriority" does not constitute an admission by the Debtor of any legal rights of the claimant. The Debtor expressly reserves the right to assert that any claim listed on Schedule F does not constitute an unsecured nonpriority claim (including the right to assert that any such claim constitutes a secured or priority claim). Additionally, noting that a claim on Schedule F is "subject to setoff" does not constitute an admission by the Debtor of the legal rights of the claimant. The Debtor expressly reserves the right to assert that any claim listed on Schedule F is not subject to setoff or dispute any claim to such setoff.

Certain creditors may assert mechanic's, materialman's, or other statutory liens against the Debtor for amounts listed on Schedule F. The Debtor reserves its right to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be perfected by a creditor listed on Schedule F.

The claims listed on Schedule F arose, or were incurred, on various dates, and a determination of each date that each claim arose, or was incurred, would be unduly burdensome and cost prohibitive. Accordingly, not all such dates are included for each claim. All claims listed on Schedule F, however, appear to have arisen, or to have been incurred, prior to the Petition Date.

**Schedule G—Executory Contracts and Unexpired Leases**: Although reasonable efforts have been made to ensure the accuracy of Schedule G regarding executory contracts and unexpired leases, the Debtor's review is ongoing, and inadvertent errors, omissions, or over-inclusion may have occurred.

The Debtor reserves all its rights, claims, and causes of action with respect to the contracts and agreements listed on Schedule G, including the right to dispute or challenge the characterization or the structure of any transaction, document, or instrument. Certain executory agreements may not have been memorialized in writing and could be subject to dispute. Generally, executory agreements that are oral in nature have not been included in Schedule G.

**Schedule H—Co-Obligors**: Although the Debtor has made every effort to ensure the accuracy of Schedule H, inadvertent errors, omissions, or inclusions may have occurred. The Debtor hereby reserves all rights to dispute the validity, status, and enforceability of any obligations set forth on Schedule H and to further amend or supplement such Schedule as necessary.

The Debtor further reserves all rights, claims, and causes of action with respect to the obligations listed on Schedule H, including the right to dispute or challenge the characterization or the structure of any transaction, document, or instrument related to a creditor's claim. The listing of a contract, guarantee, or other obligation on Schedule H shall not be deemed an admission that such obligation is binding, valid, or enforceable.

**SOFA—Transfers Outside of the Ordinary Course of Business**: Nothing in the Debtor's response to Question 10 constitutes an admission by the Debtor that such transfers were outside of the ordinary course of the Debtor's business.

| Fill in this information to identify the case: |
| --- |
| Debtor name    **Navarro Pecan Company, Inc.** |
| United States Bankruptcy Court for the:    NORTHERN DISTRICT OF TEXAS |
| Case number (if known)    **23-40266-11** |

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*
Name of institution (bank or brokerage firm)     Last 4 digits of account number

| | Name of institution | | Last 4 digits of account number | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 3.1. | **Truist** **Operating Account** | Checking | 0662 | $0.00 |
| 3.2. | **Truist** **Accounts Payable** | Checking | 0704 | $0.00 |
| 3.3. | **Truist** **Collections Account** | Checking | 0688 | $577,099.60 |
| 3.4. | **Truist** **Employee Benefits Account** | Checking | 0720 | $3,765.54 |
| 3.5. | **Truist** **Operating Account** | Checking | 0670 | $60.00 |
| 3.6. | **Community Bank & Trust of Texas** **Collection Account** | Checking | | $444.40 |

4.   **Other cash equivalents** *(Identify all)*

Debtor   **Navarro Pecan Company, Inc.**                     Case number (*If known*)  **23-40266-11**
         ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
         Name

5.     **Total of Part 1.**                                                              | **$581,369.54** |
       Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | **Deposits and Prepayments** |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | **Accounts receivable** |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

11a. 90 days old or less:    **4,432,951.00**   -    **0.00**   = ....    **$4,432,951.00**
                             ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾        ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
                             face amount               doubtful or uncollectible accounts

11b. Over 90 days old:    **401,283.20**   -    **0.00**   =....    **$401,283.20**
                          ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾        ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
                          face amount               doubtful or uncollectible accounts

12.    **Total of Part 3.**                                                              | **$4,834,234.20** |
       Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | **Investments** |
|---|---|

**13. Does the debtor own any investments?**

☐ No.  Go to Part 5.
■ Yes Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14.    **Mutual funds or publicly traded stocks not included in Part 1**
       Name of fund or stock:

15.    **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
       Name of entity:                              % of ownership:

       15.1.  **100% ownership of Pecan Producers International, Inc.**      ____ %                              **Unknown**

16.    **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
       Describe:

17.    **Total of Part 4.**                                                              | **$0.00** |
       Add lines 14 through 16.  Copy the total to line 83.

| Part 5: | **Inventory, excluding agriculture assets** |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

Debtor   **Navarro Pecan Company, Inc.**                                    Case number *(If known)*  **23-40266-11**
Name

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** **As of the Petition Date, the Debtor has 221,220 pounds of Inshelled Pecans, valued at $442,440.00.** | | **Unknown** | | **$442,440.00** |
| 20. | **Work in progress** **The Debtor has Work in Progress of Shelled Pecans. As of the Petition Date, this WIP consists of "Plant WIP", representing 119,096 pounds of Shelled Pecans, valued at $476,384.00 and Shelled Pecans WIP consisting of approximately 2,100,000 pounds of Shelled Pecans valued at $7,160,040.50.** | | **Unknown** | | **$7,636,425.00** |
| 21. | **Finished goods, including goods held for resale** **As of the Petition Date, the Debtor has approximately 755,416 pounds of finished Shelled Pecans in inventory, valued at $3,739,309.20.** | | **Unknown** | | **$3,739,309.20** |
| 22. | **Other inventory or supplies** **Packing supplies** | | **Unknown** | | **$190,000.00** |

23. **Total of Part 5.**                                                                          **$12,008,174.20**

Add lines 19 through 22.  Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**
■ **No**
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ **No**
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ **No**
☐ Yes

| Debtor | **Navarro Pecan Company, Inc.** | Case number *(If known)* **23-40266-11** |
|---|---|---|
| | Name | |

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.    Office furniture** | | | |
| **40.    Office fixtures** | | | |
| **41.    Office equipment, including all computer equipment and communication systems equipment and software**<br>**The Debtor owns certain office and data equipment at its facility, including office furniture, computers, and office equipment. The net book cost of this property was $289,005.20. Most of the items were purchased in the 1980s and 1990s and have been fully depreciated.** | **$0.00** | | **Unknown** |

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

| | |
|---|---|
| | **$0.00** |

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47.    **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |

| | | | |
|---|---|---|---|
| Debtor | **Navarro Pecan Company, Inc.** | Case number *(If known)* | **23-40266-11** |
| | Name | | |

| | | | | |
|---|---|---|---|---|
| 47.1. | **1985 Chevy Truck**<br>**1999 Chevy Pickup**<br>**1998 Chevy Suburban**<br>**Used IH Cargo Truck**<br>**Yarddog Truck**<br>**USED SHELL TRAILER** | **$17,155.72** | | Unknown |

48.  **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.  **Aircraft and accessories**

| | | | | |
|---|---|---|---|---|
| 50. | **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**<br>**New Plant Machinery**<br>**The Debtor owns a significant amount of new plant machinery at its processing plant.**<br>**The net book cost of this machinery was $6,703,959.13.** | **$1,457,559.79** | | Unknown |
| | **The Debtor also owns certain older plant machinery at its processing plant.**<br>**The net book cost of this machinery was $7,901,484.91.** | **$1,752,793.17** | | Unknown |

51.  **Total of Part 8.**

      Add lines 47 through 50.  Copy the total to line 87.

