**TO BE SUPPLEMENTED**

**Schedule 2.1(b) – Fixed Assets**

{00010107:1}

**TO BE SUPPLEMENTED**

**Schedule 2.1(c) – Personal Property**

{00010107:1}

**TO BE SUPPLEMENTED**

## Schedule 2.1(e) – Licenses and Permits

{00010107:1}

**TO BE SUPPLEMENTED**

## Schedule 2.1(g) – Intellectual Property

<u>Domain Names</u>

<u>Trademarks</u>

<u>Patents</u>

<u>Proprietary Processes</u>

{00010107:1}

**TO BE SUPPLEMENTED**

## Schedule 2.1(h) – Truist Pre-Petition Accounts Receivable

| BILLNAME | DESCRIPTION | Bill To | Name | Customer ID | Invoice # | Customer PO# | Original Amt | Balance Due | Terms Description |
|---|---|---|---|---|---|---|---|---|---|
| ARMADA WAREHOUSE SOLUTIONS | Bill to Name ARMADA WAREHOUSE SOLUTIONS 247 | 2478 | ARMADA WAREHOUSE SOLUTIONS | 598 | 75708 | 9718345 | 69744.4 | 69744.4 | NET 30 DAYS |
| ARMADA WAREHOUSE SOLUTIONS | Bill to Name ARMADA WAREHOUSE SOLUTIONS 247 | 2478 | ARMADA WAREHOUSE SOLUTIONS | 598 | 75778 | 10418101 | 69744.4 | 69744.4 | NET 30 DAYS |
| TOTAL | BILL TO | 2478 | ARMADA WAREHOUSE SOLUTIONS | | | | 139488.8 | 139488.8 | |
| TOTAL | BILLNAME | 2478 | ARMADA WAREHOUSE SOLUTIONS | | | | 139488.8 | 139488.8 | |
| AUSTINUTS WHOLESALE | Bill to Name AUSTINUTS WHOLESALE 258 | 2586 | AUSTINUTS WHOLESALE | 724 | 75771 | 266413 | 8420 | 8420 | NET 30 DAYS |
| TOTAL | BILL TO | 2586 | AUSTINUTS WHOLESALE | | | | 8420 | 8420 | |
| TOTAL | BILLNAME | 2586 | AUSTINUTS WHOLESALE | | | | 8420 | 8420 | |
| BISCOMERICA CORP. | Bill to Name BISCOMERICA CORP. 254 | 2545 | BISCOMERICA CORP. | 675 | 75755 | 121922 | 27645 | 27645 | NET 45 DAYS |
| TOTAL | BILL TO | 2545 | BISCOMERICA CORP. | | | | 27645 | 27645 | |
| TOTAL | BILLNAME | 2545 | BISCOMERICA CORP. | | | | 27645 | 27645 | |
| CEDAR FIBER COMPANY INC | Bill to Name CEDAR FIBER COMPANY INC 26 | 263 | CEDAR FIBER COMPANY INC | 95 | 75355 | K8907 | 809.2 | -6 | NET 10 DAYS |
| CEDAR FIBER COMPANY INC | Bill to Name CEDAR FIBER COMPANY INC 26 | 263 | CEDAR FIBER COMPANY INC | 95 | 75739 | K8932 | 985.2 | 985.2 | NET 10 DAYS |
| CEDAR FIBER COMPANY INC | Bill to Name CEDAR FIBER COMPANY INC 26 | 263 | CEDAR FIBER COMPANY INC | 95 | 75740 | K8933 | 906.8 | 906.8 | NET 10 DAYS |
| TOTAL | BILL TO | 263 | CEDAR FIBER COMPANY INC | | | | 2701.2 | 1886 | |
| TOTAL | BILLNAME | 263 | CEDAR FIBER COMPANY INC | | | | 2701.2 | 1886 | |
| CEREAL BYPRODUCT CO | Bill to Name CEREAL BYPRODUCT CO 49 | 495 | CEREAL BYPRODUCT CO | 221 | 75734 | | 1743.24 | 1743.24 | NET 10 DAYS |
| TOTAL | BILL TO | 495 | CEREAL BYPRODUCT CO | | | | 1743.24 | 1743.24 | |
| TOTAL | BILLNAME | 495 | CEREAL BYPRODUCT CO | | | | 1743.24 | 1743.24 | |
| CONAGRA FOODS FSC AP | Bill to Name CONAGRA FOODS FSC AP 11 | 118 | CONAGRA FOODS FSC AP | | | CIA0000194 | 0 | -903.79 | |
| TOTAL | BILL TO | 118 | CONAGRA FOODS FSC AP | | | | 0 | -903.79 | |
| TOTAL | BILLNAME | 118 | CONAGRA FOODS FSC AP | | | | 0 | -903.79 | |
| CRAFTMARK BAKERY LLC | Bill to Name CRAFTMARK BAKERY LLC 240 | 2403 | CRAFTMARK BAKERY LLC | 521 | 75705 | PO66770 | 30707.5 | 30707.5 | NET 30 DAYS |
| TOTAL | BILL TO | 2403 | CRAFTMARK BAKERY LLC | | | | 30707.5 | 30707.5 | |
| TOTAL | BILLNAME | 2403 | CRAFTMARK BAKERY LLC | | | | 30707.5 | 30707.5 | |
| DAYTON FOODS | Bill to Name DAYTON FOODS 72 | 726 | DAYTON FOODS | 707 | 75776 | 37-57565 | 144458.37 | 144458.37 | NET 30 DAYS |
| TOTAL | BILL TO | 726 | DAYTON FOODS | | | | 144458.37 | 144458.37 | |
| TOTAL | BILLNAME | 726 | DAYTON FOODS | | | | 144458.37 | 144458.37 | |
| DEAN DAIRY ICE CREAM LLC | Bill to Name DEAN DAIRY ICE CREAM LLC 251 | 2514 | DEAN DAIRY ICE CREAM LLC | 640 | 74852 | 41615558 | 179132.64 | -25861.11 | 2% 15 NET 60 |
| DEAN DAIRY ICE CREAM LLC | Bill to Name DEAN DAIRY ICE CREAM LLC 251 | 2514 | DEAN DAIRY ICE CREAM LLC | 640 | 75786 | 34830645 | 34553.6 | 34553.6 | 2% 15 NET 60 |
| TOTAL | BILL TO | 2514 | DEAN DAIRY ICE CREAM LLC | | | | 213686.24 | 8692.49 | |
| TOTAL | BILLNAME | 2514 | DEAN DAIRY ICE CREAM LLC | | | | 213686.24 | 8692.49 | |
| ETEX FIBER SUPPLY LLC | Bill to Name ETEX FIBER SUPPLY LLC 253 | 2539 | ETEX FIBER SUPPLY LLC | 668 | 75728 | | 1689.4 | 1689.4 | NET 10 DAYS |
| ETEX FIBER SUPPLY LLC | Bill to Name ETEX FIBER SUPPLY LLC 253 | 2539 | ETEX FIBER SUPPLY LLC | 668 | 75783 | | 1647.2 | 1647.2 | NET 10 DAYS |
| TOTAL | BILL TO | 2539 | ETEX FIBER SUPPLY LLC | | | | 3336.6 | 3336.6 | |
| TOTAL | BILLNAME | 2539 | ETEX FIBER SUPPLY LLC | | | | 3336.6 | 3336.6 | |
| FERVALUE USA INC | Bill to Name FERVALUE USA INC 257 | 2579 | FERVALUE USA INC | 717 | 75737 | 9330101020-2 | 23865 | 23865 | NET 45 DAYS |
| TOTAL | BILL TO | 2579 | FERVALUE USA INC | | | | 23865 | 23865 | |
| TOTAL | BILLNAME | 2579 | FERVALUE USA INC | | | | 23865 | 23865 | |
| FIELDS PIES | Bill to Name FIELDS PIES 32 | 324 | FIELDS PIES | 130 | 75701 | 09202022C | 220352 | 220352 | NET 60 DAYS |
| TOTAL | BILL TO | 324 | FIELDS PIES | | | | 220352 | 220352 | |
| TOTAL | BILLNAME | 324 | FIELDS PIES | | | | 220352 | 220352 | |
| GENERAL MILLS OPERATIONS LLC | Bill to Name GENERAL MILLS OPERATIONS LLC 89 | 893 | GENERAL MILLS OPERATIONS LLC | 437 | 75663 | 12508077 | 151852.8 | 151852.8 | NET 90 DAYS |
| GENERAL MILLS OPERATIONS LLC | Bill to Name GENERAL MILLS OPERATIONS LLC 89 | 893 | GENERAL MILLS OPERATIONS LLC | 437 | 75738 | 12549629 | 15446 | 15446 | NET 90 DAYS |
| GENERAL MILLS OPERATIONS LLC | Bill to Name GENERAL MILLS OPERATIONS LLC 89 | 893 | GENERAL MILLS OPERATIONS LLC | 437 | 75777 | 12561130 | 29459.08 | 29459.08 | NET 90 DAYS |
| TOTAL | BILL TO | 893 | GENERAL MILLS OPERATIONS LLC | | | | 196757.88 | 196757.88 | |
