Joshua N. Eppich
Texas Bar I.D. No. 24050567
J. Robertson Clarke
Texas Bar I.D. No. 24108098
C. Joshua Osborne
Texas Bar I.D. No. 24065856
Bryan C. Assink
Texas Bar I.D. No. 24089009
BONDS ELLIS EPPICH SCHAFER JONES LLP
420 Throckmorton Street, Suite 1000
Fort Worth, Texas 76102
(817) 405-6900 telephone
(817) 405-6902 facsimile
Email: joshua@bondsellis.com
Email: robbie.clarke@bondsellis.com
Email: c.joshosborne@bondsellis.com
Email: bryan.assink@bondsellis.com

**PROPOSED COUNSEL FOR
DEBTOR AND DEBTOR-IN-POSSESSION**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| NAVARRO PECAN COMPANY, INC., | § | CASE NO. 23-40266-elm11 |
| | § | |
| Debtor.[1] | § | |
| | § | |
| | § | |

**GLOBAL NOTES AND STATEMENT OF LIMITATIONS,
METHODS, AND DISCLAIMERS REGARDING THE DEBTOR'S SCHEDULE
OF ASSETS AND LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS**

The above-captioned debtor and debtor-in-possession (the "**Debtor**"), by and through its undersigned proposed counsel, is filing its Schedule of Assets and Liabilities (the "**Schedules**") and Statement of Financial Affairs (the "**SOFA**") in the above-captioned case filed in the United States Bankruptcy Court for the Northern District of Texas, Fort Worth Division (the "**Bankruptcy Court**"). The Debtor prepared the Schedules and SOFA in accordance with section 521 of Title 11 of the United States Code (the "**Bankruptcy Code**") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**").

These *Global Notes and Statement of Limitations, Methods, and Disclaimers Regarding the Debtor's Schedules of Assets and Liabilities and Statement of Financial Affairs* (collectively, the "**Global Notes**") are incorporated by and comprise an integral part of the Schedules and SOFA.

---

[1] The Debtor's principal address is 4200 South Hulen Street, Suite 680, Fort Worth, Texas 76109. The Debtor's facilities are located at 2131 East Highway 31, Corsicana, Texas 75109.

These Global Notes should be referred to and reviewed in connection with any review of the Schedules and SOFA.

The Schedules and SOFA have been prepared by the Debtor's management and are unaudited and subject to further review and potential revision. In preparing the Schedules and SOFA, the Debtor relied on financial data derived from its books and records as it was available at the time of preparation. The Debtor's management and advisors have made reasonable efforts to ensure that the Schedules and SOFA are as accurate and complete as possible under the circumstances. Subsequent information or discovery, however, may result in material changes to the Schedules and SOFA, and inadvertent errors or omissions may exist. Notwithstanding any such discovery or new information however, the Debtor may, but shall not be required to, update the Schedules and SOFA.

**Reservation of Rights**: Nothing contained in the Schedules and SOFA or these Global Notes shall constitute a waiver of the Debtor's rights or an admission with respect to its bankruptcy case, including, but not limited to, any issues involving objections to claims, substantive consolidation, equitable subordination, defenses, characterization or recharacterization of contracts, assumption or rejection of contracts under the provisions of Chapter 3 of the Bankruptcy Code, or causes of action arising under the provisions of Chapter 5 of the Bankruptcy Code or any other relevant applicable laws to recover assets or avoid transfers.

**Description of the Case and "as of" Information Date**: On January 30, 2023 (the "**Petition Date**"), the Debtor filed a petition for relief with the Bankruptcy Court under chapter 11 of the Bankruptcy Code. A detailed description of the Debtor, its business, and the facts and circumstances supporting the Schedules and SOFA and the chapter 11 case are described in detail in the *Declaration of Brad Walker in Support of the Debtor's Chapter 11 Petition and First Day Motions*, which was filed on the Petition Date.

Given the nature of the case and the Debtor's assets, the valuations given are estimates at varying points in time. This is because those values fluctuate over time and, given the nature of the Debtor's business and its assets and liabilities, the Debtor is presenting these filings in its best attempt to "mark to market" the types of assets it owns in each category of assets and liabilities.

**Amendment**: Although reasonable efforts were made to file complete and accurate Schedules and SOFA, inadvertent errors or omissions may exist. Thus, the Debtor reserves all rights, but shall not be required, to amend or supplement its Schedules and SOFA from time to time as may be necessary or appropriate.

**Basis of Presentation**: Although these Schedules and SOFA may, at times, incorporate information prepared in accordance with generally accepted accounting principles ("**GAAP**"), the Schedules and SOFA do not purport to represent or reconcile financial statements otherwise prepared or distributed by the Debtor in accordance with GAAP, income tax basis, or otherwise. To the extent that the Debtor shows more assets than liabilities, this is not an admission that the Debtor was solvent or insolvent on the Petition Date or at any time prior to the Petition Date. Likewise, to the extent that the Debtor shows more liabilities than assets, this is not an admission

2

that the Debtor was solvent or insolvent on the Petition Date or at any time prior to the Petition Date.

**Insiders**: For purposes of the Schedules and SOFA, the term "Insider" shall have the meaning set forth in Section 101(31) of the Bankruptcy Code.

Persons listed in the SOFA as insiders have been included for only informational purposes. The Debtor does not take any position with respect to (a) such person's influence over the control of the Debtor; (b) the management responsibilities or functions of such individual; (c) the decision-making or corporate authority of such individual; or (d) whether such individual could successfully argue that he or she is not an insider under applicable law, including, without limitation, the federal securities laws, or with respect to any theories of liability or for any other purpose.

**Recharacterization**: The Debtor has made reasonable efforts to correctly characterize, classify, categorize, and designate the claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and SOFA. The Debtor reserves all rights to recharacterize, reclassify, recategorize, and redesignate items reported in the Schedules and SOFA at a later time as is necessary or appropriate as additional information becomes available, including, without limitation, whether contracts listed herein were executory as of the Petition Date or remain executory post-petition and whether leases listed herein were unexpired as of the Petition Date or remain unexpired post-petition.

**Summary of Significant Reporting Policies**:

Current Market Value and Net Book Value: In many instances, current market valuations are neither maintained, nor readily ascertainable, by the Debtor. The Debtor has used its best efforts to estimate the assets value or provided that the value is unknown.

Liabilities: Unless otherwise indicated, all liabilities are listed as of the Petition Date.

Credits and Adjustments: The claims of individual creditors are listed as the amounts entered on the Debtor's books and records and may not reflect credits, allowances, or other adjustments due from such creditors to the Debtor. The Debtor reserves all rights with regard to such credits, allowances, and other adjustments, including the right to assert claims objections and/or setoffs with respect to the same.

Undetermined Amounts. The description of an amount as "unknown," "TBD," or "undetermined" is not intended to reflect upon the materiality of such amount.

Totals: All totals that are included in the Schedules and SOFA represent totals of all currently known amounts included in the Debtor's books and records as of the Petition Date. To the extent that there are undetermined amounts, the actual total may be different from the listed total.

Classifications: Listing a claim (a) on Schedule D as "secured," (b) on Schedule E as "priority," or (c) on Schedule F as "unsecured priority," or listing a contract or lease on Schedule

G as "executory" or "unexpired" does not constitute an admission by the Debtor of the legal rights of the claimant or a waiver of the Debtor's right to recharacterize or reclassify such claim, contract, or lease.

Claims Description: Any failure to designate a claim on a given Schedules as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtor that such amount is not "disputed," "contingent," or "unliquidated." The Debtor reserves all rights to dispute, or to assert any offsets or defenses to, any claim reflected on its respective Schedules on any grounds, including, without limitation, amount, liability, validity, priority, or classification, or to otherwise subsequently designate any claim as "disputed," "contingent," or "unliquidated." Listing a claim does not constitute an admission of liability by the Debtor, and the Debtor reserves the right, but shall not be required, to amend the Schedules accordingly.

Guarantees and Other Secondary Liability Claims: The Debtor has used reasonable efforts to locate and identify guarantees and other secondary liability claims (collectively, the "**Guarantees**") in its executory contracts, unexpired leases, secured financing, debt instruments, and other such agreements. The Debtor's review of its contracts in such regard is ongoing. Where such Guarantees have been identified, they have been included in the relevant Schedule for the Debtor. Further, certain Guarantees embedded in the Debtor's executory contracts, unexpired leases, secured financings, debt instruments, and other such agreements may have been inadvertently omitted. Thus, the Debtor reserves its right to amend the Schedules to the extent that additional Guarantees are identified. In addition, the Debtor reserves the right, but shall not be required, to amend the Schedules and SOFA to recharacterize or reclassify any such contract, lease, claim, or Guarantee.

Causes of Action: The Debtor, despite its best efforts, may not have listed all of its causes of action (filed or potential) against third parties as assets in the Schedules and SOFA. The Debtor reserves all of its rights with respect to any causes of action the Debtor may have, and neither these Global Notes nor the Schedules and SOFA shall be deemed a waiver of any such causes of action.

**Schedule A—Real Property**: The Debtor's failure to list any rights in real property on Schedule A should not be construed as a waiver of any such rights that may exist, whether known or unknown at this time.

**Schedule B—Personal Property**: Personal property owned by the Debtor is listed in Schedule B. To the extent that the Debtor has not been able to identify the actual physical location of certain personal property, the Debtor has reported the address of the Debtor's principal place of business.

Exclusion of certain property, whether tangible or intangible, shall not be construed as an admission that such property rights have been abandoned, terminated, assigned, expired by its terms, or otherwise transferred pursuant to a sale, acquisition, or other transaction.

**Schedule D—Creditors Holding Secured Claims**: The Debtor reserves the right to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a creditor listed on Schedule D. Moreover, although

the Debtor may have scheduled claims of various creditors as secured claims for informational purposes, no current valuation of the Debtor's assets in which such all creditors may have a lien has been undertaken.

The descriptions in Schedule D are intended to be only a summary. Reference to the applicable agreements and related documents and a determination of the creditor's compliance with applicable law is necessary for a complete description of the collateral and the nature, extent, and priority of any liens. Nothing in the Global Notes or the Schedules and SOFA shall be deemed a modification or interpretation of the terms of such agreements or related documents.

**Schedule E—Creditors Holding Unsecured Priority Claims**: Listing a claim on Schedule E as "unsecured priority" does not constitute the Debtor taking a position on the legal rights of the claimant. The Debtor expressly reserves the right to assert that any claim listed on Schedule E does not constitute an unsecured priority claim under section 507 of the Bankruptcy Code. All claims listed on Schedule E appear to have arisen, or to have been incurred, on or before the Petition Date.

**Schedule F—Creditors Holding Unsecured Nonpriority Claims**: Listing a claim on Schedule F as "unsecured nonpriority" does not constitute an admission by the Debtor of any legal rights of the claimant. The Debtor expressly reserves the right to assert that any claim listed on Schedule F does not constitute an unsecured nonpriority claim (including the right to assert that any such claim constitutes a secured or priority claim). Additionally, noting that a claim on Schedule F is "subject to setoff" does not constitute an admission by the Debtor of the legal rights of the claimant. The Debtor expressly reserves the right to assert that any claim listed on Schedule F is not subject to setoff or dispute any claim to such setoff.

Certain creditors may assert mechanic's, materialman's, or other statutory liens against the Debtor for amounts listed on Schedule F. The Debtor reserves its right to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be perfected by a creditor listed on Schedule F.

The claims listed on Schedule F arose, or were incurred, on various dates, and a determination of each date that each claim arose, or was incurred, would be unduly burdensome and cost prohibitive. Accordingly, not all such dates are included for each claim. All claims listed on Schedule F, however, appear to have arisen, or to have been incurred, prior to the Petition Date.

**Schedule G—Executory Contracts and Unexpired Leases**: Although reasonable efforts have been made to ensure the accuracy of Schedule G regarding executory contracts and unexpired leases, the Debtor's review is ongoing, and inadvertent errors, omissions, or over-inclusion may have occurred.

The Debtor reserves all its rights, claims, and causes of action with respect to the contracts and agreements listed on Schedule G, including the right to dispute or challenge the characterization or the structure of any transaction, document, or instrument. Certain executory agreements may not have been memorialized in writing and could be subject to dispute. Generally, executory agreements that are oral in nature have not been included in Schedule G.

**Schedule H—Co-Obligors**: Although the Debtor has made every effort to ensure the accuracy of Schedule H, inadvertent errors, omissions, or inclusions may have occurred. The Debtor hereby reserves all rights to dispute the validity, status, and enforceability of any obligations set forth on Schedule H and to further amend or supplement such Schedule as necessary.

The Debtor further reserves all rights, claims, and causes of action with respect to the obligations listed on Schedule H, including the right to dispute or challenge the characterization or the structure of any transaction, document, or instrument related to a creditor's claim. The listing of a contract, guarantee, or other obligation on Schedule H shall not be deemed an admission that such obligation is binding, valid, or enforceable.