> **$0.00**

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**

    ■ No
    ☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

    ■ No
    ☐ Yes

| Part 9: | Real property |
|---|---|

54. **Does the debtor own or lease any real property?**

  ☐ No.  Go to Part 10.
  ■ Yes Fill in the information below.

55.  **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| | | | | |

| Debtor | **Navarro Pecan Company, Inc.** | Case number *(If known)* | **23-40266-11** |
|---|---|---|---|
| | Name | | |

| | | | | | |
|---|---|---|---|---|---|
| 55.1. | **The Debtor owns its processing facility located at 2131 Hwy 31, Corsicana, Texas 75109 and certain adjoining parcels. The Debtor's ownership in this real property includes both the land and facility located thereon.** | | | | |
| | **The value listed is based on value of the land and improvements as assessed by the local taxing authorities. The net book cost of the building and related improvements was $5,788,659.30.** | | | | |
| | **The building also includes a cold storage warehouse. The net book cost of the warehouse was $1,469,099.12.** | | **$1,194,268.04** | **Tax records** | **$7,453,260.00** |

| | | |
|---|---|---|
| 56. | **Total of Part 9.**<br>Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.<br>Copy the total to line 88. | **$7,453,260.00** |

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
- ☑ No
- ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
- ☑ No
- ☐ Yes

**Part 10:**  **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

- ☐ No.  Go to Part 11.
- ☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.    **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.    **Internet domain names and websites**<br>**www.navarropecan.com** | **Unknown** | | **Unknown** |

| Debtor | **Navarro Pecan Company, Inc.** | Case number *(If known)* **23-40266-11** |
|---|---|---|
| | Name | |

62.    **Licenses, franchises, and royalties**

63.    **Customer lists, mailing lists, or other compilations**
       **The Debtor maintains customer lists and**
       **certain other mailing lists.**                        Unknown                          Unknown

64.    **Other intangibles, or intellectual property**
       **The Debtor possesses certain intellectual**
       **property, including, without limitation, those**
       **related to its business name and website.**           Unknown                          Unknown

65.    **Goodwill**

66.    **Total of Part 10.**

       Add lines 60 through 65. Copy the total to line 89.

|  |
|---|
| $0.00 |

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107)**?**
       ■ No
       ☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
       ■ No
       ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 11: | All other assets |
|---|---|

70.    **Does the debtor own any other assets that have not yet been reported on this form?**
       Include all interests in executory contracts and unexpired leases not previously reported on this form.

       ☐ No.  Go to Part 12.
       ■ Yes Fill in the information below.

                                                                            Current value of
                                                                            debtor's interest

71.    **Notes receivable**
       Description (include name of obligor)

72.    **Tax refunds and unused net operating losses (NOLs)**
       Description (for example, federal, state, local)

73.    **Interests in insurance policies or annuities**
       **The Debtor has interests in various insurance policies,**
       **including general liability, auto, property, and other**
       **umbrella policies.**                                                    Unknown

74.    **Causes of action against third parties (whether or not a lawsuit**
       **has been filed)**

Debtor    **Navarro Pecan Company, Inc.**                                    Case number *(If known)*  **23-40266-11**
_____
Name

**The Debtor may possess certain causes of actions against third parties. The Debtor hereby preserves and retains all such causes of action it has against third parties. Specifically, without limiting the generality of the foregoing, the Debtor has claims against Dean Foods and SNRA Commodities.**                                    **Unknown**
_____
**Nature of claim**    _____
**Amount requested**                    **$0.00**

---

75.    **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78.    **Total of Part 11.**                                    **$0.00**
        Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
        ■ No
        ☐ Yes

Debtor   **Navarro Pecan Company, Inc.**                           Case number *(If known)*   **23-40266-11**
_____Name_____

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $581,369.54 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $4,834,234.20 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $12,008,174.20 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9* .......................................................................> | | $7,453,260.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $17,423,777.94 | + 91b. $7,453,260.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $24,877,037.94 |

**Fill in this information to identify the case:**

Debtor name      **Navarro Pecan Company, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF TEXAS

Case number (if known)    **23-40266-11**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

### Part 1:    List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

| 2.1 | **Deere & Company** | | |
|---|---|---|---|

Creditor's Name

Describe debtor's property that is subject to a lien
**Tractor**

| | | **Unknown** | **Unknown** |

**6400 NW 86th Street**
**Johnston, IA 50131**

Creditor's mailing address

Describe the lien
**Purchase Money Security**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Date debt was incurred**

☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 | **Hillcrest Bank** | $4,512,310.05 | $7,453,260.00 |
|---|---|---|---|

Creditor's Name

Describe debtor's property that is subject to a lien
**The Debtor owns its processing facility located at 2131 Hwy 31, Corsicana, Texas 75109 and certain adjoining parcels. The Debtor's ownership in this real property includes both the land and facility located thereon.**

**3102 Maple Avenue, Suite 120**
**Dallas, TX 75201**

Creditor's mailing address

**Equipment**

Describe the lien
**Deed of Trust**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No

**Date debt was incurred**

| Debtor | **Navarro Pecan Company, Inc.** | | Case number (if known) | **23-40266-11** |
|---|---|---|---|---|
| | Name | | | |

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**5872**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Hillcrest Bank**
**2. Hillcrest Bank**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Hillcrest Bank** | Describe debtor's property that is subject to a lien | $819,942.24 | $7,453,260.00 |
|---|---|---|---|---|
| | Creditor's Name | | | |

**The Debtor owns its processing facility located at 2131 Hwy 31, Corsicana, Texas 75109 and certain adjoining parcels. The Debtor's ownership in this real property includes both the land and facility located thereon.**

**3102 Maple Avenue, Suite 120**
**Dallas, TX 75201**
Creditor's mailing address

**Equipment**

**Describe the lien**
**Deed of Trust**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**5861**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.2**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Navarro County Tax Assessor** | Describe debtor's property that is subject to a lien | $863,851.90 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | **Debtor's Real and Personal Property** | | |