| TOTAL | BILLNAME | 893 | GENERAL MILLS OPERATIONS LLC | | | | 196757.88 | 196757.88 | |
| GLOBAL BOTTOMLINE | Bill to Name GLOBAL BOTTOMLINE 16 | 160 | GLOBAL BOTTOMLINE | 36 | 75476 | PER JOHN | 330.08 | 330.08 | NET 30 DAYS |
| TOTAL | BILL TO | 160 | GLOBAL BOTTOMLINE | | | | 330.08 | 330.08 | |
| TOTAL | BILLNAME | 160 | GLOBAL BOTTOMLINE | | | | 330.08 | 330.08 | |
| H.P. HOOD | Bill to Name H.P. HOOD 58 | 584 | H.P. HOOD | 1213005 | 75781 | 792202 | 31041.6 | 31041.6 | NET 30 DAYS |
| TOTAL | BILL TO | 584 | H.P. HOOD | | | | 31041.6 | 31041.6 | |
| TOTAL | BILLNAME | 584 | H.P. HOOD | | | | 31041.6 | 31041.6 | |
| HARRY AND DAVID CORPORATION | Bill to Name HARRY AND DAVID CORPORATION 62 | 620 | HARRY AND DAVID CORPORATION | 304 | 75753 | 4500139030 | 575 | 575 | NET 30 DAYS |
| TOTAL | BILL TO | 620 | HARRY AND DAVID CORPORATION | | | | 575 | 575 | |
| TOTAL | BILLNAME | 620 | HARRY AND DAVID CORPORATION | | | | 575 | 575 | |
| HIGH COUNTRY MERCANTILE INC | Bill to Name HIGH COUNTRY MERCANTILE INC 254 | 2546 | HIGH COUNTRY MERCANTILE INC | 676 | 75743 | 7474 | 10679.2 | 10679.2 | NET 30 DAYS |
| HIGH COUNTRY MERCANTILE INC | Bill to Name HIGH COUNTRY MERCANTILE INC 254 | 2546 | HIGH COUNTRY MERCANTILE INC | 676 | 75767 | 7475 | 11366.04 | 11366.04 | NET 30 DAYS |
| TOTAL | BILL TO | 2546 | HIGH COUNTRY MERCANTILE INC | | | | 22045.24 | 22045.24 | |
| TOTAL | BILLNAME | 2546 | HIGH COUNTRY MERCANTILE INC | | | | 22045.24 | 22045.24 | |
| HORMEL FOODS CORPORATION | Bill to Name HORMEL FOODS CORPORATION 256 | 2567 | HORMEL FOODS CORPORATION | 698 | 75053 | 4409086 | 170170 | -520 | NET 60 DAYS |
| TOTAL | BILL TO | 2567 | HORMEL FOODS CORPORATION | | | | 170170 | -520 | |
| TOTAL | BILLNAME | 2567 | HORMEL FOODS CORPORATION | | | | 170170 | -520 | |
| JOSH EARLY CANDIES | Bill to Name JOSH EARLY CANDIES 4 | 43 | JOSH EARLY CANDIES | 42000 | 75772 | 4774 | 10612.5 | 10612.5 | NET 30 DAYS |
| TOTAL | BILL TO | 43 | JOSH EARLY CANDIES | | | | 10612.5 | 10612.5 | |
| TOTAL | BILLNAME | 43 | JOSH EARLY CANDIES | | | | 10612.5 | 10612.5 | |
| KARS NUTS | Bill to Name KARS NUTS 206 | 2066 | KARS NUTS | 2066000 | 75760 | PO0021589 | 83360 | 83360 | NET 30 DAYS |
| TOTAL | BILL TO | 2066 | KARS NUTS | | | | 83360 | 83360 | |
| TOTAL | BILLNAME | 2066 | KARS NUTS | | | | 83360 | 83360 | |
| KELLOGG COMPANY | Bill to Name KELLOGG COMPANY 221 | 2215 | KELLOGG COMPANY | 2215000 | 75762 | 4203348374 | 120484.1 | 120484.1 | NET 45 DAYS |
| TOTAL | BILL TO | 2215 | KELLOGG COMPANY | | | | 120484.1 | 120484.1 | |
| TOTAL | BILLNAME | 2215 | KELLOGG COMPANY | | | | 120484.1 | 120484.1 | |
| KELLOGG USA INC NUUS | Bill to Name KELLOGG USA INC NUUS 67 | 673 | KELLOGG USA INC NUUS | 673 | 74304 | 4203030918 | 37151.18 | -336 | NET 45 DAYS |
| TOTAL | BILL TO | 673 | KELLOGG USA INC NUUS | | | | 37151.18 | -336 | |
| TOTAL | BILLNAME | 673 | KELLOGG USA INC NUUS | | | | 37151.18 | -336 | |
| KEMPS LLC V#48062 | Bill to Name KEMPS LLC V#48062 58 | 583 | KEMPS LLC V#48062 | 282 | 75754 | 732868 | 93883.2 | 93883.2 | 2% 15 NET 60 |
| TOTAL | BILL TO | 583 | KEMPS LLC V#48062 | | | | 93883.2 | 93883.2 | |
| TOTAL | BILLNAME | 583 | KEMPS LLC V#48062 | | | | 93883.2 | 93883.2 | |
| KRAFT HEINZ FOOD COMPANY | Bill to Name KRAFT HEINZ FOOD COMPANY 55 | 556 | KRAFT HEINZ FOOD COMPANY | 556 | 73224 | 3562485730 | 171600 | -125400 | NET 10 DAYS |
| TOTAL | BILL TO | 556 | KRAFT HEINZ FOOD COMPANY | | | | 171600 | -125400 | |
| TOTAL | BILLNAME | 556 | KRAFT HEINZ FOOD COMPANY | | | | 171600 | -125400 | |
| KROGER PROCESSING / PRGX | Bill to Name KROGER PROCESSING / PRGX 85 | 854 | KROGER PROCESSING / PRGX | 420 | 75442 | 1156485 | 3621 | -251.28 | NET 90 DAYS |
| KROGER PROCESSING / PRGX | Bill to Name KROGER PROCESSING / PRGX 85 | 854 | KROGER PROCESSING / PRGX | 420 | 75787 | 1177056 | 114072 | 114072 | NET 90 DAYS |
| TOTAL | BILL TO | 854 | KROGER PROCESSING / PRGX | | | | 117693 | 113820.72 | |
| TOTAL | BILLNAME | 854 | KROGER PROCESSING / PRGX | | | | 117693 | 113820.72 | |
| LANDSCAPERS PRIDE | Bill to Name LANDSCAPERS PRIDE 250 | 2503 | LANDSCAPERS PRIDE | 630 | 75748 | | 1329.9 | 1329.9 | CHK IN ADV. |
| TOTAL | BILL TO | 2503 | LANDSCAPERS PRIDE | | | | 1329.9 | 1329.9 | |
| TOTAL | BILLNAME | 2503 | LANDSCAPERS PRIDE | | | | 1329.9 | 1329.9 | |
| LIVING EARTH TECHNOLOGY | Bill to Name LIVING EARTH TECHNOLOGY 62 | 625 | LIVING EARTH TECHNOLOGY | 306 | 75599 | | 757 | 757 | NET 10 DAYS |
| LIVING EARTH TECHNOLOGY | Bill to Name LIVING EARTH TECHNOLOGY 62 | 625 | LIVING EARTH TECHNOLOGY | 306 | 75608 | | 811 | 811 | NET 10 DAYS |
| LIVING EARTH TECHNOLOGY | Bill to Name LIVING EARTH TECHNOLOGY 62 | 625 | LIVING EARTH TECHNOLOGY | 306 | 75623 | IS 126983-STKJY | 791.4 | 791.4 | NET 10 DAYS |
| LIVING EARTH TECHNOLOGY | Bill to Name LIVING EARTH TECHNOLOGY 62 | 625 | LIVING EARTH TECHNOLOGY | 306 | 75676 | 136083-STKJY | 770 | 770 | NET 10 DAYS |
| LIVING EARTH TECHNOLOGY | Bill to Name LIVING EARTH TECHNOLOGY 62 | 625 | LIVING EARTH TECHNOLOGY | 306 | 75774 | | 746.8 | 746.8 | NET 10 DAYS |
| TOTAL | BILL TO | 625 | LIVING EARTH TECHNOLOGY | | | | 3876.2 | 3876.2 | |
| TOTAL | BILLNAME | 625 | LIVING EARTH TECHNOLOGY | | | | 3876.2 | 3876.2 | |
| LOUISANA REDUCTION | Bill to Name LOUISANA REDUCTION 227 | 2275 | LOUISANA REDUCTION | 2275000 | 53765 | | 655.2 | 655.2 | NET 10 DAYS |
| LOUISANA REDUCTION | Bill to Name LOUISANA REDUCTION 227 | 2275 | LOUISANA REDUCTION | 2275000 | 53893 | | 798.3 | 798.3 | NET 10 DAYS |
| LOUISANA REDUCTION | Bill to Name LOUISANA REDUCTION 227 | 2275 | LOUISANA REDUCTION | 2275000 | 53894 | | 699 | 699 | NET 10 DAYS |