**SOFA—Transfers Outside of the Ordinary Course of Business**: Nothing in the Debtor's response to Question 10 constitutes an admission by the Debtor that such transfers were outside of the ordinary course of the Debtor's business.

**Fill in this information to identify the case:**

Debtor name    **Navarro Pecan Company, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF TEXAS

Case number (if known)    **23-40266-11**

■ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

**Part 1:    Summary of Assets**

1.    ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*...........................................................................    $            7,453,260.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.........................................................................    $          17,423,777.94

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*...........................................................................    $          24,877,037.94

**Part 2:    Summary of Liabilities**

2.    ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................    $          18,038,310.38

3.    ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................    $                    0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................    +$        14,209,713.49

4.    **Total liabilities** ..............................................................................................
   Lines 2 + 3a + 3b                                                                                    $          32,248,023.87

| Fill in this information to identify the case: |
|---|
| Debtor name **Navarro Pecan Company, Inc.** |
| United States Bankruptcy Court for the: NORTHERN DISTRICT OF TEXAS |
| Case number (if known) **23-40266-11** |

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

**3.    Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Truist** **Operating Account** | Checking | 0662 | $0.00 |
| 3.2. | **Truist** **Accounts Payable** | Checking | 0704 | $0.00 |
| 3.3. | **Truist** **Collections Account** | Checking | 0688 | $577,099.60 |
| 3.4. | **Truist** **Employee Benefits Account** | Checking | 0720 | $3,765.54 |
| 3.5. | **Truist** **Operating Account** | Checking | 0670 | $60.00 |
| 3.6. | **Community Bank & Trust of Texas** **Collection Account** | Checking | | $444.40 |

**4.    Other cash equivalents** *(Identify all)*

Debtor   **Navarro Pecan Company, Inc.**                     Case number *(If known)*  **23-40266-11**
_____Name_____

5.    **Total of Part 1.**                                                                              | **$581,369.54** |
      Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | **Deposits and Prepayments** |
| --- | --- |

**6. Does the debtor have any deposits or prepayments?**

  ■ No.  Go to Part 3.
  ☐ Yes Fill in the information below.

| Part 3: | **Accounts receivable** |
| --- | --- |

**10. Does the debtor have any accounts receivable?**

  ☐ No.  Go to Part 4.
  ■ Yes Fill in the information below.

11.    **Accounts receivable**

      11a. 90 days old or less:        4,432,951.00        -              0.00        = ....     **$4,432,951.00**
                              _____        _____
                              face amount                  doubtful or uncollectible accounts

      11b. Over 90 days old:          401,283.20        -              0.00        =....         **$401,283.20**
                              _____        _____
                              face amount                  doubtful or uncollectible accounts

12.    **Total of Part 3.**                                                                            | **$4,834,234.20** |
      Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | **Investments** |
| --- | --- |

**13. Does the debtor own any investments?**

  ☐ No.  Go to Part 5.
  ■ Yes Fill in the information below.

|  | | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |

14.    **Mutual funds or publicly traded stocks not included in Part 1**
      Name of fund or stock:

15.    **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
      Name of entity:                                    % of ownership

      15.1.   **100% ownership of Pecan Producers International, Inc.**        _____ %        **Unknown**

16.    **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
      Describe:

17.    **Total of Part 4.**                                                                            | **$0.00** |
      Add lines 14 through 16.  Copy the total to line 83.

| Part 5: | **Inventory, excluding agriculture assets** |
| --- | --- |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

  ☐ No.  Go to Part 6.
  ■ Yes Fill in the information below.

Debtor  **Navarro Pecan Company, Inc.**                              Case number *(if known)*  **23-40266-11**
Name

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** As of the Petition Date, the Debtor has 221,220 pounds of Inshelled Pecans, valued at $442,440.00. | | **Unknown** | | **$442,440.00** |
| 20. | **Work in progress** The Debtor has Work in Progress of Shelled Pecans. As of the Petition Date, this WIP consists of "Plant WIP", representing 119,096 pounds of Shelled Pecans, valued at $476,384.00 and Shelled Pecans WIP consisting of approximately 2,100,000 pounds of Shelled Pecans valued at $7,160,040.50. | | **Unknown** | | **$7,636,425.00** |
| 21. | **Finished goods, including goods held for resale** As of the Petition Date, the Debtor has approximately 755,416 pounds of finished Shelled Pecans in inventory, valued at $3,739,309.20. | | **Unknown** | | **$3,739,309.20** |
| 22. | **Other inventory or supplies** Packing supplies | | **Unknown** | | **$190,000.00** |

23.   **Total of Part 5.**                                                              **$12,008,174.20**

Add lines 19 through 22.  Copy the total to line 84.

24.   **Is any of the property listed in Part 5 perishable?**
 ■ No
 ☐ Yes

25.   **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
 ■ No
 ☐ Yes. Book value _____  Valuation method _____  Current Value _____

26.   **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
 ■ No
 ☐ Yes

| Debtor | **Navarro Pecan Company, Inc.** | | Case number *(If known)* **23-40266-11** |
|--------|-------------------------------|--|------------------------------------------|
| | Name | | |

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---------|-------------------------------------------------------------------------------|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---------|-----------------------------------------------------------|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|------------------------------------------------------|-----------------------------------------|-----------------------------------|
| 39.  **Office furniture** | | | |
| 40.  **Office fixtures** | | | |
| 41.  **Office equipment, including all computer equipment and communication systems equipment and software** The Debtor owns certain office and data equipment at its facility, including office furniture, computers, and office equipment. The net book cost of this property was $289,005.20. Most of the items were purchased in the 1980s and 1990s and have been fully depreciated. See attached for list of equipment. | **$0.00** | | **Unknown** |

42.  **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

| 43.  **Total of Part 7.** Add lines 39 through 42.  Copy the total to line 86. | **$0.00** |
|------|------|

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---------|------------------------------------|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☑ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------------------------------------------|------------------------------------------------------|-----------------------------------------|-----------------------------------|
| 47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |

| Debtor | **Navarro Pecan Company, Inc.** | | Case number *(if known)* **23-40266-11** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 47.1. | **1985 Chevy Truck**<br>**1999 Chevy Pickup**<br>**1998 Chevy Suburban**<br>**Used IH Cargo Truck**<br>**Yarddog Truck**<br>**USED SHELL TRAILER** | **$17,155.72** | Unknown |

48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
floating homes, personal watercraft, and fishing vessels

49.    **Aircraft and accessories**

| | | | |
|---|---|---|---|
| 50. | **Other machinery, fixtures, and equipment (excluding farm**<br>**machinery and equipment)**<br>**New Plant Machinery**<br>**The Debtor owns a significant amount of new**<br>**plant machinery at its processing plant.**<br>**The net book cost of this machinery was**<br>**$6,703,959.13.**<br>**See attached for list of machinery.** | **$1,457,559.79** | Unknown |
| | **The Debtor also owns certain older plant**<br>**machinery at its processing plant.**<br>**The net book cost of this machinery was**<br>**$7,901,484.91. See attached list.** | **$1,752,793.17** | Unknown |

| | | |
|---|---|---|
| 51. | **Total of Part 8.**<br>Add lines 47 through 50.  Copy the total to line 87. | **$0.00** |

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 9: | **Real property** |
|---|---|

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| | | | | |

| Debtor | **Navarro Pecan Company, Inc.** | Case number *(If known)* **23-40266-11** |
|---|---|---|
| | Name | |

| | | | | |
|---|---|---|---|---|
| 55.1. | **The Debtor owns its processing facility located at 2131 Hwy 31, Corsicana, Texas 75109 and certain adjoining parcels. The Debtor's ownership in this real property includes both the land and facility located thereon.** **The value listed is based on value of the land and improvements as assessed by the local taxing authorities. The net book cost of the building and related improvements was $5,788,659.30.** **The building also includes a cold storage warehouse. The net book cost of the warehouse was $1,469,099.12.** | Fee simple | $1,194,268.04 | Tax records | $7,453,260.00 |

| | | | |
|---|---|---|---|
| 56. | **Total of Part 9.** | | $7,453,260.00 |
| | Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88. | | |

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
- ☑ No
- ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
- ☑ No
- ☐ Yes

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

- ☐ No.  Go to Part 11.
- ☑ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. | **Internet domain names and websites** **www.navarropecan.com** | **Unknown** | | **Unknown** |

Debtor   **Navarro Pecan Company, Inc.**          Case number *(If known)*  **23-40266-11**
Name

62.   **Licenses, franchises, and royalties**

63.   **Customer lists, mailing lists, or other compilations**
      **The Debtor maintains customer lists and**
      **certain other mailing lists.**                 Unknown                                Unknown

64.   **Other intangibles, or intellectual property**
      **The Debtor possesses certain intellectual**
      **property, including, without limitation, those**
      **related to its business name and website.**    Unknown                                Unknown

65.   **Goodwill**

66.   **Total of Part 10.**                                                          $0.00

      Add lines 60 through 65. Copy the total to line 89.

67.   **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107)**?**
      ■ No
      ☐ Yes

68.   **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
      ■ No
      ☐ Yes

69.   **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

| Part 11: | All other assets |
| --- | --- |

70.  **Does the debtor own any other assets that have not yet been reported on this form?**
     Include all interests in executory contracts and unexpired leases not previously reported on this form.

     ☐ No.  Go to Part 12.
     ■ Yes Fill in the information below.

                                                                    Current value of
                                                                    debtor's interest

71.   **Notes receivable**
      Description (include name of obligor)

72.   **Tax refunds and unused net operating losses (NOLs)**
      Description (for example, federal, state, local)

73.   **Interests in insurance policies or annuities**
      **The Debtor has interests in various insurance policies,**
      **including general liability, auto, property, and other**
      **umbrella policies. See attached list.**

                                                                              Unknown

74.   **Causes of action against third parties (whether or not a lawsuit**
      **has been filed)**

| Debtor | **Navarro Pecan Company, Inc.** | Case number *(If known)* **23-40266-11** |
|--------|----------------------------------|-------------------------------------------|
|        | Name                             |                                           |

**The Debtor may possess certain causes of actions against third parties. The Debtor hereby preserves and retains all such causes of action it has against third parties. Specifically, without limiting the generality of the foregoing, the Debtor has claims against Dean Foods, SNRA Commodities, and Navarro County CAD and other taxing authorities regarding the imposition of taxes and the related appraisal of Debtors' property for tax purposes.**

**Unknown**

| Nature of claim | |
|---|---|
| Amount requested | **$0.00** |

---

75.  **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.  **Trusts, equitable or future interests in property**

77.  **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78.  **Total of Part 11.**

     Add lines 71 through 77. Copy the total to line 90.

     **$0.00**

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

| | | |
|---|---|---|
| Debtor | **Navarro Pecan Company, Inc.** | Case number *(if known)* **23-40266-11** |
| | <sub>Name</sub> | |

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $581,369.54 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $4,834,234.20 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $12,008,174.20 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9......................................................................>* | | $7,453,260.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $17,423,777.94 | + 91b. $7,453,260.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $24,877,037.94 |

**Fill in this information to identify the case:**

Debtor name    **Navarro Pecan Company, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF TEXAS

Case number (if known)    **23-40266-11**

☐ Check if this is an
amended filing

Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property
12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | | **Column A**<br>**Amount of claim**<br><br>Do not deduct the value of collateral. | **Column B**<br>**Value of collateral that supports this claim** |
|---|---|---|---|

| 2.1 **Deere & Company**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**Tractor** | **$35,397.82** | **Unknown** |
|---|---|---|---|

**6400 NW 86th Street**
**Johnston, IA 50131**
Creditor's mailing address

Describe the lien
**Purchase Money Security**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.2 **Hillcrest Bank**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**The Debtor owns its processing facility located at 2131 Hwy 31, Corsicana, Texas 75109 and certain adjoining parcels. The Debtor's ownership in this real property includes both the land and facility located thereon.** | **$4,512,310.05** | **$7,453,260.00** |
|---|---|---|---|

**The value listed is b**

**3102 Maple Avenue, Suite 120**
**Dallas, TX 75201**
Creditor's mailing address

Describe the lien
**Deed of Trust**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No

**Date debt was incurred**

| Debtor | **Navarro Pecan Company, Inc.** | Case number (if known) | **23-40266-11** |
|---|---|---|---|
| | Name | | |

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**5872**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Hillcrest Bank**
**2. Hillcrest Bank**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Hillcrest Bank** | | |
|---|---|---|---|
| | Creditor's Name | | |

**Describe debtor's property that is subject to a lien**                     $819,942.24        $7,453,260.00

**The Debtor owns its processing facility located at 2131 Hwy 31, Corsicana, Texas 75109 and certain adjoining parcels. The Debtor's ownership in this real property includes both the land and facility located thereon.**

**The value listed is b**

**3102 Maple Avenue, Suite 120**
**Dallas, TX 75201**
Creditor's mailing address

**Describe the lien**
**Deed of Trust**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**5861**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.2**