**601 N. 13th Street, Suite 2**
**Corsicana, TX 75110**
Creditor's mailing address

**Describe the lien**
**Statutory Lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

| Debtor | **Navarro Pecan Company, Inc.** | Case number *(if known)* | **23-40266-11** |
|---|---|---|---|
| | Name | | |

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.5 | **Truist Bank** | Describe debtor's property that is subject to a lien | $11,838,782.25 | Unknown |
|---|---|---|---|---|
| | Creditor's Name | **Accounts receivable, accounts, inventory, and certain other assets** | | |

**3333 Peachtree Rd, NE, 7th Floor
Atlanta, GA 30326**
Creditor's mailing address

Describe the lien
**Security Agreement**
Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an
interest in the same property?
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **Wells Fargo Bank, N.A.** | Describe debtor's property that is subject to a lien | Unknown | Unknown |
|---|---|---|---|---|
| | Creditor's Name | **Forklift** | | |

**800 Walnut Street,
F0005-044
Des Moines, IA 50309**
Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an
interest in the same property?
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $18,034,886.44 |
|---|---|---|

**Part 2:**    List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

Official Form 206D         Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**         page 3 of 4

| Debtor | **Navarro Pecan Company, Inc.** | Case number (if known) | **23-40266-11** |
|---|---|---|---|
| | Name | | |

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Brent McIlwain**<br>**Holland & Knight LLP**<br>**One Arts Plaza**<br>**1722 Routh Street, Suite 1500**<br>**Dallas, TX 75201** | Line __2.5__ | |
| **Joseph Wielebinski**<br>**Winstead PC**<br>**2728 N. Harwood Street, Suite 500**<br>**Dallas, TX 75201** | Line __2.2__ | |

**Fill in this information to identify the case:**

Debtor name __**Navarro Pecan Company, Inc.**__

United States Bankruptcy Court for the: __NORTHERN DISTRICT OF TEXAS__

Case number (if known) __**23-40266-11**__

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**Special Procedures - Insolvency**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19101-7346**<br><br>_____<br>Date or dates debt was incurred<br><br>_____<br>Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br><br><br><br><br>Is the claim subject to offset?<br>■ No<br>☐ Yes | $0.00 | Unknown |

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|
| **3.1** | Nonpriority creditor's name and mailing address<br>**5 Star Printing**<br>**2461 Christian Road**<br>**Ennis, TX 75119**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | | $2,344.46 |
| **3.2** | Nonpriority creditor's name and mailing address<br>**5th Avenue Temporaries LLC**<br>**112 G W Jackson Ave**<br>**Corsicana, TX 75110**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | | Unknown |

| Debtor | **Navarro Pecan Company, Inc.** | Case number (if known) | **23-40266-11** |
|---|---|---|---|
| | Name | | |

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$395.00** |
|---|---|---|---|

**A&D Cold Storage Inc.**
**512 Southbridge Street**
**Worcester, MA 01610**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7,438.75** |
|---|---|---|---|

**Action Automatic Sprinkler Inc.**
**PO Box 797**
**Waxahachie, TX 75168**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$32,678.75** |
|---|---|---|---|

**Aetna**
**151 Farmington Ave**
**Hartford, CT 06156**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,311.28** |
|---|---|---|---|

**Aflac**
**ATTN:REMITTANCE PROC SVCS**
**1932 Wynnton Road**
**Columbus, GA 31999**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$14,283.98** |
|---|---|---|---|

**Airgas USA LLC**
**P.O. 734671**
**Dallas, TX 75373-4671**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,425.00** |
|---|---|---|---|

**Aldinger Company**
**1440 Prudential Drive**
**Dallas, TX 75235**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$97.63** |
|---|---|---|---|

**Allied Electronics**
**PO Box 2325**
**Fort Worth, TX 76113**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Navarro Pecan Company, Inc.** | Case number (if known) | **23-40266-11** |
|---|---|---|---|
| | Name | | |

---

**3.10** | Nonpriority creditor's name and mailing address

**AMC Freight Management**
**P.O. BOX 371993**
**El Paso, TX 79937**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$109,650.00**

---

**3.11** | Nonpriority creditor's name and mailing address

**Ameriflex**
**PO Box 871655**
**Kansas City, MO 64187**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$65.00**

---

**3.12** | Nonpriority creditor's name and mailing address

**AMVT LLC**
**P O BOX 941086**
**Houston, TX 77094**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$4,100.18**

---

**3.13** | Nonpriority creditor's name and mailing address

**Armory Street Cold Storage LLC**
**120 Washington Street**
**Worcester, MA 01610**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$128.00**

---

**3.14** | Nonpriority creditor's name and mailing address

**AT&T**
**P.O. Box 6463**
**Carol Stream, IL 60197-6463**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$416.41**

---

**3.15** | Nonpriority creditor's name and mailing address

**ATG Computer Solutions LLC**
**P.O. BOX 2912**
**McKinney, TX 75070**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$2,595.23**

---

**3.16** | Nonpriority creditor's name and mailing address

**Atkinson Pecan LLC**
**5993 FM1301 Road**
**Wharton, TX 77488**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$20,956.70**

---

| Debtor | **Navarro Pecan Company, Inc.** | Case number (if known) | **23-40266-11** |
|---|---|---|---|
| | Name | | |

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,269.88 |
|---|---|---|---|

**Atmos Energy**
**P.O. Box 790311**
**Saint Louis, MO 63179-0311**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,038.23 |
|---|---|---|---|

**Automated Time Keeping Inc**
**13100 Wortham Center Blvd.**
**3Rd. Floor**
**Houston, TX 77065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $693.33 |
|---|---|---|---|

**Autumn Foods**
**Golden Lion House 15 St. John**
**Maddermarket**
**Norwich, NR2 1DN**
**United Kingdom**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,078.32 |
|---|---|---|---|

**B2B Industrial Packaging**
**1026 Avenue M**
**Grand Prairie, TX 75050**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,129.60 |
|---|---|---|---|

**Backup Barcode Systems**
**800 Security Row**
**Suite 2**
**Richardson, TX 75081**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $42,336.30 |
|---|---|---|---|

**Bank Direct Capital Finance**
**150 North Field Drive, Suite 190**
**Lake Forest, IL 60045**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,925.00 |
|---|---|---|---|

**Barke Group, Inc.**
**P.O. BOX 44203**
**Eden Prairie, MN 55344**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Navarro Pecan Company, Inc.** | Case number (if known) | **23-40266-11** |
|---|---|---|---|
| | Name | | |

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,800.00 |
|---|---|---|---|

**Bruce Roy**
**PO Box 191**
**Mansura, LA 71350**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,647.00 |
|---|---|---|---|

**Byline Financial Group**
**2801 Lakeside Drive, Suite 212**
**Deerfield, IL 60015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,726.96 |
|---|---|---|---|

**C.H. Powell Company**
**75 Shawmut Road**
**Canton, MA 02021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,869.24 |
|---|---|---|---|

**Capital One Trade Credit**
**P.O. BOX 105525**
**Atlanta, GA 30348-5525**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $338.53 |
|---|---|---|---|