| BILLNAME | DESCRIPTION | Bill To | Name | Customer ID | Invoice # | Customer PO# | Original Amt | Balance Due | Terms Description |
|---|---|---|---|---|---|---|---|---|---|
| LOUISANA REDUCTION | Bill to Name LOUISANA REDUCTION 227 | 2275 | LOUISANA REDUCTION | 2275000 | 53895 | | 605.4 | 605.4 | NET 10 DAYS |
| LOUISANA REDUCTION | Bill to Name LOUISANA REDUCTION 227 | 2275 | LOUISANA REDUCTION | 2275000 | 54002 | | 868.2 | 868.2 | NET 10 DAYS |
| LOUISANA REDUCTION | Bill to Name LOUISANA REDUCTION 227 | 2275 | LOUISANA REDUCTION | 2275000 | 54802 | | 678.3 | 678.3 | NET 10 DAYS |
| LOUISANA REDUCTION | Bill to Name LOUISANA REDUCTION 227 | 2275 | LOUISANA REDUCTION | 2275000 | 54904 | | 717.9 | 717.9 | NET 10 DAYS |
| LOUISANA REDUCTION | Bill to Name LOUISANA REDUCTION 227 | 2275 | LOUISANA REDUCTION | 2275000 | 54905 | | 733.8 | 733.8 | NET 10 DAYS |
| LOUISANA REDUCTION | Bill to Name LOUISANA REDUCTION 227 | 2275 | LOUISANA REDUCTION | 2275000 | 55017 | | 678 | 678 | NET 10 DAYS |
| LOUISANA REDUCTION | Bill to Name LOUISANA REDUCTION 227 | 2275 | LOUISANA REDUCTION | 2275000 | 55200 | | 679.8 | 679.8 | NET 10 DAYS |
| LOUISANA REDUCTION | Bill to Name LOUISANA REDUCTION 227 | 2275 | LOUISANA REDUCTION | 2275000 | 55253 | | 646.8 | 646.8 | NET 10 DAYS |
| LOUISANA REDUCTION | Bill to Name LOUISANA REDUCTION 227 | 2275 | LOUISANA REDUCTION | 2275000 | 55254 | | 506.4 | 506.4 | NET 10 DAYS |
| LOUISANA REDUCTION | Bill to Name LOUISANA REDUCTION 227 | 2275 | LOUISANA REDUCTION | 2275000 | 55310 | | 637.2 | 637.2 | NET 10 DAYS |
| LOUISANA REDUCTION | Bill to Name LOUISANA REDUCTION 227 | 2275 | LOUISANA REDUCTION | 2275000 | 55367 | | 663 | 663 | NET 10 DAYS |
| LOUISANA REDUCTION | Bill to Name LOUISANA REDUCTION 227 | 2275 | LOUISANA REDUCTION | 2275000 | 56166 | | 748.5 | 748.5 | NET 10 DAYS |
| LOUISANA REDUCTION | Bill to Name LOUISANA REDUCTION 227 | 2275 | LOUISANA REDUCTION | 2275000 | 56167 | | 648 | 648 | NET 10 DAYS |
| LOUISANA REDUCTION | Bill to Name LOUISANA REDUCTION 227 | 2275 | LOUISANA REDUCTION | 2275000 | 56246 | | 763.8 | 763.8 | NET 10 DAYS |
| LOUISANA REDUCTION | Bill to Name LOUISANA REDUCTION 227 | 2275 | LOUISANA REDUCTION | 2275000 | 56319 | | 852.6 | 852.6 | NET 10 DAYS |
| LOUISANA REDUCTION | Bill to Name LOUISANA REDUCTION 227 | 2275 | LOUISANA REDUCTION | 2275000 | 56413 | | 743.1 | 743.1 | NET 10 DAYS |
| LOUISANA REDUCTION | Bill to Name LOUISANA REDUCTION 227 | 2275 | LOUISANA REDUCTION | 2275000 | 56433 | | 681.9 | 681.9 | NET 10 DAYS |
| LOUISANA REDUCTION | Bill to Name LOUISANA REDUCTION 227 | 2275 | LOUISANA REDUCTION | 2275000 | 56478 | | 660.9 | 660.9 | NET 10 DAYS |
| LOUISANA REDUCTION | Bill to Name LOUISANA REDUCTION 227 | 2275 | LOUISANA REDUCTION | 2275000 | 56479 | | 693 | 693 | NET 10 DAYS |
| LOUISANA REDUCTION | Bill to Name LOUISANA REDUCTION 227 | 2275 | LOUISANA REDUCTION | 2275000 | 56886 | | 694.5 | 694.5 | NET 10 DAYS |
| LOUISANA REDUCTION | Bill to Name LOUISANA REDUCTION 227 | 2275 | LOUISANA REDUCTION | 2275000 | 56933 | | 1153 | 1153 | NET 10 DAYS |
| LOUISANA REDUCTION | Bill to Name LOUISANA REDUCTION 227 | 2275 | LOUISANA REDUCTION | 2275000 | 56966 | | 1087.5 | 1087.5 | NET 10 DAYS |
| LOUISANA REDUCTION | Bill to Name LOUISANA REDUCTION 227 | 2275 | LOUISANA REDUCTION | 2275000 | 57013 | | 1214 | 1214 | NET 10 DAYS |
| LOUISANA REDUCTION | Bill to Name LOUISANA REDUCTION 227 | 2275 | LOUISANA REDUCTION | 2275000 | 57014 | | 1215 | 1215 | NET 10 DAYS |
| LOUISANA REDUCTION | Bill to Name LOUISANA REDUCTION 227 | 2275 | LOUISANA REDUCTION | 2275000 | 57066 | | 1236.5 | 1236.5 | NET 10 DAYS |
| LOUISANA REDUCTION | Bill to Name LOUISANA REDUCTION 227 | 2275 | LOUISANA REDUCTION | 2275000 | 57159 | | 1209 | 1209 | NET 10 DAYS |
| LOUISANA REDUCTION | Bill to Name LOUISANA REDUCTION 227 | 2275 | LOUISANA REDUCTION | 2275000 | 57297 | | 1220 | 1220 | NET 10 DAYS |
| LOUISANA REDUCTION | Bill to Name LOUISANA REDUCTION 227 | 2275 | LOUISANA REDUCTION | 2275000 | 57727 | | 1300 | 1300 | NET 10 DAYS |
| LOUISANA REDUCTION | Bill to Name LOUISANA REDUCTION 227 | 2275 | LOUISANA REDUCTION | 2275000 | 57728 | | 1133 | 1133 | NET 10 DAYS |