---

| 2.4 | **Navarro County Tax Assessor** | | |
|---|---|---|---|
| | Creditor's Name | | |

**Describe debtor's property that is subject to a lien**                     $863,851.90        $0.00
**Debtor's Real and Personal Property**

**601 N. 13th Street, Suite 2**
**Corsicana, TX 75110**
Creditor's mailing address

**Describe the lien**
**Statutory Lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

| Debtor | **Navarro Pecan Company, Inc.** | Case number (if known) | **23-40266-11** |
|---|---|---|---|
| | Name | | |

☐ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
■ Disputed

---

**2.5** | **Truist Bank**
Creditor's Name

**3333 Peachtree Rd, NE, 7th Floor**
**Atlanta, GA 30326**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**Accounts receivable, accounts, inventory, and certain other assets**

Describe the lien
**Security Agreement**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$11,838,782.25** | **Unknown**

---

**2.6** | **Wells Fargo Bank, N.A.**
Creditor's Name

**800 Walnut Street,**
**F0005-044**
**Des Moines, IA 50309**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**Forklift**

Describe the lien

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown** | **Unknown**

---

3. | **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | **$18,038,310.38**

---

**Part 2:** **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

---

| Debtor | **Navarro Pecan Company, Inc.** | Case number (if known) | **23-40266-11** |
| --- | --- | --- | --- |
| | Name | | |

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
| --- | --- | --- |
| **Brent McIlwain**<br>**Holland & Knight LLP**<br>**One Arts Plaza**<br>**1722 Routh Street, Suite 1500**<br>**Dallas, TX 75201** | Line __2.5__ | |
| **Joseph Wielebinski**<br>**Winstead PC**<br>**2728 N. Harwood Street, Suite 500**<br>**Dallas, TX 75201** | Line __2.2__ | |

| Fill in this information to identify the case: |
|---|

Debtor name    **Navarro Pecan Company, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF TEXAS

Case number (if known)    **23-40266-11**

■ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507.)

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | |
| | **Internal Revenue Service** | *Check all that apply.* | **$0.00**   **Unknown** |
| | **Special Procedures - Insolvency** | ☐ Contingent | |
| | **P.O. Box 7346** | ☐ Unliquidated | |
| | **Philadelphia, PA 19101-7346** | ☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No | |
| | | ☐ Yes | |

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

|  |  | | Amount of claim |
|---|---|---|---|
| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,344.46** |
| | **5 Star Printing** | ☐ Contingent | |
| | **2461 Christian Road** | ☐ Unliquidated | |
| | **Ennis, TX 75119** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |
| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| | **5th Avenue Temporaries LLC** | ☐ Contingent | |
| | **112 G W Jackson Ave** | ☐ Unliquidated | |
| | **Corsicana, TX 75110** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **Navarro Pecan Company, Inc.** | | Case number (if known) | **23-40266-11** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$395.00** |
|---|---|---|---|

**A&D Cold Storage Inc.**
**512 Southbridge Street**
**Worcester, MA 01610**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$7,438.75** |
|---|---|---|---|

**Action Automatic Sprinkler Inc.**
**PO Box 797**
**Waxahachie, TX 75168**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$32,678.75** |
|---|---|---|---|

**Aetna**
**151 Farmington Ave**
**Hartford, CT 06156**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,311.28** |
|---|---|---|---|

**Aflac**
**ATTN:REMITTANCE PROC SVCS**
**1932 Wynnton Road**
**Columbus, GA 31999**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$14,283.98** |
|---|---|---|---|

**Airgas USA LLC**
**P.O. 734671**
**Dallas, TX 75373-4671**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,425.00** |
|---|---|---|---|

**Aldinger Company**
**1440 Prudential Drive**
**Dallas, TX 75235**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$97.63** |
|---|---|---|---|

**Allied Electronics**
**PO Box 2325**
**Fort Worth, TX 76113**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Navarro Pecan Company, Inc.** | Case number (if known) | **23-40266-11** |
|---|---|---|---|
| | Name | | |

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$109,650.00** |
|---|---|---|---|

**AMC Freight Management**
**P.O. BOX 371993**
**El Paso, TX 79937**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$65.00** |
|---|---|---|---|

**Ameriflex**
**PO Box 871655**
**Kansas City, MO 64187**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,100.18** |
|---|---|---|---|

**AMVT LLC**
**P O BOX 941086**
**Houston, TX 77094**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$128.00** |
|---|---|---|---|

**Armory Street Cold Storage LLC**
**120 Washington Street**
**Worcester, MA 01610**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$416.41** |
|---|---|---|---|

**AT&T**
**P.O. Box 6463**
**Carol Stream, IL 60197-6463**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,595.23** |
|---|---|---|---|

**ATG Computer Solutions LLC**
**P.O. BOX 2912**
**McKinney, TX 75070**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20,956.70** |
|---|---|---|---|

**Atkinson Pecan LLC**
**5993 FM1301 Road**
**Wharton, TX 77488**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Navarro Pecan Company, Inc.** | Case number (if known) | **23-40266-11** |
|---|---|---|---|
| | Name | | |

---

**3.17** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,269.88**

**Atmos Energy**
P.O. Box 790311
Saint Louis, MO 63179-0311

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

**Basis for the claim:** ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.18** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$8,038.23**

**Automated Time Keeping Inc**
13100 Wortham Center Blvd.
3Rd. Floor
Houston, TX 77065

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

**Basis for the claim:** ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.19** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$693.33**

**Autumn Foods**
Golden Lion House 15 St. John
Maddermarket
Norwich, NR2 1DN
United Kingdom

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

**Basis for the claim:** ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.20** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,078.32**

**B2B Industrial Packaging**
1026 Avenue M
Grand Prairie, TX 75050

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

**Basis for the claim:** ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.21** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,129.60**

**Backup Barcode Systems**
800 Security Row
Suite 2
Richardson, TX 75081

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

**Basis for the claim:** ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.22** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$42,336.30**

**Bank Direct Capital Finance**
150 North Field Drive, Suite 190
Lake Forest, IL 60045

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

**Basis for the claim:** ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.23** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,925.00**

**Barke Group, Inc.**
P.O. BOX 44203
Eden Prairie, MN 55344

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

**Basis for the claim:** ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Navarro Pecan Company, Inc.** | Case number (if known) | **23-40266-11** |
|---|---|---|---|
| | Name | | |

---

**3.24**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,800.00 |
|---|---|---|
| **Bruce Roy**<br>**PO Box 191**<br>**Mansura, LA 71350** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.25**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,647.00 |
|---|---|---|
| **Byline Financial Group**<br>**2801 Lakeside Drive, Suite 212**<br>**Deerfield, IL 60015** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.26**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,726.96 |
|---|---|---|
| **C.H. Powell Company**<br>**75 Shawmut Road**<br>**Canton, MA 02021** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☐ No  ☐ Yes | |

---

**3.27**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,869.24 |
|---|---|---|
| **Capital One Trade Credit**<br>**P.O. BOX 105525**<br>**Atlanta, GA 30348-5525** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☐ No  ☐ Yes | |

---

**3.28**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $338.53 |
|---|---|---|
| **Chart Pool USA Inc.**<br>**5695 Old Porter Road**<br>**OH 43368** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☐ No  ☐ Yes | |

---

**3.29**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Chase Card Services**<br>**PO Box 6294**<br>**Carol Stream, IL 60197** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.30**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|
| **Christopher Riley**<br>**Address on file** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| Debtor | **Navarro Pecan Company, Inc.** | Case number (if known) | **23-40266-11** |
|---|---|---|---|
| | Name | | |

---

**3.31** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$64,749.73**

**Cintas Corp.**
**CINTAS LOC 12 M**
**P.O. BOX 650838**
**Dallas, TX 75265**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.32** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,806.11**

**City of Corsicana**
**200 N 12th Street**
**Corsicana, TX 75110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.33** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Combi Packaging Systems LLC**
**P.O. BOX 35878**
**Canton, OH 44735**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.34** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,326.84**

**Consolidated Refrigeration Tec**
**P.O. BOX 551267**
**Dallas, TX 75355**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.35** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$655.00**

**Corsicana & Navarro County**
**Chamber of Commerce**
**120 N. 12th Street**
**Corsicana, TX 75110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.36** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$828.37**

**Corsicana Napa Auto Parts**
**CORPORATE BILLING  LLC**
**DEPT. 100 P.O. BOX 83064**
**Birmingham, AL 35283**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.37** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$251.58**

**Corsicana Welding Supply**
**2151 E. HWY. 31**
**Corsicana, TX 75109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **Navarro Pecan Company, Inc.** | | Case number (if known) | **23-40266-11** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $7,653.50 |
|---|---|---|---|
| | **CPR LLC**<br>**P.O. BOX 8051**<br>**Bossier City, LA 71113** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **D&P Cold Storage**<br>**324 SH 16 South**<br>**Goldthwaite, TX 76844** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,690.75 |
|---|---|---|---|
| | **D. McCrea & Son** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

---

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,106.00 |
|---|---|---|---|
| | **Dabo Int**<br>**Suite B 310 LG Seolieung Ecrat**<br>**142 3 Sameseong Dong**<br>**Gangnam GU, Seoul, KO 00013-5876** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

---

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $151,023.00 |
|---|---|---|---|
| | **Dairy Farmers of America**<br>**8401 N. Central Expressway, Suite 400**<br>**Dallas, TX 75225** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

---

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Dakota Distributing LP**<br>**P.O. BOX 171523**<br>**Arlington, TX 76003** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $14,974.89 |
|---|---|---|---|
| | **David J Smith**<br>**105 Grand Drive**<br>**Cary, IL 60013** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Navarro Pecan Company, Inc.** | | Case number (if known) | **23-40266-11** |
|---|---|---|---|---|
| | Name | | | |

---

**3.45**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $267.42 |
|---|---|---|

**Dean Lloyd Enterprises Inc.**
PO Box 1141
Montgomery, IL 60538

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.46**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,051.16 |
|---|---|---|

**Debbie Roy Brokerage Co**
504 Acton Road
P.O. BOX 98
Marksville, LA 71351

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.47**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $370.00 |
|---|---|---|

**Definiti**
2201 Timberloch Place, Ste. 150
The Woodlands, TX 77380

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.48**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $47,405.77 |
|---|---|---|

**Deibel Laboratores**
PO Box 1056
Osprey, FL 34229

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.49**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,448.80 |
|---|---|---|

**DeLage Landen Financial Services**
PO Box 41602
Philadelphia, PA 19101

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.50**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $32,795.00 |
|---|---|---|

**E Global Shipping**
13921 Hwy 105W
Conroe, TX 77304

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.51**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,192,805.48 |
|---|---|---|

**Easterlin Pecan Company**
P.O. BOX 216
Montezuma, GA 31063

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Navarro Pecan Company, Inc.** | Case number (if known) | **23-40266-11** |
|---|---|---|---|

---

| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,199.00** |
|---|---|---|---|

**Ecovadis SAS**
**43 Ave De La Grande Armee**
**Paris France 75116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,451.76** |
|---|---|---|---|

**Edge Biologicals Inc**
**P.O. BOX 11989**
**Memphis, TN 38111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$285.87** |
|---|---|---|---|

**Edict Systems Inc.**
**L-3115**
**Columbus, OH 43260**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,564.54** |
|---|---|---|---|

**Electrico Inc.**
**PO Box 3097**
**Corsicana, TX 75151**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$185.64** |
|---|---|---|---|

**Elliot Electric Supply**
**P.O. BOX 206524**
**Dallas, TX 75320**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,297.32** |
|---|---|---|---|

**Ertelalsop**
**132 Flatbush Avenue**
**Kingston, NY 12401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,000.00** |
|---|---|---|---|

**ESC Consultants**
**P.O. BOX 691447**
**San Antonio, TX 78269**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Navarro Pecan Company, Inc.** | | Case number (if known) | **23-40266-11** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,155.22 |
|---|---|---|---|
| | **Euler Hermes Services** | ☐ Contingent | |
| | **C/O Finance Department** | ☐ Unliquidated | |
| | **800 Red Brook Blvd.** | ☐ Disputed | |
| | **Owings Mills, MD 21117** | | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $388.42 |
|---|---|---|---|
| | **Evans Brokerage Company** | ☐ Contingent | |
| | **1 Riverview Drive** | ☐ Unliquidated | |
| | **Barrington, RI 02806-2535** | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,003.69 |
|---|---|---|---|
| | **FedEx** | ☐ Contingent | |
| | **P.O. BOX 660481** | ☐ Unliquidated | |
| | **Dallas, TX 75266-0481** | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Fortis Solutions Group** | ☐ Contingent | |
| | **P.O. BOX 369** | ☐ Unliquidated | |
| | **Catoosa, OK 74015** | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,048.35 |
|---|---|---|---|
| | **Galena Capital Partners** | ☐ Contingent | |
| | **800 W Main Street, Suite 1460** | ☐ Unliquidated | |
| | **Boise, ID 83702** | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,676.64 |
|---|---|---|---|
| | **Gary Kincaid Scale Co** | ☐ Contingent | |
| | **PO Box 1969** | ☐ Unliquidated | |
| | **Forney, TX 75126** | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,217.00 |
|---|---|---|---|
| | **Global Bottomline** | ☐ Contingent | |
| | **PO Box 7004** | ☐ Unliquidated | |
| | **Granbury, TX 76049** | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Navarro Pecan Company, Inc.** | | Case number (if known) | **23-40266-11** |
|---|---|---|---|---|
| | Name | | | |