**Chart Pool USA Inc.**
**5695 Old Porter Road**
**OH 43368**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Chase Card Services**
**PO Box 6294**
**Carol Stream, IL 60197**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Christopher Riley**
**Address on file**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Navarro Pecan Company, Inc.** | Case number (if known) | **23-40266-11** |
|---|---|---|---|
| | Name | | |

---

**3.31** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$64,749.73**

**Cintas Corp.**
**CINTAS LOC 12 M**
**P.O. BOX 650838**
**Dallas, TX 75265**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.32** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,806.11**

**City of Corsicana**
**200 N 12th Street**
**Corsicana, TX 75110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.33** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Combi Packaging Systems LLC**
**P.O. BOX 35878**
**Canton, OH 44735**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.34** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,326.84**

**Consolidated Refrigeration Tec**
**P.O. BOX 551267**
**Dallas, TX 75355**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

■ No ☐ Yes

---

**3.35** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$655.00**

**Corsicana & Navarro County**
**Chamber of Commerce**
**120 N. 12th Street**
**Corsicana, TX 75110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.36** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$828.37**

**Corsicana Napa Auto Parts**
**CORPORATE BILLING  LLC**
**DEPT. 100 P.O. BOX 83064**
**Birmingham, AL 35283**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.37** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$251.58**

**Corsicana Welding Supply**
**2151 E. HWY. 31**
**Corsicana, TX 75109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Navarro Pecan Company, Inc.** | Case number (if known) | **23-40266-11** |
|---|---|---|---|
| | Name | | |

---

**3.38** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,653.50**

**CPR LLC**
**P.O. BOX 8051**
**Bossier City, LA 71113**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.39** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**D&P Cold Storage**
**324 SH 16 South**
**Goldthwaite, TX 76844**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.40** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,690.75**

**D. McCrea & Son**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.41** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,106.00**

**Dabo Int**
**Suite B 310 LG Seolieung Ecrat**
**142 3 Sameseong Dong**
**Gangnam GU, Seoul, KO 00013-5876**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.42** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$151,023.00**

**Dairy Farmers of America**
**8401 N. Central Expressway, Suite 400**
**Dallas, TX 75225**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.43** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Dakota Distributing LP**
**P.O. BOX 171523**
**Arlington, TX 76003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.44** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$14,974.89**

**David J Smith**
**105 Grand Drive**
**Cary, IL 60013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Navarro Pecan Company, Inc.** | Case number (if known) | **23-40266-11** |
|---|---|---|---|
| | Name | | |

---

**3.45**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$267.42** |
|---|---|---|
| **Dean Lloyd Enterprises Inc.**<br>**PO Box 1141**<br>**Montgomery, IL 60538** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.46**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$16,051.16** |
|---|---|---|
| **Debbie Roy Brokerage Co**<br>**504 Acton Road**<br>**P.O. BOX 98**<br>**Marksville, LA 71351** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.47**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$370.00** |
|---|---|---|
| **Definiti**<br>**2201 Timberloch Place, Ste. 150**<br>**The Woodlands, TX 77380** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.48**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$47,405.77** |
|---|---|---|
| **Deibel Laboratores**<br>**PO Box 1056**<br>**Osprey, FL 34229** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.49**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,448.80** |
|---|---|---|
| **DeLage Landen Financial Services**<br>**PO Box 41602**<br>**Philadelphia, PA 19101** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.50**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$32,795.00** |
|---|---|---|
| **E Global Shipping**<br>**13921 Hwy 105W**<br>**Conroe, TX 77304** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.51**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,192,805.48** |
|---|---|---|
| **Easterlin Pecan Company**<br>**P.O. BOX 216**<br>**Montezuma, GA 31063** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| Debtor | **Navarro Pecan Company, Inc.** | Case number (if known) | **23-40266-11** |
|---|---|---|---|
| | Name | | |

---

| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,199.00** |
|---|---|---|---|

**Ecovadis SAS**
**43 Ave De La Grande Armee**
**Paris France 75116**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,451.76** |
|---|---|---|---|

**Edge Biologicals Inc**
**P.O. BOX 11989**
**Memphis, TN 38111**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$285.87** |
|---|---|---|---|

**Edict Systems Inc.**
**L-3115**
**Columbus, OH 43260**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,564.54** |
|---|---|---|---|

**Electrico Inc.**
**PO Box 3097**
**Corsicana, TX 75151**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$185.64** |
|---|---|---|---|

**Elliot Electric Supply**
**P.O. BOX 206524**
**Dallas, TX 75320**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,297.32** |
|---|---|---|---|

**Ertelalsop**
**132 Flatbush Avenue**
**Kingston, NY 12401**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,000.00** |
|---|---|---|---|

**ESC Consultants**
**P.O. BOX 691447**
**San Antonio, TX 78269**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Navarro Pecan Company, Inc.** | Case number (if known) | **23-40266-11** |
|---|---|---|---|
| | Name | | |

---

**3.59** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$19,155.22**

**Euler Hermes Services**
**C/O Finance Department**
**800 Red Brook Blvd.**
**Owings Mills, MD 21117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.60** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$388.42**

**Evans Brokerage Company**
**1 Riverview Drive**
**Barrington, RI 02806-2535**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.61** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$16,003.69**

**FedEx**
**P.O. BOX 660481**
**Dallas, TX 75266-0481**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.62** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Fortis Solutions Group**
**P.O. BOX 369**
**Catoosa, OK 74015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.63** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$21,048.35**

**Galena Capital Partners**
**800 W Main Street, Suite 1460**
**Boise, ID 83702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.64** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,676.64**

**Gary Kincaid Scale Co**
**PO Box 1969**
**Forney, TX 75126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.65** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,217.00**

**Global Bottomline**
**PO Box 7004**
**Granbury, TX 76049**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Navarro Pecan Company, Inc.** | Case number (if known) | **23-40266-11** |
|---|---|---|---|
| | Name | | |

---

| 3.66 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Global Equipment Company**
**29833 Network Place**
**Chicago, IL 60673-1298**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.67 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $6,383.50 |
|---|---|---|---|

**Global Trading & Agency**
**Stationsweg 35**
**3362 HA Sliedrecht**
**Netherlands, Sliedecht, NET**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.68 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $9.42 |
|---|---|---|---|

**Goveco Food Brokers**
**3 Nubanusit Lane**
**Petersborough, NH 03458**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.69 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Graphic Controls**
**P.O. BOX 1271**
**Buffalo, NY 14240**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.70 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $41,207.04 |
|---|---|---|---|

**Green Bay Packaging Inc.**
**BIN NO. 53139**
**Milwaukee, WI 53288-0139**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.71 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $5,793.69 |
|---|---|---|---|

**H & W Ingredients**
**8400 Brookfield Avenue**
**Brookfield, IL 60513**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.72 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,204.51 |
|---|---|---|---|