| LOUISANA REDUCTION | Bill to Name LOUISANA REDUCTION 227 | 2275 | LOUISANA REDUCTION | 2275000 | 57948 | | 1146 | 1146 | NET 10 DAYS |
| LOUISANA REDUCTION | Bill to Name LOUISANA REDUCTION 227 | 2275 | LOUISANA REDUCTION | 2275000 | 58095 | | 1037 | 1037 | NET 10 DAYS |
| LOUISANA REDUCTION | Bill to Name LOUISANA REDUCTION 227 | 2275 | LOUISANA REDUCTION | 2275000 | 58133 | | 1125.5 | 1125.5 | NET 10 DAYS |
| LOUISANA REDUCTION | Bill to Name LOUISANA REDUCTION 227 | 2275 | LOUISANA REDUCTION | 2275000 | 58173 | | 991 | 991 | NET 10 DAYS |
| LOUISANA REDUCTION | Bill to Name LOUISANA REDUCTION 227 | 2275 | LOUISANA REDUCTION | 2275000 | 58273 | | 1208.5 | 1208.5 | NET 10 DAYS |
| LOUISANA REDUCTION | Bill to Name LOUISANA REDUCTION 227 | 2275 | LOUISANA REDUCTION | 2275000 | 58375 | | 1227 | 1227 | NET 10 DAYS |
| LOUISANA REDUCTION | Bill to Name LOUISANA REDUCTION 227 | 2275 | LOUISANA REDUCTION | 2275000 | 58525 | | 1169.5 | 1169.5 | NET 10 DAYS |
| LOUISANA REDUCTION | Bill to Name LOUISANA REDUCTION 227 | 2275 | LOUISANA REDUCTION | 2275000 | 58578 | | 1150 | 1150 | NET 10 DAYS |
| LOUISANA REDUCTION | Bill to Name LOUISANA REDUCTION 227 | 2275 | LOUISANA REDUCTION | 2275000 | 58650 | | 1018.5 | 1018.5 | NET 10 DAYS |
| LOUISANA REDUCTION | Bill to Name LOUISANA REDUCTION 227 | 2275 | LOUISANA REDUCTION | 2275000 | 74992 | 1998 | 1087.65 | -792.8 | NET 10 DAYS |
| LOUISANA REDUCTION | Bill to Name LOUISANA REDUCTION 227 | 2275 | LOUISANA REDUCTION | 2275000 | 75281 | | 865.8 | 865.8 | NET 10 DAYS |
| LOUISANA REDUCTION | Bill to Name LOUISANA REDUCTION 227 | 2275 | LOUISANA REDUCTION | 2275000 | 75287 | | 936 | 936 | NET 10 DAYS |
| LOUISANA REDUCTION | Bill to Name LOUISANA REDUCTION 227 | 2275 | LOUISANA REDUCTION | 2275000 | 75741 | | 1043.1 | 1043.1 | NET 10 DAYS |
| LOUISANA REDUCTION | Bill to Name LOUISANA REDUCTION 227 | 2275 | LOUISANA REDUCTION | 2275000 | 75780 | | 837.9 | 837.9 | NET 10 DAYS |
| TOTAL | BILL TO | 2275 | LOUISANA REDUCTION | | | | 41645.05 | 39764.6 | |
| TOTAL | BILLNAME | 2275 | LOUISANA REDUCTION | | | | 41645.05 | 39764.6 | |
| MANSFIELD WHSE SVCS | Bill to Name MANSFIELD WHSE SVCS 66 | 666 | MANSFIELD WHSE SVCS | 666001 | 56896 | | 882 | 882 | NET 10 DAYS |
| MANSFIELD WHSE SVCS | Bill to Name MANSFIELD WHSE SVCS 66 | 666 | MANSFIELD WHSE SVCS | 666001 | 65473 | PER JOHN | 432 | 432 | NET 10 DAYS |
| MANSFIELD WHSE SVCS | Bill to Name MANSFIELD WHSE SVCS 66 | 666 | MANSFIELD WHSE SVCS | 666001 | 65558 | PER JOHN | 216 | 216 | NET 10 DAYS |
| TOTAL | BILL TO | 666 | MANSFIELD WHSE SVCS | | | | 1530 | 1530 | |
| TOTAL | BILLNAME | 666 | MANSFIELD WHSE SVCS | | | | 1530 | 1530 | |
| MOLINA'S MEXICAN | Bill to Name MOLINA'S MEXICAN 154 | 1545 | MOLINA'S MEXICAN | 1545000 | 75757 | EMAIL | 206.93 | 206.93 | NET 10 DAYS |
| TOTAL | BILL TO | 1545 | MOLINA'S MEXICAN | | | | 206.93 | 206.93 | |
| TOTAL | BILLNAME | 1545 | MOLINA'S MEXICAN | | | | 206.93 | 206.93 | |
| NEWELL ATKINSON | Bill to Name NEWELL ATKINSON 50 | 501 | NEWELL ATKINSON | 346 | 66163 | | 2204.4 | 1504.48 | NET 10 DAYS |
| NEWELL ATKINSON | Bill to Name NEWELL ATKINSON 50 | 501 | NEWELL ATKINSON | 346 | 68344 | | 750 | 750 | NET 10 DAYS |
| NEWELL ATKINSON | Bill to Name NEWELL ATKINSON 50 | 501 | NEWELL ATKINSON | | | CA0000179 | 0 | -4207.2 | |
| NEWELL ATKINSON | Bill to Name NEWELL ATKINSON 50 | 501 | NEWELL ATKINSON | 346 | 75566 | | 531 | 531 | NET 10 DAYS |
| TOTAL | BILL TO | 501 | NEWELL ATKINSON | | | | 3485.4 | -1421.72 | |
| TOTAL | BILLNAME | 501 | NEWELL ATKINSON | | | | 3485.4 | -1421.72 | |
| NORTHERN GOLD FOODS LTD | Bill to Name NORTHERN GOLD FOODS LTD 65 | 657 | NORTHERN GOLD FOODS LTD | 657 | 75785 | 2672 | 33622 | 33622 | NET 30 DAYS |
| TOTAL | BILL TO | 657 | NORTHERN GOLD FOODS LTD | | | | 33622 | 33622 | |
| TOTAL | BILLNAME | 657 | NORTHERN GOLD FOODS LTD | | | | 33622 | 33622 | |
| PECAN DELUXE CANDY CO. | Bill to Name PECAN DELUXE CANDY CO. 10 | 107 | PECAN DELUXE CANDY CO. | 107000 | 68964 | 118781 | 56448 | -39456 | NET 30 DAYS |
| PECAN DELUXE CANDY CO. | Bill to Name PECAN DELUXE CANDY CO. 10 | 107 | PECAN DELUXE CANDY CO. | 107000 | 74424 | 141683 | 57330 | -14391 | NET 30 DAYS |