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Global Equipment Company**<br>**29833 Network Place**<br>**Chicago, IL 60673-1298** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,383.50 |
|---|---|---|---|
| | **Global Trading & Agency**<br>**Stationsweg 35**<br>**3362 HA Sliedrecht**<br>**Netherlands, Sliedecht, NET** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9.42 |
|---|---|---|---|
| | **Goveco Food Brokers**<br>**3 Nubanusit Lane**<br>**Petersborough, NH 03458** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Graphic Controls**<br>**P.O. BOX 1271**<br>**Buffalo, NY 14240** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $41,207.04 |
|---|---|---|---|
| | **Green Bay Packaging Inc.**<br>**BIN NO. 53139**<br>**Milwaukee, WI 53288-0139** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,793.69 |
|---|---|---|---|
| | **H & W Ingredients**<br>**8400 Brookfield Avenue**<br>**Brookfield, IL 60513** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,204.51 |
|---|---|---|---|
| | **Heart of Texas**<br>**NETWORK CONSULTANTS**<br>**703 Willow Grove Rd.**<br>**Waco, TX 76712** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Navarro Pecan Company, Inc.** | Case number *(if known)* | **23-40266-11** |
|---|---|---|---|
| | Name | | |

---

**3.73** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,314.64**

**Herc Rentals**
**P.O. BOX 936257**
**Atlanta, GA 31193**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.74** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$194.10**

**Hillbrush Inc.**
**811 Rolyn Ave**
**Rosedale, MD 21237**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.75** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$30.25**

**Howards Fire Extinguisher Serv**
**P.O. BOX 2372**
**Corsicana, TX 75151**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.76** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$274.89**

**HR Direct**
**PO Box 699390**
**Pompano Beach, FL 33066**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.77** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,550.00**

**IDV Safesite**
**237 East Main Street**
**Waconia, MN 55387**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.78** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$470.00**

**Incorporate Com**
**PO Box 7410023**
**Chicago, IL 60674**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.79** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$322.99**

**Jackson-Hirsh Inc**
**700 Anthony Trail**
**Northbrook, IL 60062-2542**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No   ☐ Yes

---

| Debtor | **Navarro Pecan Company, Inc.** | Case number (*if known*) | **23-40266-11** |
|---|---|---|---|
| | Name | | |

---

**3.80** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,190.48**

**James Manufacturing Inc.**
**P.O. BOX 125**
**Corsicana, TX 75151-0125**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.81** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Jayhawk Industrial Services**
**1015 Industrial Dr.**
**Royse City, TX 75189**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.82** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,934.34**

**Joe W Fly Company**
**PO Box 678106**
**Dallas, TX 75267**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.83** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**John Deere Financial**
**PO Box 650215**
**Dallas, TX 75265**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.84** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,253.94**

**John H. Garoni**
**8827 Whisper Gate**
**Boerne, TX 78015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.85** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Johnson Supply Co**
**P.O. BOX 4481**
**MSC#500**
**Houston, TX 77210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.86** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$13,267.21**

**Kaeser Compressors**
**PO Box 946**
**Fredericksburg, VA 22404**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Navarro Pecan Company, Inc.** | Case number *(if known)* | **23-40266-11** |
| --- | --- | --- | --- |
| | Name | | |

---

**3.87** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$28,979.60**

**Kerens Grain & Elevator**
**811 NW 2nd**
**P.O. BOX 223**
**Kerens, TX 75144**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.88** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Laughlin Sales Corporation**
**PO BOX 163873**
**Fort Worth, TX 76161**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.89** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Lehigh Food Sales Inc.**
**Terry Muth**
**P.O. BOX 279**
**Center Valley, PA 18034**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.90** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,403.73**

**Lift Truck Supply Inc.**
**P.O. BOX 8251**
**Tyler, TX 75711**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.91** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,600.00**

**Logistics Dynamics LLC**
**P.O. BOX 675297**
**Detroit, MI 48267**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.92** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Lonestar Forklift**
**P.O. BOX 561075**
**Denver, CO 80256-1075**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.93** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,709.16**

**Longhorn Industrial Supply Inc**
**P.O. BOX 8675**
**Ennis, TX 75120**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Navarro Pecan Company, Inc.** | Case number (if known) | **23-40266-11** |
|---|---|---|---|
| | Name | | |

---

**3.94**

**Nonpriority creditor's name and mailing address**
**Mansfield Warehousing Services Inc.**
**614 Jenkins**
**Mansfield, LA 71052**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$38,800.00**

---

**3.95**

**Nonpriority creditor's name and mailing address**
**Marathon Associates Inc**
**207 CHESHIRE WAY**
**Naples, FL 34110-4410**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$12,499.62**

---

**3.96**

**Nonpriority creditor's name and mailing address**
**McKee Lumber & True Value**
**104 N. 7th Street**
**Corsicana, TX 75110**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$89.70**

---

**3.97**

**Nonpriority creditor's name and mailing address**
**Medical & Surgical Enviva**
**219 W  6TH**
**Corsicana, TX 75110**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$1,280.00**

---

**3.98**

**Nonpriority creditor's name and mailing address**
**Metlife**
**P.O. BOX 804466**
**Kansas City, MO 64180**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$3,023.66**

---

**3.99**

**Nonpriority creditor's name and mailing address**
**Mettler Toledo LLC**
**PO Box 730867**
**Dallas, TX 75373**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$1,913.60**

---

**3.100**

**Nonpriority creditor's name and mailing address**
**Meyer Laboratory Inc.**
**2401 W. Jefferson**
**Blue Springs, MO 64015-7298**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$33,035.90**

---

| Debtor | **Navarro Pecan Company, Inc.** | Case number (if known) | **23-40266-11** |
|---|---|---|---|
| | Name | | |

---

**3.101**

**Nonpriority creditor's name and mailing address**

**Modern Electronics
Equipment Inc.
280 Independence Ave.
Grand Cane, LA 71032**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,411.13**

---

**3.102**

**Nonpriority creditor's name and mailing address**

**Muirhead Trucking, Inc.
P.O. BOX 1080
Mabank, TX 75147**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$75,319.90**

---

**3.103**

**Nonpriority creditor's name and mailing address**

**Nature's Finest Foods Ltd
1505 Paramount Parkway
Batavia, IL 60510-1469**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$76,170.47**

---

**3.104**

**Nonpriority creditor's name and mailing address**

**Navco Safe and Lock Company
943 W 7th Avenue
Corsicana, TX 75110**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.105**

**Nonpriority creditor's name and mailing address**

**Nelson Propane Inc
P.O. BOX 2127
Corsicana, TX 75151**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$919.42**

---

**3.106**

**Nonpriority creditor's name and mailing address**

**Neogen Corporation
25153 Network Place
Chicago, IL 60673-1251**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.107**

**Nonpriority creditor's name and mailing address**

**New Pig Corporation
One Pork Ave.
P.O. BOX 304
Tipton, PA 16684-0304**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$919.80**

---

| Debtor | **Navarro Pecan Company, Inc.** | | Case number (if known) | **23-40266-11** |
|---|---|---|---|---|
| | Name | | | |

---

**3.108**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Nexeo**<br>**62190 Collections Center Drive**<br>**Chicago, IL 60693** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.109**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $513.68 |
|---|---|---|
| **Nissha Medical Technologies**<br>**PO Box 1271**<br>**Buffalo, NY 14240** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.110**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|
| **Nuts 2 B V**<br>**Stationsweg 35**<br>**3362 Ha Sliedrecht**<br>**The Netherlands, Sliedrecht, NET** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.111**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $136,392.00 |
|---|---|---|
| **Nutsource Inc**<br>**1700N Lincoln Hwy**<br>**St. Charles, IL 60174** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.112**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,980.00 |
|---|---|---|
| **Nutto's Peanut & Popcorn**<br>**SUPPLY**<br>**3807 Seneca St.**<br>**West Seneca, NY 14224** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.113**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $545,663.80 |
|---|---|---|
| **NYM Corporation**<br>**C/O Donna Edwards**<br>**1325 W Sturbridge Drive**<br>**Hoffman Estates, IL 60192** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.114**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,142.72 |
|---|---|---|
| **Owen Hardware Inc.**<br>**222 N. Commerce**<br>**Corsicana, TX 75110** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Navarro Pecan Company, Inc.** | Case number (if known) | **23-40266-11** |
|---|---|---|---|
| | Name | | |

---

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$302.00** |
|---|---|---|---|

**PB&H Benefits LLC**
**401 West Highway 6**
**PO Box 20725**
**Waco, TX 76702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,898,780.00** |
|---|---|---|---|

**Pecan Producers, Inc.**
**324 SH 16 South**
**Goldthwaite, TX 76844**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Precision Food Innovations**
**P.O. BOX 323**
**Pella, IA 50219**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Presto-X**
**P.O. BOX 13848**
**Reading, PA 19612-3848**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,664.19** |
|---|---|---|---|

**Priority 1 Inc**
**P.O. BOX 840808**
**Dallas, TX 75284-0808**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Profile Films**
**P.O. BOX 30516**
**DEPT 6084**
**Lansing, MI 48909-8016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$113,502.18** |
|---|---|---|---|

**Pure & Natural Food Consortium**
**1700 Lincoln Hwy.**
**Suite H**
**St. Charles, IL 60174**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No   ☐ Yes

---

| Debtor | **Navarro Pecan Company, Inc.** | Case number (if known) | **23-40266-11** |
|---|---|---|---|
| | Name | | |

---

| 3.122 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,214.03** |
|---|---|---|---|

**Purvis Industries LLC**
**P.O. BOX 540757**
**Dallas, TX 75354-0757**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Quadient Finance USA Inc**
**PO BOX 6813**
**Carol Stream, IL 60197-6813**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$40,175.00** |
|---|---|---|---|

**Quaker Transportation Inc**
**P.O. BOX 11388**
**Lancaster, PA 17605-1388**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.125 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,582.34** |
|---|---|---|---|

**Randy's Electric Inc.**
**8377 SW Co Rd 2050**
**Purdon, TX 76679**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.126 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$800.00** |
|---|---|---|---|

**Rehab and Maintenance Services**
**PO Box 994**
**Dallas, TX 75312**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.127 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$27,836.42** |
|---|---|---|---|

**Reliant Energy**
**PO Box 120954**
**Dallas, TX 75312**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$17,359.44** |
|---|---|---|---|

**Rentokil**
**P.O. BOX 740608**
**Cincinnati, OH 45274-0608**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Navarro Pecan Company, Inc.** | Case number (if known) | **23-40266-11** |
|---|---|---|---|
| | Name | | |

---

**3.129** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,408.84**

**Republic Services #069**
**PO Box 78829**
**Phoenix, AZ 85062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.130** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$745.16**

**RMF Steel Products Co**
**4417 East 119th Street**
**Grandview, MO 64030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.131** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$23,331.56**

**S Kamberg & Co Ltd.**
**99 Powerhouse Road**
**Suite 204**
**Roslyn Heights, NY 11577**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.132** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$694.62**

**Saf T Gard Intl Inc**
**P.O. BOX 7694**
**Carol Stream, IL 60197**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.133** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$852.50**

**Sanquin Ind Inc**
**14578 Hwy 34 North**
**Terrell, TX 75160**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.134** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14,124.00**

**SAS Distribution**
**26865 Interstate 45 S**
**SUITE 200**
**Woodlands, TX 77380**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.135** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,122.96**

**Satake USA**
**LOCK BOX**
**P.O. BOX 841076**
**Dallas, TX 75284-1076**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Navarro Pecan Company, Inc.** | | Case number (if known) | **23-40266-11** |
|---|---|---|---|---|
| | Name | | | |

---

**3.136** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,226.84**

**Savage Equipment Inc**
**1020 Industrial Road**
**Madill, OK 73446**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.137** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,091.84**

**Signode Packaging**
**P.O. BOX 71506**
**Chicago, IL 60694**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.138** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$115,920.60**

**Silliker Inc**
**3155 Paysphere Circle**
**Chicago, IL 60674**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.139** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$254.39**

**Smith AG Service**
**1506 S. 7th**
**Corsicana, TX 75110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.140** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$70,400.11**

**Smurfit Kappa No America LLC**
**MAIL CODE 5184**
**P.O. BOX 660367**
**Dallas, TX 75266-0367**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.141** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$151,805.00**