**Heart of Texas**
**NETWORK CONSULTANTS**
**703 Willow Grove Rd.**
**Waco, TX 76712**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Navarro Pecan Company, Inc.** | Case number (if known) | **23-40266-11** |
|---|---|---|---|
| | Name | | |

---

**3.73** | Nonpriority creditor's name and mailing address
**Herc Rentals**
**P.O. BOX 936257**
**Atlanta, GA 31193**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$5,314.64**

---

**3.74** | Nonpriority creditor's name and mailing address
**Hillbrush Inc.**
**811 Rolyn Ave**
**Rosedale, MD 21237**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$194.10**

---

**3.75** | Nonpriority creditor's name and mailing address
**Howards Fire Extinguisher Serv**
**P.O. BOX 2372**
**Corsicana, TX 75151**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No  ☐ Yes

**$30.25**

---

**3.76** | Nonpriority creditor's name and mailing address
**HR Direct**
**PO Box 699390**
**Pompano Beach, FL 33066**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No  ☐ Yes

**$274.89**

---

**3.77** | Nonpriority creditor's name and mailing address
**IDV Safesite**
**237 East Main Street**
**Waconia, MN 55387**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No  ☐ Yes

**$1,550.00**

---

**3.78** | Nonpriority creditor's name and mailing address
**Incorporate Com**
**PO Box 7410023**
**Chicago, IL 60674**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$470.00**

---

**3.79** | Nonpriority creditor's name and mailing address
**Jackson-Hirsh Inc**
**700 Anthony Trail**
**Northbrook, IL 60062-2542**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$322.99**

---

| Debtor | **Navarro Pecan Company, Inc.** | | Case number (if known) | **23-40266-11** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.80 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,190.48** |
|---|---|---|---|
| | **James Manufacturing Inc.**<br>**P.O. BOX 125**<br>**Corsicana, TX 75151-0125** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.81 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Jayhawk Industrial Services**<br>**1015 Industrial Dr.**<br>**Royse City, TX 75189** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.82 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,934.34** |
|---|---|---|---|
| | **Joe W Fly Company**<br>**PO Box 678106**<br>**Dallas, TX 75267** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.83 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,086.11** |
|---|---|---|---|
| | **John Deere Financial**<br>**PO Box 650215**<br>**Dallas, TX 75265** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.84 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$7,253.94** |
|---|---|---|---|
| | **John H. Garoni**<br>**8827 Whisper Gate**<br>**Boerne, TX 78015** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.85 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Johnson Supply Co**<br>**P.O. BOX 4481**<br>**MSC#500**<br>**Houston, TX 77210** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.86 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$13,267.21** |
|---|---|---|---|
| | **Kaeser Compressors**<br>**PO Box 946**<br>**Fredericksburg, VA 22404** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| Debtor | **Navarro Pecan Company, Inc.** | Case number (if known) | **23-40266-11** |
|---|---|---|---|
| | Name | | |

---

**3.87** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$28,979.60**

**Kerens Grain & Elevator**
**811 NW 2nd**
**P.O. BOX 223**
**Kerens, TX 75144**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.88** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Laughlin Sales Corporation**
**PO BOX 163873**
**Fort Worth, TX 76161**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.89** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Lehigh Food Sales Inc.**
**Terry Muth**
**P.O. BOX 279**
**Center Valley, PA 18034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.90** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,403.73**

**Lift Truck Supply Inc.**
**P.O. BOX 8251**
**Tyler, TX 75711**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

■ No ☐ Yes

---

**3.91** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,600.00**

**Logistics Dynamics LLC**
**P.O. BOX 675297**
**Detroit, MI 48267**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.92** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Lonestar Forklift**
**P.O. BOX 561075**
**Denver, CO 80256-1075**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.93** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,709.16**

**Longhorn Industrial Supply Inc**
**P.O. BOX 8675**
**Ennis, TX 75120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Navarro Pecan Company, Inc.** | | Case number (if known) | **23-40266-11** |
|---|---|---|---|---|
| | Name | | | |

---

**3.94** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$38,800.00**

**Mansfield Warehousing Services Inc.**
**614 Jenkins**
**Mansfield, LA 71052**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.95** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12,499.62**

**Marathon Associates Inc**
**207 CHESHIRE WAY**
**Naples, FL 34110-4410**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.96** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$89.70**

**McKee Lumber & True Value**
**104 N. 7th Street**
**Corsicana, TX 75110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.97** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,280.00**

**Medical & Surgical Enviva**
**219 W  6TH**
**Corsicana, TX 75110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.98** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,023.66**

**Metlife**
**P.O. BOX 804466**
**Kansas City, MO 64180**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.99** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,913.60**

**Mettler Toledo LLC**
**PO Box 730867**
**Dallas, TX 75373**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.100** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$33,035.90**

**Meyer Laboratory Inc.**
**2401 W. Jefferson**
**Blue Springs, MO 64015-7298**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Navarro Pecan Company, Inc.** | Case number (if known) | **23-40266-11** |
|---|---|---|---|
| | Name | | |

---

**3.101** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,411.13**

**Modern Electronics
Equipment Inc.
280 Independence Ave.
Grand Cane, LA 71032**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.102** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$75,319.90**

**Muirhead Trucking, Inc.
P.O. BOX 1080
Mabank, TX 75147**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.103** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$76,170.47**

**Nature's Finest Foods Ltd
1505 Paramount Parkway
Batavia, IL 60510-1469**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.104** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Navco Safe and Lock Company
943 W 7th Avenue
Corsicana, TX 75110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.105** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$919.42**

**Nelson Propane Inc
P.O. BOX 2127
Corsicana, TX 75151**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.106** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Neogen Corporation
25153 Network Place
Chicago, IL 60673-1251**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.107** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$919.80**

**New Pig Corporation
One Pork Ave.
P.O. BOX 304
Tipton, PA 16684-0304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Navarro Pecan Company, Inc.** | Case number (if known) | **23-40266-11** |
|---|---|---|---|
| | Name | | |

---

**3.108**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Nexeo**<br>**62190 Collections Center Drive**<br>**Chicago, IL 60693** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.109**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $513.68 |
|---|---|---|
| **Nissha Medical Technologies**<br>**PO Box 1271**<br>**Buffalo, NY 14240** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.110**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|
| **Nuts 2 B V**<br>**Stationsweg 35**<br>**3362 Ha Sliedrecht**<br>**The Netherlands, Sliedrecht, NET** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ☐ No ☐ Yes | |

---

**3.111**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $136,392.00 |
|---|---|---|
| **Nutsource Inc**<br>**1700N Lincoln Hwy**<br>**St. Charles, IL 60174** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | ■ No ☐ Yes | |