| PECAN DELUXE CANDY CO. | Bill to Name PECAN DELUXE CANDY CO. 10 | 107 | PECAN DELUXE CANDY CO. | 107000 | 75730 | 149220 | 69225.9 | 69225.9 | NET 30 DAYS |
| PECAN DELUXE CANDY CO. | Bill to Name PECAN DELUXE CANDY CO. 10 | 107 | PECAN DELUXE CANDY CO. | 107000 | 75761 | 149311 | 73553 | 73553 | NET 30 DAYS |
| TOTAL | BILL TO | 107 | PECAN DELUXE CANDY CO. | | | | 256556.9 | 88931.9 | |
| TOTAL | BILLNAME | 107 | PECAN DELUXE CANDY CO. | | | | 256556.9 | 88931.9 | |
| PERRY'S ICE CREAM | Bill to Name PERRY'S ICE CREAM 132 | 1326 | PERRY'S ICE CREAM | 1326001 | 75717 | 27983 | 39752.6 | 39752.6 | NET 30 DAYS |
| TOTAL | BILL TO | 1326 | PERRY'S ICE CREAM | | | | 39752.6 | 39752.6 | |
| TOTAL | BILLNAME | 1326 | PERRY'S ICE CREAM | | | | 39752.6 | 39752.6 | |
| PHILLIPS CANDY HOUSE INC | Bill to Name PHILLIPS CANDY HOUSE INC 250 | 2506 | PHILLIPS CANDY HOUSE INC | | | CA0000201 | 0 | -2435.19 | |
| TOTAL | BILL TO | 2506 | PHILLIPS CANDY HOUSE INC | | | | 0 | -2435.19 | |
| TOTAL | BILLNAME | 2506 | PHILLIPS CANDY HOUSE INC | | | | 0 | -2435.19 | |
| PURE AND NATURAL FOOD | Bill to Name PURE AND NATURAL FOOD 249 | 2493 | PURE AND NATURAL FOOD | 617 | 73288 | | 50684.8 | 9925.09 | DUE ON RECEIPT OF I |
| PURE AND NATURAL FOOD | Bill to Name PURE AND NATURAL FOOD 249 | 2493 | PURE AND NATURAL FOOD | 617 | 73289 | | 2830.5 | 529.04 | DUE ON RECEIPT OF I |
| PURE AND NATURAL FOOD | Bill to Name PURE AND NATURAL FOOD 249 | 2493 | PURE AND NATURAL FOOD | 617 | 73290 | | 21652.2 | 4647.2 | DUE ON RECEIPT OF I |
| PURE AND NATURAL FOOD | Bill to Name PURE AND NATURAL FOOD 249 | 2493 | PURE AND NATURAL FOOD | 617 | 73291 | | 18680.3 | 4093.2 | DUE ON RECEIPT OF I |
| PURE AND NATURAL FOOD | Bill to Name PURE AND NATURAL FOOD 249 | 2493 | PURE AND NATURAL FOOD | 617 | 73292 | | 18085.8 | 3450.41 | DUE ON RECEIPT OF I |
| PURE AND NATURAL FOOD | Bill to Name PURE AND NATURAL FOOD 249 | 2493 | PURE AND NATURAL FOOD | 617 | 73293 | | 1278.1 | 194.5 | DUE ON RECEIPT OF I |
| PURE AND NATURAL FOOD | Bill to Name PURE AND NATURAL FOOD 249 | 2493 | PURE AND NATURAL FOOD | 617 | 74950 | APRIL CONSUM | 3415.35 | 3415.35 | DUE ON RECEIPT OF I |
| PURE AND NATURAL FOOD | Bill to Name PURE AND NATURAL FOOD 249 | 2493 | PURE AND NATURAL FOOD | 617 | 75445 | AUGUST LABOR | 45980.19 | 45980.19 | DUE ON RECEIPT OF I |
| PURE AND NATURAL FOOD | Bill to Name PURE AND NATURAL FOOD 249 | 2493 | PURE AND NATURAL FOOD | 617 | 75446 | SEPTEMBER LA | 60183.02 | 60183.02 | DUE ON RECEIPT OF I |
| PURE AND NATURAL FOOD | Bill to Name PURE AND NATURAL FOOD 249 | 2493 | PURE AND NATURAL FOOD | 617 | 75758 | OCTOBER 2022 | 1419.5 | 1419.5 | DUE ON RECEIPT OF I |
| PURE AND NATURAL FOOD | Bill to Name PURE AND NATURAL FOOD 249 | 2493 | PURE AND NATURAL FOOD | 617 | 75759 | NOVEMBER 202 | 1666.38 | 1666.38 | DUE ON RECEIPT OF I |
| PURE AND NATURAL FOOD | Bill to Name PURE AND NATURAL FOOD 249 | 2493 | PURE AND NATURAL FOOD | 617 | 75763 | OCTOBER 2022 | 60940.95 | 60940.95 | DUE ON RECEIPT OF I |
| PURE AND NATURAL FOOD | Bill to Name PURE AND NATURAL FOOD 249 | 2493 | PURE AND NATURAL FOOD | 617 | 75764 | NOVEMBER 202 | 51463.63 | 51463.63 | DUE ON RECEIPT OF I |
| PURE AND NATURAL FOOD | Bill to Name PURE AND NATURAL FOOD 249 | 2493 | PURE AND NATURAL FOOD | 617 | 75765 | DECEMBER 202 | 55450.21 | 55450.21 | DUE ON RECEIPT OF I |
| PURE AND NATURAL FOOD | Bill to Name PURE AND NATURAL FOOD 249 | 2493 | PURE AND NATURAL FOOD | 617 | 75769 | DECEMBER 202 | 2954.37 | 2954.37 | DUE ON RECEIPT OF I |
| TOTAL | BILL TO | 2493 | PURE AND NATURAL FOOD | | | | 396685.3 | 306313.04 | |
| TOTAL | BILLNAME | 2493 | PURE AND NATURAL FOOD | | | | 396685.3 | 306313.04 | |
| QUEST NUTRITION | Bill to Name QUEST NUTRITION 242 | 2429 | QUEST NUTRITION | 545 | 75768 | PON0037292-1 | 187.88 | 187.88 | NET 30 DAYS |
| TOTAL | BILL TO | 2429 | QUEST NUTRITION | | | | 187.88 | 187.88 | |
| TOTAL | BILLNAME | 2429 | QUEST NUTRITION | | | | 187.88 | 187.88 | |
| RUSSELL STOVER CANDIES | Bill to Name RUSSELL STOVER CANDIES 55 | 553 | RUSSELL STOVER CANDIES | 138003 | 75727 | 5400008968 | 172646.4 | 172646.4 | NET 30 DAYS |
| TOTAL | BILL TO | 553 | RUSSELL STOVER CANDIES | | | | 172646.4 | 172646.4 | |
| TOTAL | BILLNAME | 553 | RUSSELL STOVER CANDIES | | | | 172646.4 | 172646.4 | |