**SNRA Commodities Inc**
**P.O. BOX 734056**
**Dallas, TX 75373-4056**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.142** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Southeastern Employee Benefit Services**
**4837 Carolina Beach Road, Suite 112**
**Wilmington, NC 28412**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Navarro Pecan Company, Inc.** | Case number (if known) | **23-40266-11** |
|---|---|---|---|
| | Name | | |

---

**3.143** Nonpriority creditor's name and mailing address

**Southern Dock Products**
**P.O. BOX 840602**
**Dallas, TX 75284-0602**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,186.94**

---

**3.144** Nonpriority creditor's name and mailing address

**Southern Packaging LP**
**P.O. BOX 677**
**Mansfield, TX 76063**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$20,522.46**

---

**3.145** Nonpriority creditor's name and mailing address

**Stahmann Farms Enterprises**
**193 McDougall St.**
**Australia, Toowoo QLD, AUST 04351-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$368.09**

---

**3.146** Nonpriority creditor's name and mailing address

**Staples Business Adv Credit**
**P.O. BOX 105638**
**Atlanta, GA 30348-5638**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$823.60**

---

**3.147** Nonpriority creditor's name and mailing address

**Sterigenics**
**37244 Eagle Way**
**Chicago, IL 60678-1372**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.148** Nonpriority creditor's name and mailing address

**Stroud Security Systems LP**
**P.O. BOX 20157**
**Waco, TX 76702-0157**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$105.00**

---

**3.149** Nonpriority creditor's name and mailing address

**T & S Products Inc.**
**525 Duncan Perry Road**
**Arlington, TX 76011**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$14,661.14**

---

| Debtor | **Navarro Pecan Company, Inc.** | Case number *(if known)* | **23-40266-11** |
|---|---|---|---|
| | Name | | |

---

**3.150** | **Nonpriority creditor's name and mailing address**
**Tax Advisors Group LLC**
**12400 Coit Road Ste. 960**
**Dallas, TX 75251**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.151** | **Nonpriority creditor's name and mailing address**
**Tennant**
**P.O. BOX 71414**
**Chicago, IL 60694-1414**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.152** | **Nonpriority creditor's name and mailing address**
**Texas Mutual Insurance Co.**
**PO Box 841843**
**Dallas, TX 75284**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$1,552.24

---

**3.153** | **Nonpriority creditor's name and mailing address**
**The Cincinatti Insurance Co**
**PO Box 145496**
**Cincinnati, OH 45250**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$1,763.00

---

**3.154** | **Nonpriority creditor's name and mailing address**
**The Home Depot**
**DBA Supplyworks**
**PO Box 844727**
**Dallas, TX 75284**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$44,825.38

---

**3.155** | **Nonpriority creditor's name and mailing address**
**Thermo Eberline LLC**
**PO Box 742857**
**Atlanta, GA 30374**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$180.00

---

**3.156** | **Nonpriority creditor's name and mailing address**
**TOMRA Sorting, Inc.**
**P. O. BOX 736114**
**Dallas, TX 75373-6114**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Navarro Pecan Company, Inc.** | Case number (if known) | **23-40266-11** |
|---|---|---|---|
| | Name | | |

---

| 3.157 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,476.15** |
|---|---|---|---|

**Toyota Industries**
**PO Box 660926**
**Dallas, TX 75266**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.158 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Transportation Management**
**& Consultants Ltd**
**P.O. BOX 1080**
**Mabank, TX 75147**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.159 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,764.42** |
|---|---|---|---|

**Travelers CI Remittance Center**
**P.O. BOX 660317**
**Dallas, TX 75266-0317**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.160 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,826.18** |
|---|---|---|---|

**Tretter Food Ingredients**
**PO Box 736**
**Westwood, MA 02090**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.161 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Truist Bank**
**3333 Peachtree Rd, NE, 7th Floor**
**Atlanta, GA 30326**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.162 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$127.74** |
|---|---|---|---|

**Tucker Fuel & Oil Co**
**PO Box 252**
**Hutchins, TX 75141**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.163 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,713,385.89** |
|---|---|---|---|

**U.S. Pecan Trading Co. Ltd**
**1117 Zuni**
**El Paso, TX 79925**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Navarro Pecan Company, Inc.** | Case number (if known) | **23-40266-11** |
|---|---|---|---|
| | Name | | |

---

**3.164** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,975.95**

**Uline**
**ATTN:ACCOUNTS RECEIVABLE**
**P.O. BOX 88741**
**Chicago, IL 60680-1741**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.165** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**United Rentals (NA) Inc.**
**P.O. BOX 840514**
**Dallas, TX 75284-0514**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.166** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$150.53**

**Urschel Laboatories, Inc.**
**P.O. BOX 856299**
**Minneapolis, MN 55485-6299**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.167** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,889,616.83**

**US Pecans Ltd**
**1117 Zuni**
**El Paso, TX 79925**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.168** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$109.60**

**USP**
**1390 Neubrecht Road**
**Lima, OH 45801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.169** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Ventura Foods LLC**
**26259 Network Place**
**Chicago, IL 60673-1262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.170** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$84.38**

**Verizon Wireless**
**P.O. BOX 660108**
**Dallas, TX 75266-0108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Navarro Pecan Company, Inc.** | | Case number (if known) | **23-40266-11** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.171 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$200.26** |
|---|---|---|---|
| | **Vertex Machine Co**<br>**P.O. BOX 1023**<br>**Corsicana, TX 75151-1023** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.172 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,003.14** |
|---|---|---|---|
| | **Videojet Technologies Inc**<br>**12113 Collection Center Drive**<br>**Chicago, IL 60693** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.173 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,564.18** |
|---|---|---|---|
| | **Weber Scientific**<br>**2732 Kuser Road**<br>**Hamilton, NJ 08691** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.174 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Wells Fargo Equipment Finance**<br>**P.O. BOX 1433**<br>**Des Moines, IA 50306-1433** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.175 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,936.97** |
|---|---|---|---|
| | **Winters Oil Company**<br>**PO Box 1637**<br>**Corsicana, TX 75151** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.176 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,746.50** |
|---|---|---|---|
| | **Wolver Enterprises**<br>**617 McKinney**<br>**Corsicana, TX 75110** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.177 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,458.05** |
|---|---|---|---|
| | **Xerox Financial Services**<br>**PO Box 202882**<br>**Dallas, TX 75320** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Navarro Pecan Company, Inc.** | | Case number (if known) | **23-40266-11** |
|---|---|---|---|---|
| | Name | | | |

| 3.178 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,514.35** |
|---|---|---|---|

**YWRD P C**
**PO Box 1087**
**Ennis, TX 75120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

---

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

5. **Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 14,209,713.49 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 14,209,713.49 |

**Navarro Pecan Company, Inc. (Case No. 23-40266-elm11, Bankr. N.D. Tex.)**

**Schedules A/B**

**Question 41 Supplement.**

**Group:  OFFICE & DATA EQUIPMENT**

MINI BLINDS

CREDENZA

LAMP TABLE

LANDSCAPE SCREEN

FILE CABINET

FILE & STORAGE CABINET

WALNUT BOOKSHELF

3 INWOOD DESKS

SECRETARIAL INWOOD DESK

3 30X48 COMPUTER DESKS

30X60 COMPUTER DESK

REGISTER TABLERETAIL

DISPLAY SHELVES&BINSRETL

DISPLAY RACKS&BINSRETAIL

3 POSTURE CHAIRS

COMPUTER PRINTER STAND

METAL STORAGE RACKSOFFIC

SALES TAX ON RETAIL EQUIP

KRONUS 15 TIME CLOCK

REGISTER INT DISPLAY

4 FOLDING TABLES

OFFICE FURNITURE

CHAIR SIDE FILE

DATA RACK

OMNI CLASSIC

TYPEWRITER

FILE/DATA RACK

MINI BLINDS

OFFICE FURNITURE

HEATING/AIR CONDITOFFICE

HEATING/AIR COND RETAIL

FURNFIXTURES & OFFEQUIP

OFFICE FURNITURE

OFFICE FURNITURE

OFFICE FURNITURE

OFFICE FURNITURE

OFFICE FURN & EQUIPMENT

OFFICE FURNITURE

TELEX MACHINE

OFFICE EQUIPMENT

CABINETS  OFFICE

CALCULATORS & CHAIRS

TYPEWRITER

MORTON'S OFFICE FURNITURE
MORTON'S OFFICE FURNITURE
2 DESKS CHAIR/TYPE TABLE
IBM SELECTRIC TYPEWRITER
IBM SELECTRIC II TYPEWRIT
2 DESKS
CHAIR
TABLE  HASCO 600
NEW FILE CABINET
IBM WHEELWRITER TYPEWRITE
FILE CABINET
DESK 2 CHAIRS & MATS
OMNI LISTENING DEVICE
DESK CHAIR & CHAIR MAT
IBM TYPEWRITERWHEELWRITE
TABLE
KODAL SLIDE PROJECTOR
EXHIBIT BOOTH
SIGN
EQUIPMENT
TELEPHONE RECORDER
FILE CABINET
FILE CABINET LEGAL SIZE
TABLE BREAKROOM
STORAGE CABINET
SIDEARM CHAIRS (3)
DESK CHAIR  DRAFT TABLE
LATERAL FILE CABINET
LATERAL FILE CABINET
IBM WHEELWRITER TYPEWRTER
DESK & COMPUTER TABLE
CHAIRS FILE CABINET
PORTABLE DISPLAY BOOTH
SECRETARIAL DESK
LATERAL FILE CABINET
OFFICE PARTITIONS
IBM SELECTRIC II
VIDEO TAPE FOR SHOWS
VIDEOTAPE
IBM TYPEWRITER & STAND
OFFICE STORAGE SHELVES
CHAIRS FOR CONF ROOM
CABINETS & SINK CONF ROOM
TABLE FOR CONF ROOM
TV & VCR FOR CONF ROOM
INSTALL PARTITIONS
COMPUTERS & OFFICE EQPT

2 TELXON 960'S
2 TELXON 960'S
COMPUTHINK VIEWWISE SOFTWARE
NEW PHONE SYSTEM - CUSTOM TEL
HP NETWORK SWITCHES
BARRACUDA LINK BALANCER
WEBSITE DEVELOPMENT
NOVA TIME CLOCKS & SOFTWARE
DELL SERVER
NEW DELL SERVER
IBM RS 6000 SERVERS
NEW AC RETAIL STORE
ACCESS POINTS AND SWITCHES

**Navarro Pecan Company, Inc. (Case No. 23-40266-elm11, Bankr. N.D. Tex.)**
Schedules A/B
Question 50 Supplement.

| Group:  NEW PLANT MACHINERY | Group:  OLD PLANT MACHINERY |
|---|---|
| 1 PC PACKING HOPPER | HYDRAULIC DUMPER |
| 2 COOLING BINS W/ FEEDERS | PECAN HOPPER |
| 2DUAL THROAT CR FEED HPR | PECAN POP REMOVER |
| HALF DRYER HPR EXTENSION | INFEED INSHELL CONVEYOR |
| SET 6 INSP TBL BIN&SUP FW | ELEVATOR |
| DUAL BIN FOR FEED SAN BAS | ELECTRIC CONTROL PANEL |
| 10THREE STEP INSP TABLES | STEEL BIN HOLDING SYSTEM |
| 10ADD INSP TABLE MAGNET | CONVEYORS2 |
| 4LEG LENGTH&DECKS CHANGE | PECAN GRADER |
| 4GA INSP TABLE HOPPER EXT | DESTONER SYSTEM |
| 1HYDRAULIC TOTE BIN DUMP | DESTONER CONTROL PANEL |
| GALVANIZED FEEDER HOPPER | ELEVATORS2 |
| CONVEYOR W/THREE AIRGATES | ELEVATORS2 |
| 22 SCREEN FINAL 1/2 SIZE | ELEVATORS2 |
| 2SIZERSCREEN | ELEVATORS2 |
| 2CYCLONE HEAD FINAL BLOW | ELEVATOR |
| FINAL 1/2 SIZEBLOW STAND | INSHELL PECAN HOPPER |
| CENTRIFUGAL STIKTITE BRK | INSHELL PECAN HOPPERS2 |
| SET HALF PACKING HOPPERS | PECAN FEED HOPPER |
| COMPAK NUT ROASTER | AUTOFEED CONVEYORS  2 |
| FENCE1985 | PECAN SHELLERS 2 |
| SIMPLEX CONVEY ELEVATOR | PECAN SHELLER |
| 2SIMPLEX CONVEYING ELEVA | VF2 SCREEN SIZERS [2] |
| 2SIMPLEX CONVEYING ELEVA | AIR SEPARATOR UNITS  8 |
| 2SIMPLEX CONVEYING ELEVA | CONTINUOUS DRYER /COOLER |
| 2SIMPLEX CONVEYING ELEVA | COLLECTOR CONVEYOR |
| 2SIMPLEX CONVEYING ELEVA | SHELLING PLANT BAY |
| PULLEYS RABBIT EAR CONVEY | VF2 SCREEN SIZER |
| VERTSECTION FOR CONVEYOR | AIR SEPARATOR UNITS  2 |
| SIZER SCREEN | STAINLESS HOPPERS  2 |
| 8  RALPHSPUGH | BARREL DUMP  2 |
| DUST COLLECTORS | TANKLESS HOT WATER HEATER |
| CAST IRON HOUSING | SETTLING TANK  3 |
| #201 DUST COLLECTOR | CABINET TYPE DRYER |
| FREIGHT ON DUST COLLECTOR | ELEVATOR |
| 418IN SHELLER | HOPPERS  2 |
| 2TWO SCREEN SIZER | BARREL JUMP |
| 2CONTINOUS BUCKET ELEVAT | FEED HOPPERS  2 |
| 2SHELLER NO SUCTION FAN | AIR COMPRESSOR |
| CONTINOUS BUCKET ELEVATOR | CARTON CLOSER |
| CONTINOUS BUCKET ELEVATOR | AIR CONVEYING SYSTEM  3 |
| INLINE SIZER MODEL | DRYER |