---

**3.112**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,980.00 |
|---|---|---|
| **Nutto's Peanut & Popcorn**<br>**SUPPLY**<br>**3807 Seneca St.**<br>**West Seneca, NY 14224** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.113**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $545,663.80 |
|---|---|---|
| **NYM Corporation**<br>**C/O Donna Edwards**<br>**1325 W Sturbridge Drive**<br>**Hoffman Estates, IL 60192** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.114**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,142.72 |
|---|---|---|
| **Owen Hardware Inc.**<br>**222 N. Commerce**<br>**Corsicana, TX 75110** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Navarro Pecan Company, Inc.** | Case number (if known) | **23-40266-11** |
|---|---|---|---|
| | Name | | |

---

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $302.00 |
|---|---|---|---|

**PB&H Benefits LLC**
**401 West Highway 6**
**PO Box 20725**
**Waco, TX 76702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,898,780.00 |
|---|---|---|---|

**Pecan Producers, Inc.**
**324 SH 16 South**
**Goldthwaite, TX 76844**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Precision Food Innovations**
**P.O. BOX 323**
**Pella, IA 50219**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Presto-X**
**P.O. BOX 13848**
**Reading, PA 19612-3848**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,664.19 |
|---|---|---|---|

**Priority 1 Inc**
**P.O. BOX 840808**
**Dallas, TX 75284-0808**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Profile Films**
**P.O. BOX 30516**
**DEPT 6084**
**Lansing, MI 48909-8016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $113,502.18 |
|---|---|---|---|

**Pure & Natural Food Consortium**
**1700 Lincoln Hwy.**
**Suite H**
**St. Charles, IL 60174**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Navarro Pecan Company, Inc.** | Case number (if known) | **23-40266-11** |
|---|---|---|---|
| | Name | | |

---

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$11,214.03** |
|---|---|---|---|

**Purvis Industries LLC**
**P.O. BOX 540757**
**Dallas, TX 75354-0757**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Quadient Finance USA Inc**
**PO BOX 6813**
**Carol Stream, IL 60197-6813**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$40,175.00** |
|---|---|---|---|

**Quaker Transportation Inc**
**P.O. BOX 11388**
**Lancaster, PA 17605-1388**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,582.34** |
|---|---|---|---|

**Randy's Electric Inc.**
**8377 SW Co Rd 2050**
**Purdon, TX 76679**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$800.00** |
|---|---|---|---|

**Rehab and Maintenance Services**
**PO Box 994**
**Dallas, TX 75312**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$27,836.42** |
|---|---|---|---|

**Reliant Energy**
**PO Box 120954**
**Dallas, TX 75312**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$17,359.44** |
|---|---|---|---|

**Rentokil**
**P.O. BOX 740608**
**Cincinnati, OH 45274-0608**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Navarro Pecan Company, Inc.** | | Case number (if known) | **23-40266-11** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.129 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,408.84** |
|---|---|---|---|

**Republic Services #069**
**PO Box 78829**
**Phoenix, AZ 85062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$745.16** |
|---|---|---|---|

**RMF Steel Products Co**
**4417 East 119th Street**
**Grandview, MO 64030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$23,331.56** |
|---|---|---|---|

**S Kamberg & Co Ltd.**
**99 Powerhouse Road**
**Suite 204**
**Roslyn Heights, NY 11577**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$694.62** |
|---|---|---|---|

**Saf T Gard Intl Inc**
**P.O. BOX 7694**
**Carol Stream, IL 60197**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$852.50** |
|---|---|---|---|

**Sanquin Ind Inc**
**14578 Hwy 34 North**
**Terrell, TX 75160**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14,124.00** |
|---|---|---|---|

**SAS Distribution**
**26865 Interstate 45 S**
**SUITE 200**
**Woodlands, TX 77380**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,122.96** |
|---|---|---|---|

**Satake USA**
**LOCK BOX**
**P.O. BOX 841076**
**Dallas, TX 75284-1076**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Navarro Pecan Company, Inc.** | Case number (if known) | **23-40266-11** |
|---|---|---|---|
| | Name | | |

---

**3.136** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,226.84**

**Savage Equipment Inc**
**1020 Industrial Road**
**Madill, OK 73446**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.137** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,091.84**

**Signode Packaging**
**P.O. BOX 71506**
**Chicago, IL 60694**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.138** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$115,920.60**

**Silliker Inc**
**3155 Paysphere Circle**
**Chicago, IL 60674**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.139** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$254.39**

**Smith AG Service**
**1506 S. 7th**
**Corsicana, TX 75110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.140** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$70,400.11**

**Smurfit Kappa No America LLC**
**MAIL CODE 5184**
**P.O. BOX 660367**
**Dallas, TX 75266-0367**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.141** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$151,805.00**

**SNRA Commodities Inc**
**P.O. BOX 734056**
**Dallas, TX 75373-4056**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.142** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Southeastern Employee Benefit Services**
**4837 Carolina Beach Road, Suite 112**
**Wilmington, NC 28412**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Navarro Pecan Company, Inc.** | Case number (if known) | **23-40266-11** |
|---|---|---|---|
| | Name | | |

---

| 3.143 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,186.94** |
|---|---|---|---|

**Southern Dock Products**
**P.O. BOX 840602**
**Dallas, TX 75284-0602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.144 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20,522.46** |
|---|---|---|---|

**Southern Packaging LP**
**P.O. BOX 677**
**Mansfield, TX 76063**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.145 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$368.09** |
|---|---|---|---|

**Stahmann Farms Enterprises**
**193 McDougall St.**
**Australia, Toowoo QLD, AUST 04351-0000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.146 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$823.60** |
|---|---|---|---|

**Staples Business Adv Credit**
**P.O. BOX 105638**
**Atlanta, GA 30348-5638**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.147 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Sterigenics**
**37244 Eagle Way**
**Chicago, IL 60678-1372**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.148 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$105.00** |
|---|---|---|---|

**Stroud Security Systems LP**
**P.O. BOX 20157**
**Waco, TX 76702-0157**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.149 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14,661.14** |
|---|---|---|---|

**T & S Products Inc.**
**525 Duncan Perry Road**
**Arlington, TX 76011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Navarro Pecan Company, Inc.** | Case number (if known) | **23-40266-11** |
|---|---|---|---|
| | Name | | |

---

| 3.150 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Tax Advisors Group LLC**
**12400 Coit Road Ste. 960**
**Dallas, TX 75251**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.151 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Tennant**
**P.O. BOX 71414**
**Chicago, IL 60694-1414**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.152 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,552.24 |
|---|---|---|---|

**Texas Mutual Insurance Co.**
**PO Box 841843**
**Dallas, TX 75284**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.153 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,763.00 |
|---|---|---|---|

**The Cincinatti Insurance Co**
**PO Box 145496**
**Cincinnati, OH 45250**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.154 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $44,825.38 |
|---|---|---|---|

**The Home Depot**
**DBA Supplyworks**
**PO Box 844727**
**Dallas, TX 75284**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.155 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $180.00 |
|---|---|---|---|