{00010107:1}

| BILLNAME | DESCRIPTION | Bill To | Name | Customer ID | Invoice # | Customer PO# | Original Amt | Balance Due | Terms Description |
|---|---|---|---|---|---|---|---|---|---|
| SANDERS CANDY LLC | Bill to Name SANDERS CANDY LLC 251 | 2517 | SANDERS CANDY LLC | | | CIA0000168 | 0 | -150 | |
| SANDERS CANDY LLC | Bill to Name SANDERS CANDY LLC 251 | 2517 | SANDERS CANDY LLC | 643 | 75704 | 220389 | 29661 | 29661 | NET 30 DAYS |
| TOTAL | BILL TO | 2517 | SANDERS CANDY LLC | | | | 29661 | 29511 | |
| TOTAL | BILLNAME | 2517 | SANDERS CANDY LLC | | | | 29661 | 29511 | |
| SCHULZE & BURCH BISCUIT CO. | Bill to Name SCHULZE & BURCH BISCUIT CO. 251 | 2510 | SCHULZE & BURCH BISCUIT CO. | 636 | 75736 | I-059316 | 103520 | 103520 | NET 45 DAYS |
| TOTAL | BILL TO | 2510 | SCHULZE & BURCH BISCUIT CO. | | | | 103520 | 103520 | |
| TOTAL | BILLNAME | 2510 | SCHULZE & BURCH BISCUIT CO. | | | | 103520 | 103520 | |
| SITEONE LANDSCAPE SUPPLY,LLC | Bill to Name SITEONE LANDSCAPE SUPPLY,LLC 73 | 738 | SITEONE LANDSCAPE SUPPLY,LLC | 371 | 75752 | 39099414 | 1003.2 | 1003.2 | NET 10 DAYS |
| SITEONE LANDSCAPE SUPPLY,LLC | Bill to Name SITEONE LANDSCAPE SUPPLY,LLC 73 | 738 | SITEONE LANDSCAPE SUPPLY,LLC | 371 | 75775 | 39125201 | 1073.8 | 1073.8 | NET 10 DAYS |
| TOTAL | BILL TO | 738 | SITEONE LANDSCAPE SUPPLY,LLC | | | | 2077 | 2077 | |
| TOTAL | BILLNAME | 738 | SITEONE LANDSCAPE SUPPLY,LLC | | | | 2077 | 2077 | |
| SNRA COMMODITIES | Bill to Name SNRA COMMODITIES 82 | 827 | SNRA COMMODITIES | 411 | 73457 | 51520 | 16464 | 16464 | NET 30 DAYS |
| TOTAL | BILL TO | 827 | SNRA COMMODITIES | | | | 16464 | 16464 | |
| TOTAL | BILLNAME | 827 | SNRA COMMODITIES | | | | 16464 | 16464 | |
| SNRA COMMODITIES INC | Bill to Name SNRA COMMODITIES INC 249 | 2498 | SNRA COMMODITIES INC | 622 | 68396 | 52119 | 16800 | 16800 | NET 30 DAYS |
| TOTAL | BILL TO | 2498 | SNRA COMMODITIES INC | | | | 16800 | 16800 | |
| TOTAL | BILLNAME | 2498 | SNRA COMMODITIES INC | | | | 16800 | 16800 | |
| TABLE TALK INC. | Bill to Name TABLE TALK INC. 160 | 1606 | TABLE TALK INC. | 1606000 | 73987 | 176672 | 68040 | 59535 | NET 30 DAYS |
| TABLE TALK INC. | Bill to Name TABLE TALK INC. 160 | 1606 | TABLE TALK INC. | 1606000 | 74048 | 176700 | 45360 | 45360 | NET 30 DAYS |
| TABLE TALK INC. | Bill to Name TABLE TALK INC. 160 | 1606 | TABLE TALK INC. | 1606000 | 74081 | 176727 | 37800 | 37800 | NET 30 DAYS |
| TABLE TALK INC. | Bill to Name TABLE TALK INC. 160 | 1606 | TABLE TALK INC. | 1606000 | 74154 | 176824 | 30240 | 30240 | NET 30 DAYS |
| TABLE TALK INC. | Bill to Name TABLE TALK INC. 160 | 1606 | TABLE TALK INC. | 1606000 | 74184 | 176886 | 60480 | 60480 | NET 30 DAYS |
| TABLE TALK INC. | Bill to Name TABLE TALK INC. 160 | 1606 | TABLE TALK INC. | 1606000 | 74215 | 177006 | 60480 | 60480 | NET 30 DAYS |
| TABLE TALK INC. | Bill to Name TABLE TALK INC. 160 | 1606 | TABLE TALK INC. | 1606000 | 74243 | 177039 | 22680 | 22680 | NET 30 DAYS |
| TABLE TALK INC. | Bill to Name TABLE TALK INC. 160 | 1606 | TABLE TALK INC. | 1606000 | 74252 | 177046 | 22680 | 22680 | NET 30 DAYS |
| TABLE TALK INC. | Bill to Name TABLE TALK INC. 160 | 1606 | TABLE TALK INC. | 1606000 | 74318 | 177149 | 22680 | 22680 | NET 30 DAYS |
| TABLE TALK INC. | Bill to Name TABLE TALK INC. 160 | 1606 | TABLE TALK INC. | 1606000 | 74508 | 177295 | 15120 | 15120 | NET 30 DAYS |
| TOTAL | BILL TO | 1606 | TABLE TALK INC. | | | | 385560 | 377055 | |
| TOTAL | BILLNAME | 1606 | TABLE TALK INC. | | | | 385560 | 377055 | |
| TEXAS STAR NUT & FOOD CO | Bill to Name TEXAS STAR NUT & FOOD CO 223 | 2235 | TEXAS STAR NUT & FOOD CO | 2235000 | 75643 | PO22-1039 | 31600 | 31600 | NET 60 DAYS |
| TEXAS STAR NUT & FOOD CO | Bill to Name TEXAS STAR NUT & FOOD CO 223 | 2235 | TEXAS STAR NUT & FOOD CO | 2235000 | 75742 | PO22-1039 | 31600 | 31600 | NET 60 DAYS |
| TOTAL | BILL TO | 2235 | TEXAS STAR NUT & FOOD CO | | | | 63200 | 63200 | |
| TOTAL | BILLNAME | 2235 | TEXAS STAR NUT & FOOD CO | | | | 63200 | 63200 | |
| THE SYGMA NETWORK-CORP OFFICE | Bill to Name THE SYGMA NETWORK-CORP OFFICE 42 | 428 | THE SYGMA NETWORK-CORP OFFICE | 187 | 75675 | 15545C64 | 18961.2 | 18961.2 | NET 30 DAYS |