| | |
|---|---|
| TWIN VACCULL POP REMOVER | NUTMEAT BREAKER/SIZER |
| CONTINOUS BUCKET ELEVATOR | BUCKET ELEVATORS |
| 2CONTINOUS BUCKET ELEVAT | WATER COOLER |
| 2CONTINOUS BUCKET ELEVAT | SCALE |
| CONTINOUS BUCKET ELEVATOR | SCALE |
| 2SANITIZER BLOWER PIPE | SCALE |
| MEYER EQUIPMENTFREIGHT | INTERNA`L WEIGHT SCALE |
| FREIGHT4 COLOR SORTERS | MASTER CONTROL PANEL |
| DRYERPROCTOR SCHWARTZ | SHELL MOTOR |
| 4TWO SCREEN SIZERS | HYD LIFT |
| 4ADDITIONAL 9/16IN SCREEN | SIZER SCREEN |
| 1 MEZZANINE | SCALE |
| DUAL LANE CONVEYOR | CASEBEARER REMOVAL UNIT |
| FIVE SCREEN INLINE SIZER | CISCO STOOLS |
| 5EIGHT INCH BLOWERS | AUREX BELT ASSEMBLY |
| BLOWER SUPPORT STAND | ELECTRIC RANGE |
| DUALLANE CONVEYOR | M2 US ELEC REDUCERS |
| B INDICATORS & BLOW PIPES | PLATE SEC/PIECE DRYER22 |
| WASHER DESTONER | SAW BAND |
| 4NINE INCH BLOWER | DRILL PRESS |
| 2DOUBLE HALF BLOW STAND | WELDING TABLE |
| CONTINOUS EXTRACTOR | VALVE FOR FLOATER |
| TEN INCH ELEVATOR | COASTER WHEELS  112 |
| BARREL LIFT DUMP | SIGN |
| BARREL LIFT DUMP | LIFT STATION |
| 2FEEDER HOPPER | PALLETS |
| 16AUTOMATIC CRACKER FEED | WATER METER |
| FREIGHT | MILITARY SHEET METAL |
| PROC&SCHW HALF DRYER HOPP | MV FLEX SIZER NUT POCKET |
| AUGER FLOP GATE CHUTE | MEYER SHELLER AS1819R |
| 11PAIR CONVEYELEVLEGS | INSTALLATION EXPENSE |
| CATWALK & LADDER ASSEMBLY | COOLER EQUIPMENT |
| 2BLOWSHELL DISCHRG CHUT | MACH DEPOSIT |
| CATWALK&LADDERINSH BINS | INSTALLATION |
| 818 GA CHUTES(2)ELEV | INSTALLATION |
| LINER FOR HALF DRYHOPPER | INSTALLATION |
| 216GA PROD INPUT HOPPERS | WARREN RUPP PUMP |
| REMOVE SECTION OF ELEVAT | BREAKER HEADS |
| STAINLESS STEEL AUGER | RYERSON AND MCMEEKIN |
| STAINSTEEL SHELL AUGER | ELEVATOR |
| STAND W/LADDER | PLASTIC STRIP CURTAIN |
| ELEVATED FLOAT FEEDHOPP | CHAMPION CA PECAN CRACKER |
| 2SPIRAL LET DOWN CHUTES | INSTALLATION |
| 2SPIRAL LET DOWN CHUTES | CURTIS CYNAFOGGER |
| 2SPIRAL LET DOWN CHUTES | EXHAUST FAN & ROOF FAN |
| PIECE DRYER SPREADER | SSTEEL HOPPER EXTEN3 |
| 4CRACKFEEDER END RISERS | PALLET BOXES  150 |

CATWALK W/O HANDRAIL

40SMITH CABLE CLAMP

2SHEAVES&TAPER LOCK BUSH

FABRICATE 22 CHUTES

ELEVATOR INPUT TRANSITION

ELEVATOR DISCHARGE CHUTE

DUAL HOPPER EXTENSION

6ELEVATOR TABLES

EXTENSIONS ON 2 ELEVATORS

4CRACKED NUT CONVEYOR

2REJECT CON&CHUTE SYSTE

8RIGID PLATE CASTER

MAUREY SL SHEAVE

SHEAVE

TAPER LOCK BUSHING

SANITIZER VENT HOOD

STARITE WATER PUMP

PUMP TRAP W/STRAINER BSKT

39ROLLER CONVEY ROLLERS

VIBRATORY CONVEYOR

CHUTE ASSEMBLY W/CONVEYOR

ELEVTO POP REMOVER CHUTE

OUTSIDE SCREW AUGER

HYCOR WATER DISCHARGE

2PACKING SCALE STANDS

2RUBBER STAMP TABLES

4SHELLER OVERRIDE CHUTES

2CHUTE ASSEMPCS OFF SZR

2ELEVDISCHGE TO SZR CHU

CATWALK W/HANDRAIL

2LONG SPIRAL EASY LETDWN

2PACK TABLES FOR BOXES

4WRITING TABLES

CATWALK W/LADDER

1 LOT 11 CONVEELEVCOVRS

SINGLE SYNTRON CONTROLLER

9INBLOWER INPUT TRANSITION

9IN BLOWER SHELL

7DEEP STEEL DUST PANS

6CHLORINE WASH SHELFS

HOPPREDUCERSTRIMDIVRTR

LOWER LEVEL CATWALK ASSEM

2SPIRAL LETDOWN CHUTES

ELEVPRODINPUT HOPASSEM

STSTEEL RAKE W/48INHANDLE

PAN W/HANDLE AT EACH END

SZR SCREEN RAKE72INT HAND

TWO SCREEN STACK SIZER 2

VERTICAL CONT DRYER/COOL

STOOLS  10

SET OF WRENCHES (11)

DODGE PILLOW BLOCKS  4

LOVEJOY COUPLING

5/8INSTEEL COLLAR WOODS10

GRAVEL FOR PARKING LOT

INSTALLATION

INSTALLATION OF EQUIP

INSTALLATION OF EQUIP

200' SURE LINK BELTING

9INBLOWER W/MOTOR

TUBES 3

TUBES

COOLER

PANS4/ANGLES/FEEDER SEC

USED ENGINE

ENGINE

KELLOGAMERICAN PUMP

TOP WIDTH TABLETOP CHAIN

VERT/DRYER & INSP TABLE

STAINLESS STEEL HOPPER

ANGA3613/HR STRIP 105

RYER EXP METAL SHT FLATT

VERTICAL SECTION

PARTS/CRACKER CONVSTAND

SIMPLEX CONV ELEVATOR

SIMPLEX CONV ELEVATOR

SIMPLEX CONV ELEVATOR

2050 VSPD PULLEY/ACCESS

MOTORS/4SBLADES/6PULL2

NEW PLUMBING

FENCE ON GROUNDS

BREAK ROOM FURNITURE

EQUIPMENT

INSTALLATION

OFFICE IN WAREHOUSE

MACHICE

EQUIPMENT

INSTALLATION

LUNCHROOM FURNITURE

MACHINERY

PUMP FOR SEWER SYSTEM

STOOLSFINISH ROOM

PALLET JACK

STEEL DUAL BIN

| | |
|---|---|
| 9STAINLESS STEEL BOXES | HOIST 1TON |
| 10 GALV BOXES W/O TOP | TOOTH HD BLADES 18 |
| 18GA SHAFT COUPLING GUARD | 3/8 DRIMPACT SOCK SET |
| TWO LANE CONVEYHGHT EXT | 4 TUBE HREW STRUCTA500B |
| CASTER MOUNTED DUST PAN | 5 TUBE HREW STRUCTA500B |
| 18 GA STEEL INPUT HOPPER | 4 TUBE HREW STRUCTA500B |
| 218 GA DUST HOODS | ANG HR A361X1X1 (40) |
| FREIGHT | ANGA36 L3X2X3/16 (4) |
| 2STAINSTEEL WIRE CLOTHS | HR A36 3/8X3FLTX61/2IN15 |
| 2THREE STEP INSP TABLES | HR A36 3/8X4FLT |
| 2MAGNET ASSEMBLY | HR A36 3/8X6FLTX8IN (5) |
| 2INSPTABLE HOPPER EXT | TUBE HREW STRUCT(5)A500B |
| DESTONER PADDLE WHEEL | TUBE HREW STRUCT(2)A500B |
| STSTEEL ELEVCHUTE HOOD | TUBE HREW STRUCT(2)A500B |
| HOT WATER SANITIZER EXT | PERFORATED SHEETS (2) |
| HALF DRYER RAKE INTINHANDLE | HR SHEET (20) |
| 3STAINSTEEL DUST PANS | TAKE AWAY PAN |
| FIVE SCREEN SACK SIZER | TUBE HR WELD (14) |
| 20 CUBIC FTELEVATED HOP | TUBE HR WELD (6) |
| AIR COMPRESSOR PACKAGE | TUBE HR WELD (8) |
| 2AIR & 2OIL FILTERS | TUBE HR WELD (8) |
| CHUTES FOR SHELLERSEPAR | TUBE HREW STRUCTA500B |
| SALES TAX ON 1085 EQUIP | MACHINERY |
| FRGHT ON MACHINERY 12/85 | MACHINERY |
| FREIGHT | MACHINERY |
| BUCKET ELEVATOR | 3 STEP INSPECTABLE (3) |
| PARTS OF MACHINERY | 2 SCREEM SIZE SERIAL |
| REEVES MOTOR BASE | PARTSCRACKERCONVSTAND |
| PARTS FOR MACHINERY | ILS30X30LINE SIZER SCR |
| PARTS FOR MACHINERY | 26 GUAGE CHUTE EXTENSIONS |
| PALLET TRUCKBATTRYCHRGR | MACHINERY |
| FREIGHT | MODEL 6914 PIECE SHELLER |
| MOD CHUTE | EXTENSION SUCTION |
| 3 CHUTES MOD | SIMPLEX CONV ELEVATOR |
| FAB DUST COLLECTING SYST | PARTS FOR NEW MACHINERY |
| FREIGHTPACKAGE CONVEYOR | STAINLESS STEEL SCALE |
| FIVE SCREEN STACKABLE SZR | PARTS FOR NEW MACHINERY |
| 2PERMANENT MAGNETS | MACHINERY |
| WORKBENCH W/22193 VISE | MACHINERY |
| 5STAINLESS STEEL BOXES | MACHINERY |
| 2STSTEEL SIZER INTIN RAKE | MER55 BARREL FLOAT |
| POP REMOVER CONVEY/HOPP | INLINE SIZER |
| WALL MOUNT SCALE SHELF | EIGHT INCH BLOWERS (8) |
| SANITIZER VENT PIPE | DUAL LANE CONVEYOR |
| FREIGHTLOCKERS | STAND FOR MOUNTING BLOWER |
| FREIGHTJB SANFILIPPO | MACHSALVAGE DEPT |
| FREIGHTJB SANFILIPPO | BAG SEALER |