**Thermo Eberline LLC**
**PO Box 742857**
**Atlanta, GA 30374**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.156 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TOMRA Sorting, Inc.**
**P. O. BOX 736114**
**Dallas, TX 75373-6114**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Navarro Pecan Company, Inc.** | Case number (if known) | **23-40266-11** |
|---|---|---|---|
| | Name | | |

| 3.157 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,476.15 |
|---|---|---|---|

**Toyota Industries**
**PO Box 660926**
**Dallas, TX 75266**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.158 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Transportation Management**
**& Consultants Ltd**
**P.O. BOX 1080**
**Mabank, TX 75147**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.159 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,764.42 |
|---|---|---|---|

**Travelers CI Remittance Center**
**P.O. BOX 660317**
**Dallas, TX 75266-0317**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.160 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,826.18 |
|---|---|---|---|

**Tretter Food Ingredients**
**PO Box 736**
**Westwood, MA 02090**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.161 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Truist Bank**
**3333 Peachtree Rd, NE, 7th Floor**
**Atlanta, GA 30326**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.162 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $127.74 |
|---|---|---|---|

**Tucker Fuel & Oil Co**
**PO Box 252**
**Hutchins, TX 75141**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.163 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,713,385.89 |
|---|---|---|---|

**U.S. Pecan Trading Co. Ltd**
**1117 Zuni**
**El Paso, TX 79925**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Navarro Pecan Company, Inc.** | Case number (if known) | **23-40266-11** |
|---|---|---|---|
| | Name | | |

---

| 3.164 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,975.95** |
|---|---|---|---|

**Uline**
**ATTN:ACCOUNTS RECEIVABLE**
**P.O. BOX 88741**
**Chicago, IL 60680-1741**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.165 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**United Rentals (NA) Inc.**
**P.O. BOX 840514**
**Dallas, TX 75284-0514**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.166 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$150.53** |
|---|---|---|---|

**Urschel Laboatories, Inc.**
**P.O. BOX 856299**
**Minneapolis, MN 55485-6299**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.167 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,889,616.83** |
|---|---|---|---|

**US Pecans Ltd**
**1117 Zuni**
**El Paso, TX 79925**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.168 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$109.60** |
|---|---|---|---|

**USP**
**1390 Neubrecht Road**
**Lima, OH 45801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.169 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Ventura Foods LLC**
**26259 Network Place**
**Chicago, IL 60673-1262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$84.38** |
|---|---|---|---|

**Verizon Wireless**
**P.O. BOX 660108**
**Dallas, TX 75266-0108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Navarro Pecan Company, Inc.** | Case number (if known) | **23-40266-11** |
|---|---|---|---|
| | Name | | |

| 3.171 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $200.26 |
|---|---|---|---|

**Vertex Machine Co**
**P.O. BOX 1023**
**Corsicana, TX 75151-1023**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.172 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,003.14 |
|---|---|---|---|

**Videojet Technologies Inc**
**12113 Collection Center Drive**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.173 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,564.18 |
|---|---|---|---|

**Weber Scientific**
**2732 Kuser Road**
**Hamilton, NJ 08691**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.174 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,337.83 |
|---|---|---|---|

**Wells Fargo Equipment Finance**
**P.O. BOX 1433**
**Des Moines, IA 50306-1433**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.175 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,936.97 |
|---|---|---|---|

**Winters Oil Company**
**PO Box 1637**
**Corsicana, TX 75151**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.176 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $4,746.50 |
|---|---|---|---|

**Wolver Enterprises**
**617 McKinney**
**Corsicana, TX 75110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $6,458.05 |
|---|---|---|---|

**Xerox Financial Services**
**PO Box 202882**
**Dallas, TX 75320**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Navarro Pecan Company, Inc.** | | Case number (if known) | **23-40266-11** |
|---|---|---|---|---|
| | Name | | | |

| 3.178 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,514.35 |
|---|---|---|---|

**YWRD P C**
**PO Box 1087**
**Ennis, TX 75120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:** **List Others to Be Notified About Unsecured Claims**

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:** **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + $ | 14,213,137.43 |
| **5c. Total of Parts 1 and 2**  Lines 5a + 5b = 5c. | 5c. $ | 14,213,137.43 |

**Fill in this information to identify the case:**

Debtor name      **Navarro Pecan Company, Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF TEXAS

Case number (if known)   **23-40266-11**

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                       12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
     ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
     ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal   Property*
     (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **See attached list** |
| 2.2.   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.3.   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.4.   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |

Navarro Pecan Company, Inc. (Case No. 23-40266-elm11, Bankr. N.D. Tex.)

<u>Schedule G: Executory Contracts and Unexpired Leases</u>

| | **Name** | **Type** |
|---|---|---|
| 1. | 5TH AVENUE TEMPORARIES LLC | Contract |
| 2. | A T & T | Contract |
| 3. | A T & T MOBILITY | Contract |
| 4. | A&D COLD STORAGE INC | Contract |
| 5. | ARMORY STREET COLD STORAGE LLC | Contract |
| 6. | AT&T | Contract |
| 7. | AT&T | Contract |
| 8. | ATMOS ENERGY | Contract |
| 9. | CHICAGO RABBINICAL | Contract |
| 10. | CINTAS CORP | Contract |
| 11. | CITY OF CORSICANA | Contract |
| 12. | DEIBEL LABORATORIES | Contract |
| 13. | ESC CONSULTANTS | Contract |
| 14. | GALENA CAPITAL PARTNERS INC | Contract |
| 15. | HEART OF TEXAS | Contract |
| 16. | LUMINANT ENERGY COMPANY LLC | Contract |
| 17. | MERIEUX NUTRISCIENCES | Contract |
| 18. | NEXTLINK INTERNET | Contract |
| 19. | PAYCHEX OF NEW YORK LLC | Contract |
| 20. | PB&H BENEFITS LLC | Contract |
| 21. | PGF OPERATING LLC | Contract |
| 22. | PRESTO-X | Contract |
| 23. | RELIANT ENERGY | Contract |
| 24. | RENTOKIL | Contract |
| 25. | REPUBLIC SERVICES #069 | Contract |
| 26. | SILLIKER INC | Contract |
| 27. | STONE TOWER CAPITAL | Contract |
| 28. | STROUD SECURITY SYSTEMS LP | Contract |
| 29. | TAX ADVISORS GROUP LLC | Contract |
| 30. | TRITONCAP LLC | Contract |
| 31. | TXU ENERGY-APT 2B | Contract |
| 32. | VYVE | Contract |
| 33. | YWRD P C | Contract |
| 34. | ATG COMPUTER SOLUTIONS  LLC | Maintenance Contract |
| 35. | AUTOMATED TIME KEEPING INC | Maintenance Contract |
| 36. | BARKE GROUP INC  THE | Maintenance Contract |
| 37. | COMPUTHINK | Maintenance Contract |
| 38. | DUDE SOLUTIONS | Maintenance Contract |
| 39. | FRONTIER COMPUTER CORP | Maintenance Contract |