| THE SYGMA NETWORK-CORP OFFICE | Bill to Name THE SYGMA NETWORK-CORP OFFICE 42 | 428 | THE SYGMA NETWORK-CORP OFFICE | 187 | 75732 | 17463C64 | 18961.2 | 18961.2 | NET 30 DAYS |
| TOTAL | BILL TO | 428 | THE SYGMA NETWORK-CORP OFFICE | | | | 37922.4 | 37922.4 | |
| TOTAL | BILLNAME | 428 | THE SYGMA NETWORK-CORP OFFICE | | | | 37922.4 | 37922.4 | |
| TUCKER INTERNATIONAL INC | Bill to Name TUCKER INTERNATIONAL INC 253 | 2533 | TUCKER INTERNATIONAL INC | 662 | 75698 | 14150 | 208696.5 | 208696.5 | NET 30 DAYS |
| TOTAL | BILL TO | 2533 | TUCKER INTERNATIONAL INC | | | | 208696.5 | 208696.5 | |
| TOTAL | BILLNAME | 2533 | TUCKER INTERNATIONAL INC | | | | 208696.5 | 208696.5 | |
| U.S. PECAN TRADING CO LTD | Bill to Name U.S. PECAN TRADING CO LTD 226 | 2268 | U.S. PECAN TRADING CO LTD | 2268000 | 54111 | | 765.44 | 158.68 | NET 10 DAYS |
| U.S. PECAN TRADING CO LTD | Bill to Name U.S. PECAN TRADING CO LTD 226 | 2268 | U.S. PECAN TRADING CO LTD | 2268000 | 56209 | | 510 | 510 | NET 10 DAYS |
| TOTAL | BILL TO | 2268 | U.S. PECAN TRADING CO LTD | | | | 1275.44 | 668.68 | |
| TOTAL | BILLNAME | 2268 | U.S. PECAN TRADING CO LTD | | | | 1275.44 | 668.68 | |
| UNILEVER NORTH AMERICAN | Bill to Name UNILEVER NORTH AMERICAN 222 | 2228 | UNILEVER NORTH AMERICAN | 2228000 | 75527 | 4505037178 | 194040 | 194040 | NET 90 DAYS |
| UNILEVER NORTH AMERICAN | Bill to Name UNILEVER NORTH AMERICAN 222 | 2228 | UNILEVER NORTH AMERICAN | 2228000 | 75563 | 4505091607 | 194040 | 194040 | NET 90 DAYS |
| UNILEVER NORTH AMERICAN | Bill to Name UNILEVER NORTH AMERICAN 222 | 2228 | UNILEVER NORTH AMERICAN | 2228000 | 75578 | 4505091608 | 194040 | 194040 | NET 90 DAYS |
| UNILEVER NORTH AMERICAN | Bill to Name UNILEVER NORTH AMERICAN 222 | 2228 | UNILEVER NORTH AMERICAN | 2228000 | 75625 | 4505121045 | 121275 | 121275 | NET 90 DAYS |
| UNILEVER NORTH AMERICAN | Bill to Name UNILEVER NORTH AMERICAN 222 | 2228 | UNILEVER NORTH AMERICAN | 2228000 | 75731 | 4505138249 | 194040 | 194040 | NET 90 DAYS |
| UNILEVER NORTH AMERICAN | Bill to Name UNILEVER NORTH AMERICAN 222 | 2228 | UNILEVER NORTH AMERICAN | 2228000 | 75779 | 4505155240 | 89817 | 89817 | NET 90 DAYS |
| UNILEVER NORTH AMERICAN | Bill to Name UNILEVER NORTH AMERICAN 222 | 2228 | UNILEVER NORTH AMERICAN | 2228000 | 75784 | 4505171502 | 161700 | 161700 | NET 90 DAYS |
| TOTAL | BILL TO | 2228 | UNILEVER NORTH AMERICAN | | | | 1148952 | 1148952 | |
| UNILEVER NORTH AMERICAN | Bill to Name UNILEVER NORTH AMERICAN 232 | 2326 | UNILEVER NORTH AMERICAN | 2326000 | 75307 | 4505027947 | 43024 | -688 | NET 90 DAYS |
| UNILEVER NORTH AMERICAN | Bill to Name UNILEVER NORTH AMERICAN 232 | 2326 | UNILEVER NORTH AMERICAN | 2326000 | 75537 | 4505103688 | 48363 | 48363 | NET 90 DAYS |
| UNILEVER NORTH AMERICAN | Bill to Name UNILEVER NORTH AMERICAN 232 | 2326 | UNILEVER NORTH AMERICAN | 2326000 | 75538 | 4505103691 | 13141.8 | 13141.8 | NET 90 DAYS |
| UNILEVER NORTH AMERICAN | Bill to Name UNILEVER NORTH AMERICAN 232 | 2326 | UNILEVER NORTH AMERICAN | 2326000 | 75543 | 4505091468 | 42336 | 42336 | NET 90 DAYS |
| UNILEVER NORTH AMERICAN | Bill to Name UNILEVER NORTH AMERICAN 232 | 2326 | UNILEVER NORTH AMERICAN | 2326000 | 75636 | 4505130173 | 33868.8 | 33868.8 | NET 90 DAYS |
| UNILEVER NORTH AMERICAN | Bill to Name UNILEVER NORTH AMERICAN 232 | 2326 | UNILEVER NORTH AMERICAN | 2326000 | 75788 | 4505186879 | 42336 | 42336 | NET 90 DAYS |
| TOTAL | BILL TO | 2326 | UNILEVER NORTH AMERICAN | | | | 223069.6 | 179357.6 | |
| TOTAL | BILLNAME | 2228 | UNILEVER NORTH AMERICAN | | | | 1372021.6 | 1328309.6 | |
| VM PALLETS BUY & SALE | Bill to Name VM PALLETS BUY & SALE 257 | 2574 | VM PALLETS BUY & SALE | 712 | 75691 | N/A | 267.75 | 267.75 | CHK IN ADV. |
| TOTAL | BILL TO | 2574 | VM PALLETS BUY & SALE | | | | 267.75 | 267.75 | |
| TOTAL | BILLNAME | 2574 | VM PALLETS BUY & SALE | | | | 267.75 | 267.75 | |
| WINFREY'S FUDGE | Bill to Name WINFREY'S FUDGE 233 | 2337 | WINFREY'S FUDGE | 2337000 | 75773 | PER EMAILS | 12503 | 12503 | NET 10 DAYS |
| TOTAL | BILL TO | 2337 | WINFREY'S FUDGE | | | | 12503 | 12503 | |
| TOTAL | BILLNAME | 2337 | WINFREY'S FUDGE | | | | 12503 | 12503 | |
| TOTAL | REPORT | 2478 | ARMADA WAREHOUSE SOLUTIONS | | | | 5073600.98 | 4037645 | |