SWECO INCFREIGHT

THINNER & PAINT FOR CONST

CHOP SAW BLADER

PARTS FOR INSHELL ELEVA

COUPLING

REGULATORFITTHOSETAPE

SCREWSHOLGUN DRILLDRILL

SCREWS & NUTS

BOLTSHEXNUTSVALVEWASHR

SILVERLINE BENCH

HEAVY CAP PLATFORM SCALE

FLEXURE BASE5000#

PLATFORM SCALE2000#

FREIGHT

SALES TAX

8 LOCKERS FOR LUNCH ROOM

STOOLS FOR PICKING TABLES

WET HOLDING TANK & ACCESS

55 YARDS CONCRETE

AUGER FOR NEW SHELL BIN

2MATIC ADJUSCASE SEALER

RECTANGULAR FITTING

8INx6INx64IN OPEN TOP CHUTE

4BELT GUARDS W/BRACKETS

HOPPER W/FLAT BAR FLANGE

METAL FLEXIBLE PIPE

FABRICA&INSTALLOF EQUIP

EXHAUST DUCT OFF AIR COMP

WALL CREW TUBING

OPEN TOP CHUTESHELL ELEV

8337 DRUM DOLLIE

ROLLER CONVEYOR

BLUEPRINTS&DRAW6CONVEY

TABLES&CHAIRS FOR LUNCHRM

2DOUBLE TIER LOCKERS

FREIGHT ON NEW MACHINERY

FREIGHT ON EQUIPMEYER

FREIGHT ON EQUIPMENT

FREIGHT ON EQUIPMENT

INSTALLATION CHARGES

2MODIFY STSTEEL CHUTES

BALL VALUESBELL REDUCER

DRESSER SLEEVESWELD ELLS

9VOLT BATTPULLEYSSNAPS

TAXES ON EQUIPFROM MEYER

MOISTURE METER

REWORK DIVIDER DRYOVEN

SPIN BASKET

INSTALLATION

30 ANGLE RINGS

INSTALLATION

SSTEEL DUAL BIN

PALLETS

SWIVEL PLATE COSTERS 100

ELECLIFT TRUCK LOADER

BENCH SCALE

HOT MELT SYSTEM

ELEVATOR

CORSICANA SHEET METAL

ADAMS AGRICULTURE

MISC EQUIP

MISC EQUIP  ROASTER

INSHELL HOLDING BIN

FEEDER CONVEYOR

DUAL LANE CONVEYOR

ELEVATOR HOPPER FEEDER

EIGHT INCH BLOWER

FREIGHT ON EQUIP

HOT WATER SANITIZER

TABLE DESKS  2

MISC EQUIPMENT

FREIGHT ON NEW MACH

ROASTER

FREIGHT ON MACH

INSHELL GRADER

FREIGHT ON MACH

FREIGHT ON MACH

SSTEEL HOLDING BIN

MODEL 6914 PIECE BREAKER

HOT WATER HUMIDIFIER/TANK

INSTALL WIRE / MISC

EXHAUST FAN

HOTWASHER EQUIP

INSTALL/SEPTIC TANK/EQUIP

INSTALLATION OF EQUIP

BARREL FLOAT W/V PUMP

SSTEEL BARREL FLOAT

DUAL BIN/4 LANE ICORE

INLINE SIZER/SCREENS

4INCH ELEVATOR/FREIGHT

SIMPLEX CONV ELEVATOR

WATER COOLER/INSTALLATION

CONTDBUCKET ELEVATOR

1/3HP AUTO SUMP PUMP

FREIGHT ON EQUIPMEYER

FREIGHT ON EQUIPMEYER

FREIGHT ON EQUIPMEYER

HEATING/AIR CONDITIONING

SPECIAL ELECTRICAL

GRATE

MONORAIL

PAINT

DUAL SORTER BINS/FRAME

BARREL LIFT DUMP

INLINE SIZERMEYER

TRIANGLE PKG MACH& ELEV

23STEP INSPTABLES

SSTEEL ALCOHOL TANK

REFRIG EQUIPMENT

WASTE TREATMENT FACILITY

WHSE UNIT HEATERS (10)

PROCESS SEWER

LABOREQUIP INSTALL

SPECIAL ELECTEQUIP

EQUIPMENT

30IN INSPECT TABLES (2)

P40 BATT CHARGER

FILING CABINET

72IN SIGHT PANELS  (2)

NATURAL GAS HEATER

FILE CABINET

FORMING TUBE ASSEMBLY

6IN RD FB FORMER

MACHINE PARTS

INSTALL PHONE & JACK

FILE CABINET

DESK CHAIRS

FILE CABINET

COPELAND COMPRESSOR

COPELAND COMPRESSOR

JOHNSON LADDER

VACUMN SEAL & FLT MACH

CANOPIES FOR BLDG

COMPRESSOR & DRYER

COMPRESSOR

TRIANGLE PKG MACH

LODE STAR 635 TROLLEY

2COMPRESSORS

MOISTURE TESTER

COMPRESSOR UNITS  2

TENOX MIXING DEVICE

COLOR SORTER

SIGN ON BLDG

WET GRAIN HOLDING TANK

GRADING SYSTEM/MISC

GRADING SYSTEM 7 CHUTES

INSTALLSIZER & ELEVATOR

STEEL VENT HOOD

BARREL LIFT DUMP

DUAL BIN

VIBRATORY CONVW/AIR GATE

HOPPER

FEEDER CONVEYOR

MAGMET ASSEMBLY

SIZER STAND/HOPPER

ELEVATOR SPLITTER CHUTE

SUPPORTING LEGS (SIZER)

FREIGHT ON MACH

INSTALL EXHAUST HOODS

HYDRAULIC TOTE BIN DUMPER

FREIGHT ON MACH

MEYER PECAN GRADER

P40 FORKLIFT

CONT BUCKET ELEVATOR

STAR FILTER PRESS

BASKET STRAINER

FREIGHT ON MACH

REFRIGERATOR (TRAILER)

AJAX SHAKER

SYNCROGEAR REDUCER  2

SIZER SCREEN

DECK SIZER SCREEM

STEEL TROUGH COVER

STAINLESS STEEL RAKE

LITLON ROLLER CONV  2

SSTEEL VENTING DUCT

BLOWER FOR COOLING TABLE

AIR COOLED;COMPRESSOR

INSTALLAIR COMPRESSOR

FREIGHT ON MACHINERY

REPAIR & RESHEET W/SS

GRADER/REWORK GRADER

3STEP INSP TABLES 2

TABLE HOPPER EXTEN  2

STERILIZATION CHAMBER

BARREL LIFT DUMP

PUMP VAC H4

BARREL LIFT DUMP

| | |
|---|---|
| LINE EYE MACHINE | DOUBLE BLOWER |
| BARREL LIFT DUMP | DOUBLE BLOWER |
| ROTARY AIR LOCK | HOOPER FEEDER |
| DRYER AND CONVEYOR | NEW MACH SCREW CONVCORP |
| QUANTZ CRACK & INST  8 | FIRE EXTINGUISHER EQUIP |
| SALES TAX  BBL LIFT DUMP | SETTING INSHELL GRADER |
| BARREL LIFT DUMP | INSTALL CONVEYOR |
| BINS FOR ESM MACHINES | FREIGHT ON MEYER MACH |
| METAL DETECTORS | INSTALLATION GAS CHAMBER |
| TAPE MACHINES (2) | FREIGHT ON MACH PUMP VAC |
| DRYER  NEW PLANT | PB SUBMERSIBLE PUMP |
| STAINLESS STEEL BARRELS | SYNCROGEAR REDUCER  2 |
| STEEL HOPPER | WEIGH TRONIX BENCH SCALE |
| CONVERT 6 QUANTZ FRAMES | WEIGH TRONIX DECK SCALE |
| AJAX SHAKER # 0976 | FREIGHT ON MACH |
| RARE EARTH MAGNET SYSTEM | INGREDIENT BIN |
| 4 16' STEEL CHUTES | FREIGHT ON MACH |
| AJAX SHAKER # 8822 | WORK TABLE/ROASTING ROOM |
| 4 STAINLESS BINS FOR SHX | SSTEEL BOXES 10 |
| 2 SIMPLEX CONVEY ELEVATOR | CONT D ELEV BUCKET |
| PARKING LOT LIGHTS | CONVEYOR |
| 2 HALFBIN COOLING SYSTEM | RACK INST & FREIGHT |
| STEEL HEAT EXCHNG & BLOWE | RACKS |
| 2 CONVEYOR CHUTES | RACKS |
| SWECO PUMP SYSTEM | INSTALLATION OF EQUIP |
| CHAIN LIFT BARRELL DUMP | FREIGHT ON NEW MACH |
| AJAX SHAKER # 8284 | FREIGHT ON MACH |
| CONVERT 2 QUANTZ FRAMES | CSTEEL METAL/MISCEQUIP |
| STEEL HOPPER & STAND | 210 FOAMER |
| ATLAS COPCO AIR COMPRESSO | TABLES CHAIRS LOCKERS |
| AJAX SHAKER # 8938 | SVP 6030 BAILER |
| STORAGE SHELVING | C&M HOIST |
| HANDWASHER INSHELL RESTRO | FIRE SPRINKLER SYSTEM |
| 2 QUANTZ CRACKERS/FRAMES | LEWIS CARTER CONVEYOR |
| TRASH COMPACTOR | LEWIS CARTER CONVEYOR |
| FREIGHT ON SNA EQUIP | QUANTZ CRACKER |
| ELEVATED FEEDER/HOPPER | QUANTZ CRACKER |
| 2 INSPECTION TABLES | QUANTZ CRACKER |
| STEINLITE/ELECTRICAL | QUANTZ CRACKER |
| PLANT EQUIPMENT  SNA | QUANTZ CRACKER |
| FORKLIFT | QUANTZ CRACKER |
| BAGGING MACHINE | QUANTZ CRACKER |
| SPRINKLER SYSTEM | QUANTZ CRACKER |
| ELEVATORS & STANDS | HANDWASHER |
| TILE & LABOR ROASTING RM | BARREL LIFT DUMP |
| RF BAR CODING EQUIPMENT | FENCE  INSHELL RECEIVING |
| NUT DICER | 18IN MEYER DIAL SHELLER |

| | |
|---|---|
| AIR CONDITION COMPRESSOR | NEW SCALE FOR LAB |
| SEPARATOR UNIT | 2 QUANTZ ROTARY CRACKERS |
| COOKERS TO COAT PECANS | PECAN PCS BREAKER |
| COATING TUMBLER | AJAX FLOAT |
| STAINLESS STEEL BARRELS | BASKET SCALE |
| 40 CHANNEL COLOR SORTER | HOT WATER HEATER |
| MOISTURE TESTER | BLOWERS |
| LABORATORY EQUIPMENT | HOPPERS |
| SIZER SHELLER TABLES ET | INSHELL SCALE |
| MAGNETS | INSHELL SIZING SYSTEM |
| MISC EQUPT FROM R&M  AJE | HOIST |
| CAPITALIZED INTEREST '85 | PUMPS & SEPARATOR WASTE P |
| SATAKE 40 CH SORTER | MAXXON PORTABLE RADIOS |
| SATAKE 40 CH SORTER | DRY MATERIAL FEEDER |
| BINS & STANDS | STAINLESS STEEL BARRELS |
| SATAKE 40 CH SORTER | INSPECTION TABLE |
| 3 HOPPERS | AJAX SHAKER |
| EQUIPMENT  DOZIER | NEW FRONT SIGN |
| STANDS & EQUIPMENT | SPRAY TUMBLER |
| MISC SHIPPING EQPT | CONVERSION FRAME 4 QUANTZ |
| 2 BELT SORTERS | MEYER 32' INSHELL SIZER |
| 2 40 CHAN SORTERS | MEYER POP REMOVER |
| NEW FREEZER PANELS | MEYER BUCKET ELEVATORS |
| FENCE FANS ETC | AJAX SHAKER |
| HOPPERS BINS ETC | MEYER 32' INSHELL SIZER |
| EQPT & FIXTURES REPROCESS | GOOLSBY 2 STG POP REMOVE |
| MISC EQUIPMENT | 10IN ADJACK |
| OVERHEAD DOOR | PECAN SHELLER |
| NEW SCALES | 3 COMPARTMENT SINK |
| LADDER PLATFORM | AUTO DOORS FOR STORAGE |
| SPRINKLER SYSTEM | INSHELL GRADER REBUILT |
| DRYER | VACUUM PACKAGING MACHINE |
| STAIRS & HANDRAILS | AIR COMPRESSOR FOR PLANT |
| WIRE MACHINE SHOP | EQUIPMENT |
| REBUILD SV 45 | JASPER FLOAT MACHINE |
| FAB STAINLESS GUARDS | USED FORKLIFT |
| WIRE NEW MACHINERY | ELECTRONIC SCALE |
| INSTALL LIGHTS | 40 CH COLOR SORTER |
| FABRICATE GUARD | 40 CH COLOR SORTER |
| MODEL 24 CYCLONE | BINS & EQUIPMENT |
| FABRICATE STEEL BOX | ELEVATORS & EQUIPMENT |
| 2 BOHN EVAPORATORS | REFRIGERATION EQUIP |
| NEW CEILING PANELS FREEZE | AIR COMPRESSORS FOR BAY 1 |
| REBUILD FORKLIFT MOTOR | TOTE BOXES & FRT |
| FORKLIFT EQUIPMENT | STAINLESS STEEL BARRELS |
| METAL DETECTOR | TRANE AIR CONDITIONER |
| MACHINE SHOP EQUIPMENT | 2 QUANTZ CRACKERS |