| 40. | IDV SAFESITE | Maintenance Contract |
| 41. | STAY-LINKED CORPORATION | Maintenance Contract |
| 42. | THOMSON REUTERS TAX & ACCT | Maintenance Contract |
| 43. | 3 M PROCESSING LLC | Lease Agreement |
| 44. | AMVT LLC | Lease Agreement |
| 45. | BYLINE FINANCIAL GROUP | Lease Agreement |
| 46. | DE LAGE LANDEN FINANCIAL SER. | Lease Agreement |
| 47. | HERC RENTALS | Lease Agreement |
| 48. | JOHN DEERE FINANCIAL | Lease Agreement |
| 49. | QUADIENT FINANCE USA INC | Lease Agreement |
| 50. | WELLS FARGO EQUIPMENT FINANCE | Lease Agreement |
| 51. | XEROX FINANCIAL SERVICES | Lease Agreement |
| 52. | 3M Partners | Lease Agreement |
| 53. | U.S. PECAN TRADING CO, LTD. | Lease Agreement |
| 54. | U.S. PECANS, LTD. | Lease Agreement |
| 55. | APPLE VALLEY FOODS | Sales Contract |
| 56. | BEST FOOD COMPANY**** | Sales Contract |
| 57. | C.J. DANNEMILLER COMPANY | Sales Contract |
| 58. | CREATIVE SNACKS CO | Sales Contract |
| 59. | DUTCH VALLEY FOODS | Sales Contract |
| 60. | FANNIE MAY CONFECTIONS | Sales Contract |
| 61. | FERVALUE USA INC | Sales Contract |
| 62. | FIELDS PIES | Sales Contract |
| 63. | FOCUS BRANDS | Sales Contract |
| 64. | GENERAL MILLS OPERATIONS LLC | Sales Contract |
| 65. | GLOBAL BOTTOMLINE | Sales Contract |
| 66. | H.P. HOOD | Sales Contract |
| 67. | HORMEL FOODS CORPORATION | Sales Contract |
| 68. | INTERNATIONAL DAIRY QUEEN | Sales Contract |
| 69. | INTERSNACK PROCUREMENT BV*** | Sales Contract |
| 70. | KARS NUTS | Sales Contract |
| 71. | KELLOGG COMPANY | Sales Contract |
| 72. | KIND HEALTHY SNACKS | Sales Contract |
| 73. | KING NUTS&RAAPHORST BV*** | Sales Contract |
| 74. | LEON'S CANDY | Sales Contract |
| 75. | PECAN DELUXE CANDY CO. | Sales Contract |
| 76. | PECAN GROVE MARKETING LLC | Sales Contract |
| 77. | PERRY'S ICE CREAM | Sales Contract |
| 78. | QUALITY BAKERY PRODUCTS INC | Sales Contract |
| 79. | RUSSELL STOVER CANDIES | Sales Contract |
| 80. | SANDERS CANDY LLC | Sales Contract |
| 81. | STEWARTS PROCESSING | Sales Contract |
| 82. | SWEET STREET DESSERTS | Sales Contract |

| | | |
|---|---|---|
| 83. | T H FOODS  INC. | Sales Contract |
| 84. | TABLE TALK INC. | Sales Contract |
| 85. | TOYOTA TSUSHO FOODS CORP***** | Sales Contract |
| 86. | UNILEVER ASCC AG | Sales Contract |
| 87. | V BESANA SPA**** | Sales Contract |
| 88. | A. L. SCHUTZMAN | Sales Contract |
| 89. | ALBANESE CONFECTIONARY | Sales Contract |
| 90. | APPLE VALLEY FOODS | Sales Contract |
| 91. | ASPIRE BAKERIES LLC | Sales Contract |
| 92. | BILL MILLER BAR-B-QUE | Sales Contract |
| 93. | CAPITOL FOODS CO LLC | Sales Contract |
| 94. | CONAGRA FOODS  FSC AP | Sales Contract |
| 95. | CREATIVE SNACKS CO | Sales Contract |
| 96. | DEAN DAIRY LLC | Sales Contract |
| 97. | DELINUTS BV **** | Sales Contract |
| 98. | ECO TERRA GMBH***** | Sales Contract |
| 99. | FERRARA CANDY COMPANY | Sales Contract |
| 100. | FIELDS PIES | Sales Contract |
| 101. | FOCUS BRANDS | Sales Contract |
| 102. | GENERAL MILLS OPERATIONS LLC | Sales Contract |
| 103. | H.P. HOOD | Sales Contract |
| 104. | INTERNATIONAL DAIRY QUEEN | Sales Contract |
| 105. | KRAFT HEINZ FOOD COMPANY | Sales Contract |
| 106. | KROGER - CALM | Sales Contract |
| 107. | KROGER PROCESSING / PRGX | Sales Contract |
| 108. | RASC MANUFACTURING AP | Sales Contract |
| 109. | NIDA TRADING CORP | Sales Contract |
| 110. | NUTTOS PEANUT & POPCORN | Sales Contract |
| 111. | PANERA BREAD | Sales Contract |
| 112. | QUALITY DAIRY | Sales Contract |
| 113. | RUSSELL STOVER CANDIES | Sales Contract |
| 114. | SIMPLY GOOD FOODS USA | Sales Contract |
| 115. | STEWARTS PROCESSING | Sales Contract |
| 116. | TABLE TALK INC. | Sales Contract |
| 117. | THE KROGER CO. BU | Sales Contract |
| 118. | TOTALLY NUTS & MORE  INC** | Sales Contract |
| 119. | TREEHOUSE PRIVATE BRANDS | Sales Contract |
| 120. | TROPHY NUT | Sales Contract |
| 121. | UNILEVER ASCC AG | Sales Contract |

**Fill in this information to identify the case:**

Debtor name    **Navarro Pecan Company, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF TEXAS

Case number (if known)    **23-40266-11**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors     12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 **Collin Street Bakery** | | **Hillcrest Bank** | ■ D   **2.2** <br> ☐ E/F ____ <br> ☐ G ____ |
| 2.2 **Estate of George Martin** | | **Hillcrest Bank** | ■ D   **2.2** <br> ☐ E/F ____ <br> ☐ G ____ |
| 2.3 **Mary M. Magers** | | **Deere & Company** | ■ D   **2.1** <br> ☐ E/F ____ <br> ☐ G ____ |

**Fill in this information to identify the case and this filing:**

Debtor name    **Navarro Pecan Company, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF TEXAS

Case number (if known)    **23-40266-11**

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☒ *Schedule H: Codebtors* (Official Form 206H)

☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

❑ Amended *Schedule* ____

❑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

❑ *Other document that requires a declaration*_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    02/15/2023
　　　　　　　　MM / DD / YYYY

✘ /s/ Brad Walker
_____
Signature of individual signing on behalf of debtor

Brad Walker
_____
Printed name

CRO
_____
Position or relationship to debtor