**TO BE SUPPLEMENTED**

**Schedule 2.1(j) – Prepaid Assets**

{00010107:1}

**TO BE SUPPLEMENTED**

## Schedule 2.1(l) – Real Property

### Legal Description

All that certain lot, tract or parcel of land situated in the J. Peoples Survey, Abstract No. 9, Navarro County, Texas, being all of a called 22.321 acre tract described by deed recorded in Volume 877, Page 743, being part of a called 4.629 acre tract described by deed recorded in Volume 823, Page 135, being the abandoned portion of Powell Pike Street recorded in Volume 1463, Page 562, being a certain tract recorded in Volume 1448, Page 376, being part of Lots 8, 9, 10, 11, 12 and 13, Block C of the Parkdale Addition recorded in Volume 439, Page 16 and further described by deeds recorded in Volume 1448, Page 376, Volume 1555, Page 734, Instrument No. 2008-5112, Volume 1418, Page 483 (Tracts One and Two) of the Deed Records of Navarro County, Texas.  Said tract or parcel of land being more fully described by metes and bounds as follows:

BEGINNING on a set 1/2" iron rod for the southeast corner of this tract and the above-mentioned abandoned Powell Pike Street located in the St. Louis and Southwestern Railroad R.O.W.; Witness: N28° 32' 55" E 20.1 feet, a found 1/2" iron rod located on the north ROW of the St. Louis and Southwestern Railroad;

THENCE with said abandoned Powell Pike Street N86° 49' 12" W 1320.43 feet to the southwest corner of this tract; Witness: N36° 36' 56" E 22.9 feet, a found 6od nail on said north railroad R.O.W.;

THENCE N36° 36' 56" E 391.03 feet to an angle corner of this tract; Witness: S36° 36' 56" W 23.0 feet, a set 1" iron pipe;

THENCE N07° 33' 11" E 33.31 feet to an ell corner of this tract; Witness: N83° 10' 45" W 2.2 feet, a 2" pipe post;

THENCE S83° 10' 45" E 126.76 feet to an ell corner of this tract; Witness: S83° 10' 45" E 1.8 feet, a 2" pipe post;

THENCE N06° 43' 46" E 95.86 feet to a set 1/2" iron rod for an ell corner of this tract;

THENCE N82° 26' 50" W 125.37 feet to a set 1/2" iron rod for an ell corner of this tract located on the east line of Valley Drive;

THENCE with said east line N07° 33' 11" E 198.37 feet to a found 1" iron rod for an ell corner of this tract located on said east line of Valley Drive;

THENCE S82° 23' 25" E 122.88 feet to a found 1/2" iron rod for an ell corner of this tract;

THENCE N08° 00' 04" E 50.00 feet to a set 1/2" iron rod for an ell corner of this tract;

{00010107:1}

THENCE N82° 23' 25" W 123.27 feet to a set 1/2" iron rod for an ell corner of this tract located on said east line of Valley Drive;

THENCE with said east line N07° 33' 11" E 49.97 feet to a set 1/2" iron rod for an ell corner of this tract;

THENCE S82° 23' 25" E 123.66 feet to a found 1/2" iron rod for an ell corner of this tract;

THENCE N05° 49' 58" E 50.77 feet to a found 1" iron pipe for an ell corner of this tract;

THENCE S83° 17' 39" E 25.49 feet to a found 1" iron pipe for an ell corner of this tract;

THENCE N07° 19' 55" E 113.04 feet to a found 1" iron pipe for the northwest corner of this tract located on the south ROW of State Highway No. 31;

THENCE with said ROW S88° 05' 40" E 149.98 feet, N88° 14' 20" E 150.20 feet, N85° 46' 47" E 126.03 feet, S04° 03' 18" W 12.40 feet, N82° 05' 18" E 295.35 feet and N67° 30' 15" E 63.25 feet to the most northerly northeast corner of this tract; Witness: N03° 54' 23" W 0.9 feet, a found T-Post;

THENCE S03° 54' 23" E 299.90 feet to a fence corner for an ell corner of this tract;

THENCE N77° 59' 42" E 300.39 feet to a found 1/2" iron rod for the most easterly northeast corner of this tract;

THENCE S04° 00' 35" E 319.63 feet to a found 1/2" iron rod for an angle corner of this tract;

THENCE S28° 32' 55" W 525.49 feet to the PLACE OF BEGINNING and containing 25.27 acres of land.

{00010107:1}

**Schedule 2.4(k) – Truist Non-Purchased Accounts Receivable**

None.

**TO BE SUPPLEMENTED**

## Schedule 4.1(b) – Seller Business Jurisdictions

{00010107:1}

**TO BE SUPPLEMENTED**

### Schedule 4.1(c) – Seller's Corporate Organizational Chart

Navarro Pecan Company, Inc. is owned by:

    Estate of George Martin, (49%)

    Collin Street Bakery (49%)

    Estate of Jasper B. Sanfilippo (2%).

{00010107:1}

**TO BE SUPPLEMENTED**

**Schedule 4.3 – Seller's Consents**

{00010107:1}

**TO BE SUPPLEMENTED**

## Schedule 4.4 – Compliance with Law

{00010107:1}

**TO BE SUPPLEMENTED**

## Schedule 4.8 – Material Contracts

{00010107:1}

**TO BE SUPPLEMENTED**

## Schedule 4.9 – Seller's Employee Benefit Plans

Aetna – Health

Aflac – Short Term Disability

Aflac – Long Term Disability

Ameriflex – COBRA Health

Metlife – Accidental Death and Dismemberment

Metlife – Dental and Vision

Metlife – Life Insurance

Metlife – Long Term Disability

Navarro Pecan Company, Inc.- Health Reimbursement Account

Pattillo, Brown & Hill LLP - Healthcare Flexible Spending Account

Southeastern Employee Benefit Services - 401k Plan

{00010107:1}