| | |
|---|---|
| 2 SATAKE BELT SORTERS | REFRIGERATION EQUIPMENT |
| MISC EQUIPMENT ITEMS | JOHN DEERE TRACTOR/LOADER |
| SATAKE BELT MACHINE | SAVAGE NUT CLEANER |
| HOBBS FABRICATE CHUTES | INSHELL GRADER PARTS |
| HOBBS STAINLESS ST ELEVAT | RARE EARTH MAGNETS |
| AIRLOCK EQUIPMENT | STENCIL MACHINE |
| RANDY WIRING & NEW LIGHTS | SATAKE BELT SORTER |
| HOBBS NEW EQUIPMENT | STAINLESS HOPPER |
| RANDY WIRING & NEW LIGHTS | FORKLIFT |
| NEW AC UNITS FOR OFFFICE | MISCELLANEOUS EQUIPMENT |
| RANDY WIRING NEW EQUPT | INSTALLATION OF EQUIP |
| HOBBS  FABR NEW EQUPT | TABLES ROASTER DRAIN PAN |
| ACCUCORP SCALE | FIRE HYDRANTS SPRINLER S |
| PALLET LIFT TRUCK | MOTOROLA BASE & RADIOS |
| SHEKARCHI  USED CRACKERS | NEW SCALE |
| MISC EQUIPMENT | ELECTRIC  NEW GATE COMPR |
| VACUUM PACKAGING MACHINE | PECAN SHAKER WATER SEPARATOR (2) |
| SHIPPING DEPT PRINTER | ELECTRONIC GATE  - INSHELL |
| RUSCO PACKAGING MACHINE | SPRINKLER FLUSHING NEW FOAM INSHELL COOLER |
| WIFI ACCESS POINTS IN PLANT | SAFELINE METAL DETECTOR |
| WIFI IN PLANT/MOTOROLA BARCODE | NEW LAWN TRACTOR |
| MOTOROLA BAR CODE READER | TRUCK SCALE INDICATOR/PRINTER |
| NEW CONDENSOR FOR BAY 5 | ASPHALT PAVING INSHELL ENTRANCE |
| UPGRADE 40 CH SATAKE | REBUILD BATCH ROASTER |
| SATAKE ULTRA SCAN | SAFELINE METAL DETECTOR |
| SATAKE SORTER - DEMO | WIRELESS ACCESS POINTS |
| NEW COMPRESSOR BAY 5 | SCISSOR LIFT TRUCK |
| UPGRADES TO OLD SATAKES | UPGRADE FIRE ALARM SYSTEM |
| 2 NEW METAL DETECTORS | FLOOR SCRUBBER - TENNANT |
| KAISER - AIR SUPPLY PIPE | WI FI RADIOS & EQPT |
| ROYAL FLUSH NEW SINKS | PIN TUMBLER SOUTHERN NUT N TREE |
| SATAKE SORTER & 5 UPGRADES | OVERHEAD DOORS IN PLANT |
| VIDEO JET LABEL PRINTERS | NEW ENERGY EFFICIENT LIGHTS RANDYS |
| MOTOROLA COMPUTERS QUEST | REBUILD BATCH ROASTER |
| AIR COND UNIT AREA WIDE | SOUTHERN NUT & TREE |
| USED EQPT - SOUTHERN NUT/PECANS.COM | 8 USED TOYOTA FORKLIFTS |
| INSTALL SHELLERS | NEW METAL DETECTOR |
| SLIP SHEET ATTACH FOR FORKLIFT | PLUMBING - BARREL WASH |
| ALARM SYSTEM FOR AIR COMPRESSORS | JD GATOR FOR BUDDY |
| 3 ZEBRA LABEL PRINTERS | NEW FENCING - ANNEX PROP |
| CONDENSOR FOR BAY 7 | NEW CONDENSER BAY 5 |
| SS DUCTWORK FOR DRYER | 3 NEW COMPRESSORS SHIPPING |
| BUHLER SORTEX SORTER | SCALE INDICATORS - TEMP TANKS |
| FIRE PROTECTION IN DRYER DUCTS | NEW PALLET JACKS |
| SPRINKLE DEPT 8 DRYER | BARRELL WASHER EQUIP |
| LABEL APPL/PRINTER | JOHNSON EQUIP |
| 15 HP CONDENSOR BAY 6 | NEW SCISSOR LIFT |

| | |
|---|---|
| REFRIG UNIT BAY 8 #17 | BARRELL WASH JOHNSON LOPEZ |
| 4 BOX LABEL PRINTERS | SALT MACHINE |
| DUCTWORK ON DEPT 8 DRYER | RANDYS ELEC/LOPEZ |
| BEST SORTING MACHINE | ROYAL FLUSH PLUMBING |
| CONVEYOR AND HOPPER FOR BEST MACHINE | USED SHELL TRUCK |
| TRANSFORMER & PANELS DEPT 7 | AREA WIDE COMPRESSORS |
| ELECTRICAL FOR BEST SORTER | RANDYS ELECTRIC WIRING |
| FREIGHT ON BEST SORTER | JAMES MFG - GUARDS FOR MOTORS |
| NEW DOCK PADS | PAINTING & CONTRUCTION |
| NEW AIR COND NEW PLANT | INSHELL PARKING LOT |
| BARRELL DUMP DEPOSIT | NEW AIR COMPRESSORS |
| CHANGE OUT A/C UNIT #13 | 2 USED FORKLIFTS |
| TRANE AC UNIT WITH HEAT | 4 SAVAGE SHELLERS |
| NEW METAL DETECTOR | COMPRESSORS - BAY 5 AREA WIDE |
| NEW BARREL DUMPER | NEW PLUMBING FIXTURES |
| USED 5 SCREEN SIZER | FIRE ALARM STROBES ACTION |
| NEW BARRELL DUMPER | BARRICADES FOR EQUIPMENT LOPEZ |
| NEW BARRELL DUMPER | INTAKE FAN DUCTWORK CORS A/C |
| 1 NEW AMVT SORTER | ELECTRICAL WORK - RANDY |
| AIRLINES FOR NEW SORTERS | AREA WIDE/KAISER |
| SATAKE SORTERS | LOPEZ CARPENTRY |
| NEW DOCK LEVELER | KAWASAKI MOWER |
| NEW CRACKERS MODERN ELECTRONIC | LOCKOUT TAGOUT DISCONNECT BOXES RANDY |
| TOMRA LASER SORTER | FABRICATE CHUTES/CATWALKS |
| SATAKE SORTER | RANDY'S - NEW WIRING |
| | OUTDOOR CURTAIN FOR AIR COMPRESSORS |
| | FABRICATE CHUTES & CATWALKS |
| | NEW COMPRESSOR FOR BAY 2 |
| | CONCRETE SLAB - HA PAIR |
| | SURGE PROTECTOR AIR COMPRESSORS |
| | ACTION FIRE STROBES/HORNS |
| | BUILD WALL FOR AIR COMPRESSORS |
| | NEW REFRIGERATION COMPRESSORS |
| | LOPEZ FENCING NEW DOORS |
| | USED EQUIP - TOMS AUCTION |
| | NEW COMPRESSORS - AREA WIDE |
| | AIR COMPRESSOR PIPING |
| | FENCE & CLEAR NEW LOT |
| | REFRIGERATION COMPRESSORS |
| | NEW REFRIG UNITS FOR SHIP COOLER |
| | NEW CONDENSOR BAY 2 #33 |
| | NEW EXHAUST & INTAKE DEPT 1 DRYER |
| | JACKRABBIT STEEL FOR DUMPER |
| | 2 ELECTRIC AUGERS |
| | TOYOTA FORKLIFT |
| | TOYOTA PALLET JACK |
| | 4 EYEWASH STATIONS |

SPRINKLERS IN DRYER #3
POWER UNIT FOR DUMPER
NEW EVAPORATOR COIL BAY 2
NEW DUCTWORK ON DRYER
TENNANT FLOOR SCRUBBER
SPRINKLER HEADS IN DRYER VENTS
REBUILD INSHELL GRADER
3 NEW CONDENSOR/EVAPORATORS
NEW CONDENSOR/EVAPORATOR
USED SAVAGE CRACKER
FIRE SYSTEM ROASTING ROOM
NEW CONDENSOR EVAPORATOR
NEW CONDENSOR & EVAPORATOR BAY 2
REBUILD INSHELL GRADER
HOISTS AND TROLLEYES FOR INSHELL GRADERS
1992 FRUEHAFF TRAILER
FIRE SYSTEM ROASTING AND ALCOHOL ROOMS
CONTROLLER FOR BOX PRINTERS
USED 53' TRAILER
FIRE SYSTEM ROASTING ROOM
ERIEZ MAGNETS
USED CENTRIFUGE
KUBOTA LAWN TRACTOR
1 TON HOIST FOR CENTRIFUGE
MEAL GRINDER - INCUS SPAIN
NEW ROOF AIR OVER STORAGE AREA
ELECTRICAL FOR CENTRIFUGE
SCOOTER
POWER WASHER TRAILER
TOYOTA FORKLIFT
NEW COPELAND COMPRESSOR
REBUILD INSHELL SIZER
INSHELL BLOWER/SCALE
HOPPER FOR MEAL GRINDER
FABRICATE ROASTER HOPPER AND FRAME
ELECTRICAL FOR REFRIGERATION EQUP
METER FOR SEWER WATER
MEAL GRINDER INCUS SPAIN
OVERHEAD DOORS
FLOORING FOR ROASTING ROOM
REBUILD INSHELL SIZER
2 ROASTING BASKETS
BAY 7 REFRIGERATION SYSTEM
RETROFIT LIGHTING TO LED
NEW COOLER DOOR BAY 3
NEW CONDENSOR BAY 5 UNIT 39
STICKTITE BREAKER MODERN ELEC

MOISTURE ANALYZER
2 ELECTRONIC FLOOR SCALES
REBUILD TOTE DUMP FOR SAFETY
NEW BUG BLOCKER DOORS
REBUILD 3 ROASTING BASKETS
NEW EVAPORATOR BAY 5 UNIT 24
1 TON HOIST WITH CONTROLLER
SATAKE EVOLUTION SORTER
MOISTURE ANALYZER
METAL STORAGE RACKS
NEW COMPRESSOR UNIT 22
STAINLESS STEEL BARRELLS
NEW COMPRESSOR BAY 3 UNIT 30
BOHN 30HP CONDENSOR & 2 EVAPORATORS
NEW REFRIG COMPRESSOR
1 TON HOIST
SUBMERSIBLE PUMP ELECTRICO
VACUUM TANK REPLACEMENT
CONVEYORS
3 SIZERS MODERN ELEC
CHART RECORDERS FOR TEMP TANKS
STAINLESS STEEL FRAME HOPPER STICKTITE BRKR
SIZER FEED HOPPERS
RARE EARTH MAGNETS
1 TON HOIST
FABRICATE HOPPERS AND CONTROLS TEMP TANKS
4 SAVAGE SHELLERS
NEW EVAPORATOR FREEZER 24
OIL ROAST SYSTEM UPGRADE
CONTINUOS ROASTER CONTROLS
CUSTOM HOPPER EXTENSIONS
REWORK ELEVATOR WET SHELL
2 TOYOTA PALLET JACKS
REPLACE INSULATION ON SUCTION LINES
NEW EVAPORATOR UNIT 41
NEW COMPRESSOR
REPLACE COMPRESSOR 24
REPLACE COMPRESSOR 26
VACUUM PUMP
MOISTURE ANALYZER
2 SATAKE SORTERS
2 USED AMVT SORTERS
SATAKE SORTERS
REPLACE FREEZER UNIT AND EVAPORATOR
USED GENIE LIFT
MOISTURE ANALYZER INSHELL
10 SAVAGE CRACKERS LEASED

NEW EVAPORATOR ON UNIT 25

**Navarro Pecan Company, Inc. (Case No. 23-40266-elm11, Bankr. N.D. Tex.)**
**Schedules A/B**
**Question 73 Supplement.**

| Insurance Company | Policy Type | Policy Number |
|---|---|---|
| Travelers Prop Casualty of America | Global Companion | 81N58266 |
| Travelers Casualty and Surety Company | Crime | 105866312 |
| Crestbrook Insurance Company | Inland Marine | IMC126226A |
| Travelers Prop Casualty of America | Umbrella Liability | 2W796058 |
| Texas Mutual | Workers' Compensation | 1220510 |
| Nationwide Agribusiness Insurance Co. | Auto | CPP126226A |
| Nationwide Agribusiness Insurance Co. | General Liability | CPP126226A |
| Lloyd's of London | STP | B174011192MC22 |
| Nationwide Agribusiness Insurance Co. | Property | CPP126226A |

**Fill in this information to identify the case and this filing:**

Debtor name    **Navarro Pecan Company, Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF TEXAS

Case number (if known)   **23-40266-11**

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ *Other document that requires a declaration* _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **3/17/23**        **✗** /s/ Brad Walker
         MM / DD / YYYY         Signature of individual signing on behalf of debtor

                          Brad Walker
                          Printed name

                          CRO
                          Position or relationship to debtor