Joshua N. Eppich
Texas Bar I.D. No. 24050567
J. Robertson Clarke
Texas Bar I.D. No. 24108098
C. Joshua Osborne
Texas Bar I.D. No. 24065856
Bryan C. Assink
Texas Bar I.D. No. 24089009
BONDS ELLIS EPPICH SCHAFER JONES LLP
420 Throckmorton Street, Suite 1000
Fort Worth, Texas 76102
(817) 405-6900 telephone
(817) 405-6902 facsimile
Email: joshua@bondsellis.com
Email: robbie.clarke@bondsellis.com
Email: c.joshosborne@bondsellis.com
Email: bryan.assink@bondsellis.com

**PROPOSED COUNSEL FOR**
**DEBTOR AND DEBTOR-IN-POSSESSION**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| NAVARRO PECAN COMPANY, INC., | § | CASE NO. 23-40266-elm11 |
| | § | |
| Debtor.[1] | § | |
| | § | |

### GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODS, AND DISCLAIMERS REGARDING THE DEBTOR'S SCHEDULE OF ASSETS AND LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS

The above-captioned debtor and debtor-in-possession (the "**Debtor**"), by and through its undersigned proposed counsel, is filing its Schedule of Assets and Liabilities (the "**Schedules**") and Statement of Financial Affairs (the "**SOFA**") in the above-captioned case filed in the United States Bankruptcy Court for the Northern District of Texas, Fort Worth Division (the "**Bankruptcy Court**"). The Debtor prepared the Schedules and SOFA in accordance with section 521 of Title 11 of the United States Code (the "**Bankruptcy Code**") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules"**).

These *Global Notes and Statement of Limitations, Methods, and Disclaimers Regarding the Debtor's Schedules of Assets and Liabilities and Statement of Financial Affairs* (collectively, the "**Global Notes**") are incorporated by and comprise an integral part of the Schedules and SOFA.

---

[1] The Debtor's principal address is 4200 South Hulen Street, Suite 680, Fort Worth, Texas 76109. The Debtor's facilities are located at 2131 East Highway 31, Corsicana, Texas 75109.

These Global Notes should be referred to and reviewed in connection with any review of the Schedules and SOFA.

The Schedules and SOFA have been prepared by the Debtor's management and are unaudited and subject to further review and potential revision. In preparing the Schedules and SOFA, the Debtor relied on financial data derived from its books and records as it was available at the time of preparation. The Debtor's management and advisors have made reasonable efforts to ensure that the Schedules and SOFA are as accurate and complete as possible under the circumstances. Subsequent information or discovery, however, may result in material changes to the Schedules and SOFA, and inadvertent errors or omissions may exist. Notwithstanding any such discovery or new information however, the Debtor may, but shall not be required to, update the Schedules and SOFA.

**Reservation of Rights**: Nothing contained in the Schedules and SOFA or these Global Notes shall constitute a waiver of the Debtor's rights or an admission with respect to its bankruptcy case, including, but not limited to, any issues involving objections to claims, substantive consolidation, equitable subordination, defenses, characterization or recharacterization of contracts, assumption or rejection of contracts under the provisions of Chapter 3 of the Bankruptcy Code, or causes of action arising under the provisions of Chapter 5 of the Bankruptcy Code or any other relevant applicable laws to recover assets or avoid transfers.

**Description of the Case and "as of" Information Date**: On January 30, 2023 (the "**Petition Date**"), the Debtor filed a petition for relief with the Bankruptcy Court under chapter 11 of the Bankruptcy Code. A detailed description of the Debtor, its business, and the facts and circumstances supporting the Schedules and SOFA and the chapter 11 case are described in detail in the *Declaration of Brad Walker in Support of the Debtor's Chapter 11 Petition and First Day Motions*, which was filed on the Petition Date.

Given the nature of the case and the Debtor's assets, the valuations given are estimates at varying points in time. This is because those values fluctuate over time and, given the nature of the Debtor's business and its assets and liabilities, the Debtor is presenting these filings in its best attempt to "mark to market" the types of assets it owns in each category of assets and liabilities.

**Amendment**: Although reasonable efforts were made to file complete and accurate Schedules and SOFA, inadvertent errors or omissions may exist. Thus, the Debtor reserves all rights, but shall not be required, to amend or supplement its Schedules and SOFA from time to time as may be necessary or appropriate.

**Basis of Presentation**: Although these Schedules and SOFA may, at times, incorporate information prepared in accordance with generally accepted accounting principles ("**GAAP**"), the Schedules and SOFA do not purport to represent or reconcile financial statements otherwise prepared or distributed by the Debtor in accordance with GAAP, income tax basis, or otherwise. To the extent that the Debtor shows more assets than liabilities, this is not an admission that the Debtor was solvent or insolvent on the Petition Date or at any time prior to the Petition Date. Likewise, to the extent that the Debtor shows more liabilities than assets, this is not an admission

2

that the Debtor was solvent or insolvent on the Petition Date or at any time prior to the Petition Date.

**Insiders**: For purposes of the Schedules and SOFA, the term "Insider" shall have the meaning set forth in Section 101(31) of the Bankruptcy Code.

Persons listed in the SOFA as insiders have been included for only informational purposes. The Debtor does not take any position with respect to (a) such person's influence over the control of the Debtor; (b) the management responsibilities or functions of such individual; (c) the decision-making or corporate authority of such individual; or (d) whether such individual could successfully argue that he or she is not an insider under applicable law, including, without limitation, the federal securities laws, or with respect to any theories of liability or for any other purpose.

**Recharacterization**: The Debtor has made reasonable efforts to correctly characterize, classify, categorize, and designate the claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and SOFA. The Debtor reserves all rights to recharacterize, reclassify, recategorize, and redesignate items reported in the Schedules and SOFA at a later time as is necessary or appropriate as additional information becomes available, including, without limitation, whether contracts listed herein were executory as of the Petition Date or remain executory post-petition and whether leases listed herein were unexpired as of the Petition Date or remain unexpired post-petition.

### Summary of Significant Reporting Policies:

Current Market Value and Net Book Value: In many instances, current market valuations are neither maintained, nor readily ascertainable, by the Debtor. The Debtor has used its best efforts to estimate the assets value or provided that the value is unknown.

Liabilities: Unless otherwise indicated, all liabilities are listed as of the Petition Date.

Credits and Adjustments: The claims of individual creditors are listed as the amounts entered on the Debtor's books and records and may not reflect credits, allowances, or other adjustments due from such creditors to the Debtor. The Debtor reserves all rights with regard to such credits, allowances, and other adjustments, including the right to assert claims objections and/or setoffs with respect to the same.

Undetermined Amounts. The description of an amount as "unknown," "TBD," or "undetermined" is not intended to reflect upon the materiality of such amount.

Totals: All totals that are included in the Schedules and SOFA represent totals of all currently known amounts included in the Debtor's books and records as of the Petition Date. To the extent that there are undetermined amounts, the actual total may be different from the listed total.

Classifications: Listing a claim (a) on Schedule D as "secured," (b) on Schedule E as "priority," or (c) on Schedule F as "unsecured priority," or listing a contract or lease on Schedule

G as "executory" or "unexpired" does not constitute an admission by the Debtor of the legal rights of the claimant or a waiver of the Debtor's right to recharacterize or reclassify such claim, contract, or lease.

Claims Description: Any failure to designate a claim on a given Schedules as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtor that such amount is not "disputed," "contingent," or "unliquidated." The Debtor reserves all rights to dispute, or to assert any offsets or defenses to, any claim reflected on its respective Schedules on any grounds, including, without limitation, amount, liability, validity, priority, or classification, or to otherwise subsequently designate any claim as "disputed," "contingent," or "unliquidated." Listing a claim does not constitute an admission of liability by the Debtor, and the Debtor reserves the right, but shall not be required, to amend the Schedules accordingly.

Guarantees and Other Secondary Liability Claims: The Debtor has used reasonable efforts to locate and identify guarantees and other secondary liability claims (collectively, the "**Guarantees**") in its executory contracts, unexpired leases, secured financing, debt instruments, and other such agreements. The Debtor's review of its contracts in such regard is ongoing. Where such Guarantees have been identified, they have been included in the relevant Schedule for the Debtor. Further, certain Guarantees embedded in the Debtor's executory contracts, unexpired leases, secured financings, debt instruments, and other such agreements may have been inadvertently omitted. Thus, the Debtor reserves its right to amend the Schedules to the extent that additional Guarantees are identified. In addition, the Debtor reserves the right, but shall not be required, to amend the Schedules and SOFA to recharacterize or reclassify any such contract, lease, claim, or Guarantee.

Causes of Action: The Debtor, despite its best efforts, may not have listed all of its causes of action (filed or potential) against third parties as assets in the Schedules and SOFA. The Debtor reserves all of its rights with respect to any causes of action the Debtor may have, and neither these Global Notes nor the Schedules and SOFA shall be deemed a waiver of any such causes of action.

**Schedule A—Real Property**: The Debtor's failure to list any rights in real property on Schedule A should not be construed as a waiver of any such rights that may exist, whether known or unknown at this time.

**Schedule B—Personal Property**: Personal property owned by the Debtor is listed in Schedule B. To the extent that the Debtor has not been able to identify the actual physical location of certain personal property, the Debtor has reported the address of the Debtor's principal place of business.

Exclusion of certain property, whether tangible or intangible, shall not be construed as an admission that such property rights have been abandoned, terminated, assigned, expired by its terms, or otherwise transferred pursuant to a sale, acquisition, or other transaction.

**Schedule D—Creditors Holding Secured Claims**: The Debtor reserves the right to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a creditor listed on Schedule D. Moreover, although

the Debtor may have scheduled claims of various creditors as secured claims for informational purposes, no current valuation of the Debtor's assets in which such all creditors may have a lien has been undertaken.

The descriptions in Schedule D are intended to be only a summary. Reference to the applicable agreements and related documents and a determination of the creditor's compliance with applicable law is necessary for a complete description of the collateral and the nature, extent, and priority of any liens. Nothing in the Global Notes or the Schedules and SOFA shall be deemed a modification or interpretation of the terms of such agreements or related documents.

**Schedule E—Creditors Holding Unsecured Priority Claims**: Listing a claim on Schedule E as "unsecured priority" does not constitute the Debtor taking a position on the legal rights of the claimant. The Debtor expressly reserves the right to assert that any claim listed on Schedule E does not constitute an unsecured priority claim under section 507 of the Bankruptcy Code. All claims listed on Schedule E appear to have arisen, or to have been incurred, on or before the Petition Date.

**Schedule F—Creditors Holding Unsecured Nonpriority Claims**: Listing a claim on Schedule F as "unsecured nonpriority" does not constitute an admission by the Debtor of any legal rights of the claimant. The Debtor expressly reserves the right to assert that any claim listed on Schedule F does not constitute an unsecured nonpriority claim (including the right to assert that any such claim constitutes a secured or priority claim). Additionally, noting that a claim on Schedule F is "subject to setoff" does not constitute an admission by the Debtor of the legal rights of the claimant. The Debtor expressly reserves the right to assert that any claim listed on Schedule F is not subject to setoff or dispute any claim to such setoff.

Certain creditors may assert mechanic's, materialman's, or other statutory liens against the Debtor for amounts listed on Schedule F. The Debtor reserves its right to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be perfected by a creditor listed on Schedule F.

The claims listed on Schedule F arose, or were incurred, on various dates, and a determination of each date that each claim arose, or was incurred, would be unduly burdensome and cost prohibitive. Accordingly, not all such dates are included for each claim. All claims listed on Schedule F, however, appear to have arisen, or to have been incurred, prior to the Petition Date.

**Schedule G—Executory Contracts and Unexpired Leases**: Although reasonable efforts have been made to ensure the accuracy of Schedule G regarding executory contracts and unexpired leases, the Debtor's review is ongoing, and inadvertent errors, omissions, or over-inclusion may have occurred.

The Debtor reserves all its rights, claims, and causes of action with respect to the contracts and agreements listed on Schedule G, including the right to dispute or challenge the characterization or the structure of any transaction, document, or instrument. Certain executory agreements may not have been memorialized in writing and could be subject to dispute. Generally, executory agreements that are oral in nature have not been included in Schedule G.

**Schedule H—Co-Obligors**: Although the Debtor has made every effort to ensure the accuracy of Schedule H, inadvertent errors, omissions, or inclusions may have occurred. The Debtor hereby reserves all rights to dispute the validity, status, and enforceability of any obligations set forth on Schedule H and to further amend or supplement such Schedule as necessary.

The Debtor further reserves all rights, claims, and causes of action with respect to the obligations listed on Schedule H, including the right to dispute or challenge the characterization or the structure of any transaction, document, or instrument related to a creditor's claim. The listing of a contract, guarantee, or other obligation on Schedule H shall not be deemed an admission that such obligation is binding, valid, or enforceable.

**SOFA—Transfers Outside of the Ordinary Course of Business**: Nothing in the Debtor's response to Question 10 constitutes an admission by the Debtor that such transfers were outside of the ordinary course of the Debtor's business.

**Fill in this information to identify the case:**

Debtor name   **Navarro Pecan Company, Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF TEXAS

Case number (if known)   **23-40266-11**

☒ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy            04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   | --- | --- | --- |
   | **From the beginning of the fiscal year to filing date:**<br>From **10/01/2022** to **Filing Date** | ■ Operating a business | **Unknown** |
   | **For prior year:**<br>From **10/01/2021** to **9/30/2022** | ■ Operating a business<br>☐ Other | **$66,931,944.00** |
   | **For year before that:**<br>From **10/01/2020** to **9/30/2021** | ■ Operating a business<br>☐ Other | **$65,899.532.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☐ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   | --- | --- | --- |
   | **From the beginning of the fiscal year to filing date:**<br>From **10/01/2022** to **Filing Date** | | **Unknown** |
   | **For prior year:**<br>From **10/01/2021** to **9/30/2022** | **Non-business** | **$64,300.00** |
   | **For year before that:**<br>From **10/01/2020** to **9/30/2021** | **Non-business** | **$5,881,000.00** |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

| Debtor | **Navarro Pecan Company, Inc.** | Case number *(if known)* | **23-40266-11** |
|---|---|---|---|

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **See attached list.** | | **Unknown** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **See attached list.** | | **Unknown** | |

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

Debtor    **Navarro Pecan Company, Inc.**

Case number *(if known)*    **23-40266-11**

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **SNRA Commodities, Inc. v. Navarro Pecan Company, Inc.**<br>**2021DCV3207** | **Breach of contract and quantum meruit and Debtor's counterclaims for same** | **El Paso County Court at Law 6** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **Navarro Pecan Company, Inc. v. Navarro Central Appraisal District**<br>**D49717-TX** | **Petition for Review of Appraisal Review Board Order** | **Navarro County District Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:    Certain Payments or Transfers**

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

Debtor    **Navarro Pecan Company, Inc.**                                    Case number *(if known)* **23-40266-11**

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Bonds Ellis Eppich Schafer Jones LLP** **420 Throckmorton St., Ste. 1000** **Fort Worth, TX 76102** | | 1/26/23 1/30/23 | **$197,000.00** |
| | Email or website address **www.bondsellis.com** | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
   List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
   Do not include transfers already listed on this statement.

   ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
   List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

   ■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

14. **Previous addresses**
   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

   ■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

15. **Health Care bankruptcies**
   Is the debtor primarily engaged in offering services and facilities for:
   - diagnosing or treating injury, deformity, or disease, or
   - providing any surgical, psychiatric, drug treatment, or obstetric care?

   ■ No. Go to Part 9.
   ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

| Debtor | **Navarro Pecan Company, Inc.** | Case number *(if known)* | **23-40266-11** |
|---|---|---|---|

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
□ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

□ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

    ■ No Go to Part 10.
    □ Yes. Fill in below:

**Part 10:** **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

□ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **3M Processing LLC**<br>**3001 East Hwy 31**<br>**Corsicana, TX 75109** | **3M Processing LLC** | **Pecans** | □ No<br>■ Yes |
| **Mansfield Warehousing Services Inc.**<br>**614 Jenkins**<br>**Mansfield, LA 71052** | **Mansfield Warehousing Services Inc.** | **Pecans** | □ No<br>■ Yes |
| **A&D Cold Storage Inc.**<br>**512 Southbridge Street**<br>**Worcester, MA 01610** | **A&D Cold Storage Inc.** | **Pecans** | □ No<br>■ Yes |

**Part 11:** **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do

| Debtor | **Navarro Pecan Company, Inc.** | | Case number *(if known)* **23-40266-11** |
|---|---|---|---|

not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **U.S. Pecan Trading Co. Ltd**<br>**1117 Zuni**<br>**El Paso, TX 79925** | **2131 East Hwy 31**<br>**Corsicana, TX 75109** | **Pecans** | **Unknown** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Easterlin Pecan Company**<br>**P.O. BOX 216**<br>**Montezuma, GA 31063** | **2131 East Hwy 31**<br>**Corsicana, TX 75109** | **Pecans** | **Unknown** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Pecan Producers, Inc.**<br>**324 SH 16 South**<br>**Goldthwaite, TX 76844** | **2131 East Hwy 31**<br>**Corsicana, TX 75109** | **Pecans** | **Unknown** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Roy Pecan**<br>**266 Saint John St**<br>**Cottonport, LA 71327** | **2131 East Hwy 31**<br>**Corsicana, TX 75109** | **Pecans** | **Unknown** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Wiley Hatcher Farms, LLC**<br>**6140 FM 723 Rd**<br>**Richmond, TX 77406** | **2131 East Hwy 31**<br>**Corsicana, TX 75109** | **Pecans** | **Unknown** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Montz Pecan Co**<br>**867 Old T Bone Road**<br>**Wichita Falls, TX 76305** | **2131 East Hwy 31**<br>**Corsicana, TX 75109** | **Pecans** | **Unknown** |

---

**Part 12:** **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and<br>address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Debtor | **Navarro Pecan Company, Inc.** | | Case number *(if known)* | **23-40266-11** |

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
| --- | --- | --- | --- |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
| --- | --- | --- | --- |

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
| --- | --- | --- |
| 25.1.   Pecan Producers International, Inc.<br>2131 Hwy 31<br>Corsicana, TX 75109 | | EIN:<br><br>From-To |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
| --- | --- |
| 26a.1.   **YWRD P C**<br>**PO Box 1087**<br>**Ennis, TX 75120** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
| --- | --- |
| 26b.1.   **YWRD P C**<br>**PO Box 1087**<br>**Ennis, TX 75120** | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
| --- | --- |
| 26c.1.   **YWRD P C**<br>**PO Box 1087**<br>**Ennis, TX 75120** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

Debtor    **Navarro Pecan Company, Inc.**    Case number (if known)  **23-40266-11**

■ None

| Name and address |
|---|

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Mary M. Magers | | President and director | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Robert P. McNutt | | Director | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Brad Walker | | Chief Restructuring Officer | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Collin Street Bakery | 401 W. 7th Avenue Corsicana, TX 75110 | Shareholder | 49% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Estate of George Martin | c/o Mary Martin Magers 2131 East Highway 31 Corsicana, TX 75109 | Shareholder | 49% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Estate of Jasper B. Sanfillippo | 1703 North Randall Road Elgin, IL 60123 | Shareholder | 2% |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

| Debtor | **Navarro Pecan Company, Inc.** | | Case number *(if known)* | **23-40266-11** |

|  | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1 . | **See attached list.** | | | |
|  | **Relationship to debtor** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

- ■ No
- ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

- ■ No
- ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **March 17, 2023**

**/s/ Brad Walker**                     **Brad Walker**

Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor   **Chief Restructuring Officer**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
■ No
☐ Yes

Navarro Pecan Company, Inc. (Case No. 23-40266-elm11, Bankr. N.D. Tex.)

Statement of Financial Affairs – Part 2, Question 3

| Check # | Effective Date | Name | Check Amount |
|---------|----------------|------|--------------|
| 33815 | 20221101 | EASTERLIN PECAN COMPANY | $87,593.83 |
| 33816 | 20221101 | US PECANS LTD | $74,062.34 |
| 33817 | 20221102 | 5TH AVENUE TEMPORARIES LLC | $136,539.75 |
| 33818 | 20221102 | US PECANS LTD | $83,180.84 |
| 33819 | 20221103 | EASTERLIN PECAN COMPANY | $75,243.65 |
| 33820 | 20221103 | US PECANS LTD | $91,598.02 |
| 33821 | 20221103 | EASTERLIN PECAN COMPANY | $135,735.67 |
| 33822 | 20221104 | A&D COLD STORAGE INC | $370.00 |
| 33823 | 20221104 | A-1 FIRE & SECURITY EQUIPMENT | $1,400.44 |
| 33824 | 20221104 | AETNA | $34,031.99 |
| 33825 | 20221104 | AFLAC | $3,317.10 |
| 33826 | 20221104 | AIRGAS USA LLC | $872.25 |
| 33827 | 20221104 | ALDINGER COMPANY | $509.00 |
| 33828 | 20221104 | AMC FREIGHT MANAGEMENT | $10,550.00 |
| 33829 | 20221104 | AT&T | $262.22 |
| 33830 | 20221104 | AT&T | $147.28 |
| 33831 | 20221104 | ATG COMPUTER SOLUTIONS  LLC | $1,563.46 |
| 33832 | 20221104 | ATKINSON PECAN LLC | $22,026.00 |
| 33833 | 20221104 | ATMOS ENERGY | $3,067.13 |
| 33834 | 20221104 | AUTOMATED TIME KEEPING INC | $831.91 |
| 33835 | 20221104 | BARKE GROUP INC, THE | $2,062.50 |
| 33836 | 20221104 | BRENNTAG SOUTHWEST  INC | $3,471.50 |
| 33837 | 20221104 | BYLINE FINANCIAL GROUP | $1,242.54 |
| 33838 | 20221104 | CAPITAL ONE TRADE CREDIT | $0.00 |
| 33839 | 20221104 | CINTAS CORP | $5,704.09 |
| 33840 | 20221104 | CISCO EAGLE  INC | $727.57 |
| 33841 | 20221104 | CITY OF CORSICANA | $6,708.86 |
| 33842 | 20221104 | CONSOLIDATED REFRIGERATION TEC | $1,248.39 |
| 33843 | 20221104 | CORSICANA NAPA  AUTO PARTS | $160.98 |
| 33844 | 20221104 | CORSICANA WELDING SUPPLY | $153.07 |
| 33845 | 20221104 | DAKOTA DISTRIBUTING  L P | $2,441.00 |
| 33846 | 20221104 | DAVID J SMITH | $3,168.00 |
| 33847 | 20221104 | DE LAGE LANDEN FINANCIAL SER. | $619.58 |
| 33848 | 20221104 | DEBBIE ROY BROKERAGE CO | $3,981.99 |
| 33849 | 20221104 | E GLOBAL SHIPPING | $18,345.00 |
| 33850 | 20221104 | ELECTRICO INC | $978.00 |
| 33851 | 20221104 | ELLIOTT ELECTRIC SUPPLY | $241.69 |
| 33852 | 20221104 | ESC CONSULTANTS | $1,000.00 |
| 33853 | 20221104 | EULER HERMES SERVICES | $108.25 |

| 33854 | 20221104 | EVANS BROKERAGE COMPANY | $331.97 |
| 33855 | 20221104 | FEDEX | $2,160.18 |
| 33856 | 20221104 | H & W INGREDIENTS | $739.20 |
| 33857 | 20221104 | HEART OF TEXAS | $487.13 |
| 33858 | 20221104 | HERC RENTALS | $2,551.72 |
| 33859 | 20221104 | HOME DEPOT, THE | $6,114.24 |
| 33860 | 20221104 | INTERNATIONAL DAIRY QUEEN INC | $11,592.00 |
| 33861 | 20221104 | JAMES MANUFACTURING INC | $1,036.20 |
| 33862 | 20221104 | JOHN H GARONI | $898.80 |
| 33863 | 20221104 | KALSEC INC | $6,883.24 |
| 33864 | 20221104 | KERENS GRAIN & ELEVATOR | $2,843.70 |
| 33865 | 20221104 | LUMINANT ENERGY COMPANY LLC | $4,295.72 |
| 33866 | 20221104 | MARATHON ASSOCIATES INC | $1,873.62 |
| 33867 | 20221104 | METLIFE SMALL BUSINESS CENTER | $6,046.80 |
| 33868 | 20221104 | MEYER LABORATORY  INC | $2,019.26 |
| 33869 | 20221104 | MODERN ELECTRONICS AND | $2,383.51 |
| 33870 | 20221104 | MSC INDUSTRIAL SUPPLY | $133.43 |
| 33871 | 20221104 | MUIRHEAD TRUCKING INC | $7,050.00 |
| 33872 | 20221104 | NATURE'S FINEST FOODS LTD | $20,610.33 |
| 33873 | 20221104 | NEW PIG CORPORATION | $788.40 |
| 33874 | 20221104 | NUTSOURCE  INC | $26,597.88 |
| 33875 | 20221104 | OSBORN LLC | $295.91 |
| 33876 | 20221104 | OWEN HARDWARE INC. | $110.44 |
| 33877 | 20221104 | PB&H BENEFITS LLC | $302.00 |
| 33878 | 20221104 | PURVIS INDUSTRIES LLC | $610.98 |
| 33879 | 20221104 | QUAKER TRANSPORTATION INC | $5,800.00 |
| 33880 | 20221104 | RELIANT ENERGY | $31,570.32 |
| 33881 | 20221104 | RENTOKIL | $2,999.58 |
| 33882 | 20221104 | REPUBLIC SERVICES #069 | $3,011.05 |
| 33883 | 20221104 | S KAMBERG & CO LTD | $7,709.34 |
| 33884 | 20221104 | SOUTHERN PACKAGING LP | $25,914.53 |
| 33885 | 20221104 | STROUD SECURITY SYSTEMS LP | $70.00 |
| 33886 | 20221104 | TRAVELERS CL REMITTANCE CENTER | $256.00 |
| 33887 | 20221104 | TRETTER FOOD INGREDIENTS | $423.36 |
| 33888 | 20221104 | ULINE | $332.87 |
| 33889 | 20221104 | VERIZON WIRELESS DBA | $101.91 |
| 33890 | 20221104 | VYVE | $908.25 |
| 33891 | 20221104 | WEBER SCIENTIFIC | $750.88 |
| 33892 | 20221104 | XEROX FINANCIAL SERVICES | $1,400.82 |
| 33893 | 20221107 | EASTERLIN PECAN COMPANY | $127,425.11 |
| 33894 | 20221107 | CPR  LLC | $15,277.00 |
| 33895 | 20221107 | INTERNATIONAL DAIRY QUEEN INC | $5,796.00 |
| 33896 | 20221107 | JOANN H. MEANS | $38,613.00 |

| | | | |
|---|---|---|---|
| 33897 | 20221107 | US PECANS LTD | $75,732.44 |
| 33898 | 20221108 | EASTERLIN PECAN COMPANY | $91,379.78 |
| 33899 | 20221108 | EASTERLIN PECAN COMPANY | $91,193.81 |
| 33900 | 20221108 | US PECANS LTD | $73,540.08 |
| 33901 | 20221109 | 5TH AVENUE TEMPORARIES LLC | $118,840.20 |
| 33902 | 20221109 | EASTERLIN PECAN COMPANY | $84,543.60 |
| 33903 | 20221109 | U.S. PECAN TRADING CO.LTD | $33,964.70 |
| 33904 | 20221109 | EASTERLIN PECAN COMPANY | $141,061.90 |
| 33905 | 20221110 | EASTERLIN PECAN COMPANY | $92,848.56 |
| 33906 | 20221110 | EASTERLIN PECAN COMPANY | $75,222.75 |
| 33907 | 20221110 | US PECANS LTD | $75,978.89 |
| 33908 | 20221111 | US PECANS LTD | $80,862.23 |
| 33909 | 20221114 | EASTERLIN PECAN COMPANY | $80,469.26 |
| 33910 | 20221114 | EASTERLIN PECAN COMPANY | $142,300.20 |
| 33911 | 20221114 | US PECANS LTD | $78,393.69 |
| 33912 | 20221115 | EASTERLIN PECAN COMPANY | $101,235.40 |
| 33913 | 20221116 | 5TH AVENUE TEMPORARIES LLC | $121,296.50 |
| 33914 | 20221116 | FRED GORDON | $250.00 |
| 33915 | 20221118 | EASTERLIN PECAN COMPANY | $92,387.89 |
| 33916 | 20221118 | EASTERLIN PECAN COMPANY | $123,318.00 |
| 33917 | 20221118 | US PECANS LTD | $57,950.00 |
| 33918 | 20221121 | 5TH AVENUE TEMPORARIES LLC | $122,753.74 |
| 33919 | 20221122 | EASTERLIN PECAN COMPANY | $99,284.60 |
| 33920 | 20221122 | EASTERLIN PECAN COMPANY | $140,746.40 |
| 33921 | 20221122 | US PECANS LTD | $80,369.70 |
| 33922 | 20221123 | EASTERLIN PECAN COMPANY | $99,705.09 |
| 33923 | 20221123 | US PECANS LTD | $83,317.91 |
| 33924 | 20221128 | EASTERLIN PECAN COMPANY | $33,438.41 |
| 33925 | 20221128 | EASTERLIN PECAN COMPANY | $36,835.42 |
| 33926 | 20221128 | US PECANS LTD | $77,038.52 |
| 33927 | 20221128 | EASTERLIN PECAN COMPANY | $123,318.00 |
| 33928 | 20221128 | JOE W FLY COMPANY | $3,639.28 |
| 33929 | 20221129 | EASTERLIN PECAN COMPANY | $71,680.07 |
| 33930 | 20221129 | EASTERLIN PECAN COMPANY | $61,663.17 |
| 33931 | 20221129 | EASTERLIN PECAN COMPANY | $16,224.79 |
| 33932 | 20221129 | US PECANS LTD | $82,582.38 |
| 33933 | 20221130 | 5TH AVENUE TEMPORARIES LLC | $68,994.80 |
| 33934 | 20221130 | EASTERLIN PECAN COMPANY | $92,985.49 |
| 33935 | 20221130 | FRED GORDON | $225.00 |
| 33936 | 20221130 | US PECANS LTD | $78,046.89 |
| 33937 | 20221130 | US PECANS LTD | $77,219.54 |
| 33938 | 20221130 | 5 STAR PRINTING | $1,582.44 |
| 33939 | 20221130 | A&D COLD STORAGE INC | $1,714.00 |

| 33940 | 20221130 | ACTION AUTOMATIC SPRINKLER INC | $3,068.90 |
| 33941 | 20221130 | ACTION FIRE ALARM LLC | $736.10 |
| 33942 | 20221130 | AIRGAS USA LLC | $4,760.99 |
| 33943 | 20221130 | AMC FREIGHT MANAGEMENT | $33,600.00 |
| 33944 | 20221130 | AMERIFLEX | $65.00 |
| 33945 | 20221130 | ARMORY STREET COLD STORAGE LLC | $125.00 |
| 33946 | 20221130 | ATG COMPUTER SOLUTIONS  LLC | $535.11 |
| 33947 | 20221130 | C.H. POWELL COMPANY | $3,083.18 |
| 33948 | 20221130 | CAPITAL ONE TRADE CREDIT | $52.07 |
| 33949 | 20221130 | CINTAS CORP | $13,596.66 |
| 33950 | 20221130 | CORSICANA NAPA  AUTO PARTS | $82.78 |
| 33951 | 20221130 | E GLOBAL SHIPPING | $15,382.60 |
| 33952 | 20221130 | EDGE BIOLOGICALS INC | $473.84 |
| 33953 | 20221130 | EDICT SYSTEMS INC | $68.90 |
| 33954 | 20221130 | ELECTRICO INC | $1,573.41 |
| 33955 | 20221130 | ELLIOTT ELECTRIC SUPPLY | $1,197.80 |
| 33956 | 20221130 | FEDEX | $4,024.56 |
| 33957 | 20221130 | FRONTIER COMPUTER CORP | $2,268.00 |
| 33958 | 20221130 | GREEN BAY PACKAGING INC. | $17,108.82 |
| 33959 | 20221130 | HERC RENTALS | $2,657.32 |
| 33960 | 20221130 | HOME DEPOT, THE | $8,624.41 |
| 33961 | 20221130 | JAMES MANUFACTURING INC | $446.25 |
| 33962 | 20221130 | KAESER COMPRESSORS | $1,426.20 |
| 33963 | 20221130 | KERENS GRAIN & ELEVATOR | $8,039.80 |
| 33964 | 20221130 | LONGHORN INDUSTRIAL SUPPLY INC | $406.90 |
| 33965 | 20221130 | MCMASTER-CARR SUPPLY COMPANY | $290.08 |
| 33966 | 20221130 | MEDICAL & SURGICAL ENVIVA | $195.00 |
| 33967 | 20221130 | MEYER LABORATORY  INC | $3,117.19 |
| 33968 | 20221130 | MUIRHEAD TRUCKING INC | $32,575.48 |
| 33969 | 20221130 | NISSHA MEDICAL TECHNOLOGIES | $699.93 |
| 33970 | 20221130 | OWEN HARDWARE INC. | $474.07 |
| 33971 | 20221130 | PARSONS COMMERCIAL ROOFING | $736.10 |
| 33972 | 20221130 | PB&H BENEFITS LLC | $302.00 |
| 33973 | 20221130 | PECAN PRODUCERS INC | $29,066.62 |
| 33974 | 20221130 | PROFILE  FILMS | $22,313.48 |
| 33975 | 20221130 | PURVIS INDUSTRIES LLC | $1,396.97 |
| 33976 | 20221130 | QUAKER TRANSPORTATION INC | $15,300.00 |
| 33977 | 20221130 | RENTOKIL | $4,025.66 |
| 33978 | 20221130 | SAF T GARD INTL INC | $151.11 |
| 33979 | 20221130 | SATAKE USA | $1,345.85 |
| 33980 | 20221130 | SAVAGE EQUIPMENT INC | $761.52 |
| 33981 | 20221130 | SILLIKER INC | $43,939.45 |

| 33982 | 20221130 | SMURFIT KAPPA NO AMERICA LLC | $23,061.08 |
| 33983 | 20221130 | TEXAS MUTUAL INSURANCE COMPANY | $1,885.36 |
| 33984 | 20221130 | VERTEX MACHINE CO. | $216.50 |
| 33985 | 20221130 | WEBER SCIENTIFIC | $1,251.47 |
| 33986 | 20221130 | WOLVER ENTERPRISES | $2,481.50 |
| 33987 | 20221201 | EASTERLIN PECAN COMPANY | $95,720.73 |
| 33988 | 20221201 | EASTERLIN PECAN COMPANY | $122,376.20 |
| 33989 | 20221201 | US PECANS LTD | $75,928.05 |
| 33990 | 20221202 | A&D COLD STORAGE INC | $1,765.50 |
| 33991 | 20221202 | EASTERLIN PECAN COMPANY | $49,569.00 |
| 33992 | 20221202 | US PECANS LTD | $78,058.85 |
| 33993 | 20221202 | DEBBIE ROY BROKERAGE CO | $22,616.07 |
| 33994 | 20221207 | 5TH AVENUE TEMPORARIES LLC | $118,024.82 |
| 33995 | 20221207 | BAILEY INSURANCE AND RISK | $175.00 |
| 33996 | 20221207 | C.H. POWELL COMPANY | $600.00 |
| 33997 | 20221207 | WEBER SCIENTIFIC | $3,754.41 |
| 33998 | 20221207 | CITY OF CORSICANA | $13,760.41 |
| 33999 | 20221208 | EASTERLIN PECAN COMPANY | $52,565.19 |
| 34000 | 20221208 | EASTERLIN PECAN COMPANY | $27,385.04 |
| 34001 | 20221208 | EASTERLIN PECAN COMPANY | $29,995.62 |
| 34002 | 20221209 | AFLAC | $6,634.20 |
| 34003 | 20221209 | AIRGAS USA LLC | $2,225.99 |
| 34004 | 20221209 | AMC FREIGHT MANAGEMENT | $54,350.00 |
| 34005 | 20221209 | AMERIFLEX | $65.00 |
| 34006 | 20221209 | AT&T | $283.68 |
| 34007 | 20221209 | AT&T | $137.26 |
| 34008 | 20221209 | ATKINSON PECAN LLC | $10,241.10 |
| 34009 | 20221209 | ATMOS ENERGY | $3,423.39 |
| 34010 | 20221209 | AUTOMATED TIME KEEPING INC | $857.60 |
| 34011 | 20221209 | BACKUP BARCODE SYSTEMS | $427.59 |
| 34012 | 20221209 | BARKE GROUP INC, THE | $5,475.00 |
| 34013 | 20221209 | BYLINE FINANCIAL GROUP | $2,573.45 |
| 34014 | 20221209 | C.H. POWELL COMPANY | $1,715.28 |
| 34015 | 20221209 | CHICAGO RABBINICAL | $5,350.00 |
| 34016 | 20221209 | CINTAS CORP | $8,216.43 |
| 34017 | 20221209 | CONSOLIDATED REFRIGERATION TEC | $25,837.00 |
| 34018 | 20221209 | CORSICANA NAPA  AUTO PARTS | $1,232.50 |
| 34019 | 20221209 | CORSICANA WELDING SUPPLY | $33.36 |
| 34020 | 20221209 | DAKOTA DISTRIBUTING  L P | $2,441.00 |
| 34021 | 20221209 | DE LAGE LANDEN FINANCIAL SER. | $672.97 |
| 34022 | 20221209 | DEAN LLOYD ENTERPRISES INC | $395.86 |
| 34023 | 20221209 | ELLIOTT ELECTRIC SUPPLY | $129.68 |

| 34024 | 20221209 | ESC CONSULTANTS | $1,000.00 |
| 34025 | 20221209 | EULER HERMES SERVICES | $19,043.47 |
| 34026 | 20221209 | FEDEX | $3,151.18 |
| 34027 | 20221209 | FORTIS SOLUTIONS GROUP | $2,387.09 |
| 34028 | 20221209 | HEART OF TEXAS | $2,244.57 |
| 34029 | 20221209 | HOME DEPOT, THE | $3,028.46 |
| 34030 | 20221209 | HOWARDS FIRE EXTIN SERV | $108.10 |
| 34031 | 20221209 | JAMES MANUFACTURING INC | $324.75 |
| 34032 | 20221209 | KERENS GRAIN & ELEVATOR | $2,781.00 |
| 34033 | 20221209 | LUMINANT ENERGY COMPANY LLC | $3,303.96 |
| 34034 | 20221209 | METLIFE SMALL BUSINESS CENTER | $3,023.40 |
| 34035 | 20221209 | MEYER LABORATORY  INC | $3,690.30 |
| 34036 | 20221209 | MUIRHEAD TRUCKING INC | $5,355.97 |
| 34037 | 20221209 | NELSON PROPANE INC | $186.95 |
| 34038 | 20221209 | NEOGEN CORPORATION | $246.10 |
| 34039 | 20221209 | OWEN HARDWARE INC. | $380.03 |
| 34040 | 20221209 | PURVIS INDUSTRIES LLC | $843.18 |
| 34041 | 20221209 | RANDY'S ELECTRIC INC | $282.89 |
| 34042 | 20221209 | RELIANT ENERGY | $29,546.40 |
| 34043 | 20221209 | RENTOKIL | $2,079.45 |
| 34044 | 20221209 | REPUBLIC SERVICES #069 | $2,454.01 |
| 34045 | 20221209 | SAF T GARD INTL INC | $608.09 |
| 34046 | 20221209 | SAVAGE EQUIPMENT INC | $805.19 |
| 34047 | 20221209 | SHARE-IFY | $640.00 |
| 34048 | 20221209 | STROUD SECURITY SYSTEMS LP | $35.00 |
| 34049 | 20221209 | TEXAS MUTUAL INSURANCE COMPANY | $1,895.36 |
| 34050 | 20221209 | THERMO EBERLINE LLC | $90.00 |
| 34051 | 20221209 | TOYOTA INDUSTRIES | $477.35 |
| 34052 | 20221209 | TRAVELERS CL REMITTANCE CENTER | $262.00 |
| 34053 | 20221209 | URSCHEL LABORATORIES, INC. | $261.59 |
| 34054 | 20221209 | VYVE | $945.21 |
| 34055 | 20221209 | WELLS FARGO EQUIPMENT FINANCE | $659.57 |
| 34056 | 20221209 | EASTERLIN PECAN COMPANY | $46,697.98 |
| 34057 | 20221209 | EASTERLIN PECAN COMPANY | $46,928.64 |
| 34058 | 20221209 | US PECANS LTD | $71,165.43 |
| 34059 | 20221212 | EASTERLIN PECAN COMPANY | $41,746.02 |
| 34060 | 20221212 | EASTERLIN PECAN COMPANY | $30,587.02 |
| 34061 | 20221212 | EASTERLIN PECAN COMPANY | $2,993.90 |
| 34062 | 20221212 | EASTERLIN PECAN COMPANY | $24,823.82 |
| 34063 | 20221213 | AMC FREIGHT MANAGEMENT | $11,600.00 |
| 34064 | 20221213 | CINTAS CORP | $5,703.59 |
| 34065 | 20221213 | DAIRY FARMERS OF AMERICA | $7,716.60 |

| 34066 | 20221213 | MUIRHEAD TRUCKING INC | $10,324.76 |
| 34067 | 20221213 | NPSA | $1,000.00 |
| 34068 | 20221213 | NPSA | $2,500.00 |
| 34069 | 20221213 | NUTSOURCE  INC | $30,174.29 |
| 34070 | 20221213 | RENTOKIL | $2,640.27 |
| 34071 | 20221213 | SMURFIT KAPPA NO AMERICA LLC | $18,679.97 |
| 34072 | 20221213 | US PECANS LTD | $54,311.49 |
| 34073 | 20221213 | US PECANS LTD | $138,453.70 |
| 34074 | 20221213 | EASTERLIN PECAN COMPANY | $39,234.05 |
| 34075 | 20221213 | EASTERLIN PECAN COMPANY | $36,577.01 |
| 34076 | 20221214 | 5TH AVENUE TEMPORARIES LLC | $131,385.75 |
| 34077 | 20221214 | BAILEY INSURANCE AND RISK | $174,393.75 |
| 34078 | 20221214 | EVOLUTION INSURANCE PARTNERS | $21,005.00 |
| 34079 | 20221214 | NATIONWIDE AGRIBUSINESS INS CO | $27,511.60 |
| 34080 | 20221214 | TEXAS MUTUAL INSURANCE COMPANY | $1,720.29 |
| 34081 | 20221214 | EASTERLIN PECAN COMPANY | $13,134.26 |
| 34082 | 20221214 | EASTERLIN PECAN COMPANY | $64,259.03 |
| 34083 | 20221215 | EASTERLIN PECAN COMPANY | $0.00 |
| 34084 | 20221215 | JOANN H. MEANS | $32,737.50 |
| 34085 | 20221215 | US PECANS LTD | $77,512.05 |
| 34086 | 20221215 | EASTERLIN PECAN COMPANY | $7,063.62 |
| 34087 | 20221215 | EASTERLIN PECAN COMPANY | $44,711.68 |
| 34088 | 20221215 | EASTERLIN PECAN COMPANY | $39,314.78 |
| 34089 | 20221210 | DAVID J SMITH | $6,358.80 |
| 34090 | 20221210 | EVANS BROKERAGE COMPANY | $850.59 |
| 34091 | 20221210 | H & W INGREDIENTS | $2,557.40 |
| 34092 | 20221210 | J F KELLY CO | $3,819.56 |
| 34093 | 20221210 | JOHN H GARONI | $898.80 |
| 34094 | 20221210 | LEHIGH FOOD SALES INC | $109.44 |
| 34095 | 20221210 | MARATHON ASSOCIATES INC | $3,496.50 |
| 34096 | 20221210 | NATURE'S FINEST FOODS LTD | $25,766.32 |
| 34097 | 20221210 | S KAMBERG & CO LTD | $6,554.34 |
| 34098 | 20221210 | TOTALLY NUTS & MORE | $808.08 |
| 34099 | 20221210 | TRETTER FOOD INGREDIENTS | $968.23 |
| 34100 | 20221215 | AETNA | $34,031.99 |
| 34101 | 20221215 | AKV PLUMBING CONTRACTORS | $7,607.71 |
| 34102 | 20221215 | AMVT LLC | $20,000.00 |
| 34103 | 20221215 | CPR  LLC | $7,653.50 |
| 34104 | 20221215 | HEART OF TEXAS | $2,209.92 |
| 34105 | 20221215 | REPUBLIC SERVICES #069 | $3,047.86 |
| 34106 | 20221215 | VYVE | $935.14 |
| 34107 | 20221216 | BAILEY INSURANCE AND RISK | $74,178.88 |

| 34108 | 20221216 | EASTERLIN PECAN COMPANY | $29,856.38 |
| 34109 | 20221216 | EASTERLIN PECAN COMPANY | $20,666.36 |
| 34110 | 20221216 | US PECANS LTD | $66,518.07 |
| 34111 | 20221219 | EASTERLIN PECAN COMPANY | $14,266.53 |
| 34112 | 20221219 | EASTERLIN PECAN COMPANY | $7,495.16 |
| 34113 | 20221219 | EASTERLIN PECAN COMPANY | $27,997.38 |
| 34114 | 20221219 | EASTERLIN PECAN COMPANY | $37,137.62 |
| 34115 | 20221219 | US PECANS LTD | $84,968.39 |
| 34116 | 20221220 | EASTERLIN PECAN COMPANY | $22,269.70 |
| 34117 | 20221220 | GARY RICHARDSON | $525.00 |
| 34118 | 20221220 | L & C OPERATIONS LLC | $6,394.75 |
| 34119 | 20221220 | US PECANS LTD | $61,349.00 |
| 34120 | 20221221 | 5TH AVENUE TEMPORARIES LLC | $25,773.00 |
| 34121 | 20221221 | 5TH AVENUE TEMPORARIES LLC | $95,860.32 |
| 34122 | 20221221 | ARELI  FARELAS | $300.00 |
| 34123 | 20221221 | JOHN DEERE FINANCIAL | $1,069.87 |
| 34124 | 20221221 | SANTA E GOVEA | $500.00 |
| 34125 | 20221222 | EASTERLIN PECAN COMPANY | $55,321.07 |
| 34126 | 20221222 | US PECANS LTD | $63,691.84 |
| 34127 | 20221222 | EASTERLIN PECAN COMPANY | $36,306.81 |
| 34128 | 20221223 | EASTERLIN PECAN COMPANY | $63,520.50 |
| 34129 | 20221223 | NUTSOURCE  INC | $25,467.50 |
| 34130 | 20221223 | US PECANS LTD | $91,166.82 |
| 34131 | 20221227 | EASTERLIN PECAN COMPANY | $13,854.74 |
| 34132 | 20221227 | EASTERLIN PECAN COMPANY | $59,593.37 |
| 34133 | 20221227 | US PECANS LTD | $63,263.74 |
| 34134 | 20221228 | 5TH AVENUE TEMPORARIES LLC | $90,939.89 |
| 34135 | 20221228 | 5TH AVENUE TEMPORARIES LLC | $25,813.09 |
| 34136 | 20221228 | FRED GORDON | $125.00 |
| 34137 | 20221228 | HELEN B. JORDAN | $172.06 |
| 34138 | 20221228 | JANE HARRIS | $209.35 |
| 34139 | 20221228 | VONDA HOWARD | $350.53 |
| 34140 | 20221228 | BRUCE ROY | $56,019.30 |
| 34141 | 20221229 | D & P COLD STORAGE | $4,062.71 |
| 34142 | 20221229 | EASTERLIN PECAN COMPANY | $28,641.26 |
| 34143 | 20221229 | EASTERLIN PECAN COMPANY | $19,152.04 |
| 34144 | 20221229 | EASTERLIN PECAN COMPANY | $46,705.25 |
| 34145 | 20221230 | BRUCE ROY | $0.00 |
| 34146 | 20221230 | EASTERLIN PECAN COMPANY | $0.00 |
| 34147 | 20221230 | BRUCE ROY | $59,614.90 |
| 34148 | 20221230 | EASTERLIN PECAN COMPANY | $60,709.96 |
| 34149 | 20230103 | EASTERLIN PECAN COMPANY | $14,237.09 |
| 34150 | 20230103 | EASTERLIN PECAN COMPANY | $55,525.92 |

| 34151 | 20230103 | EASTERLIN PECAN COMPANY | $61,210.92 |
| 34152 | 20230104 | 5TH AVENUE TEMPORARIES LLC | $72,284.35 |
| 34153 | 20230104 | 5TH AVENUE TEMPORARIES LLC | $21,741.85 |
| 34154 | 20221231 | AETNA | $34,031.99 |
| 34155 | 20221231 | AFLAC | $3,317.10 |
| 34156 | 20221231 | AT&T | $147.28 |
| 34157 | 20221231 | ATG COMPUTER SOLUTIONS  LLC | $1,236.36 |
| 34158 | 20221231 | ATMOS ENERGY | $3,085.07 |
| 34159 | 20221231 | BRIGHTLY  SOFTWARE INC | $6,205.39 |
| 34160 | 20221231 | CAPITAL ONE TRADE CREDIT | $183.34 |
| 34161 | 20221231 | CINTAS CORP | $5,118.45 |
| 34162 | 20221231 | CITY OF CORSICANA | $7,093.52 |
| 34163 | 20221231 | DAKOTA DISTRIBUTING  L P | $2,441.00 |
| 34164 | 20221231 | DEIBEL LABORATORIES | $840.00 |
| 34165 | 20221231 | HEART OF TEXAS | $4,882.08 |
| 34166 | 20221231 | MCKEE LUMBER & TRUE VALUE | $226.50 |
| 34167 | 20221231 | MEDICAL & SURGICAL ENVIVA | $75.00 |
| 34168 | 20221231 | METLIFE SMALL BUSINESS CENTER | $6,046.80 |
| 34169 | 20221231 | PB&H BENEFITS LLC | $302.00 |
| 34170 | 20221231 | RELIANT ENERGY | $28,526.59 |
| 34171 | 20221231 | TRAVELERS CL REMITTANCE CENTER | $262.00 |
| 34172 | 20221231 | URSCHEL LABORATORIES, INC. | $268.15 |
| 34173 | 20230106 | A-1 FIRE & SECURITY EQUIPMENT | $2,473.52 |
| 34174 | 20230106 | AMC FREIGHT MANAGEMENT | $23,200.00 |
| 34175 | 20230106 | FEDEX | $3,548.51 |
| 34176 | 20230106 | HERC RENTALS | $2,657.32 |
| 34177 | 20230106 | KERENS GRAIN & ELEVATOR | $5,257.20 |
| 34178 | 20230106 | MEYER LABORATORY  INC | $5,028.87 |
| 34179 | 20230106 | MUIRHEAD TRUCKING INC | $17,284.09 |
| 34180 | 20230106 | QUAKER TRANSPORTATION INC | $3,200.00 |
| 34181 | 20230106 | SILLIKER INC | $10,884.68 |
| 34182 | 20230106 | EASTERLIN PECAN COMPANY | $20,448.67 |
| 34183 | 20230106 | EASTERLIN PECAN COMPANY | $14,871.26 |
| 34184 | 20230106 | EASTERLIN PECAN COMPANY | $21,597.07 |
| 34185 | 20230106 | EASTERLIN PECAN COMPANY | $26,694.82 |
| 34186 | 20230106 | EASTERLIN PECAN COMPANY | $25,522.75 |
| 34187 | 20230109 | BRUCE ROY | $59,989.23 |
| 34188 | 20230109 | EASTERLIN PECAN COMPANY | $26,114.61 |
| 34189 | 20230109 | EASTERLIN PECAN COMPANY | $30,300.71 |
| 34190 | 20230111 | 5TH AVENUE TEMPORARIES LLC | $82,240.61 |
| 34191 | 20230111 | 5TH AVENUE TEMPORARIES LLC | $20,907.18 |
| 34192 | 20230111 | YWRD P C | $36,984.65 |
| 34193 | 20230117 | 5TH AVENUE TEMPORARIES LLC | $56,365.29 |

| 34194 | 20230117 | 5TH AVENUE TEMPORARIES LLC | $17,851.00 |
| 34195 | 20230119 | AT&T | $244.10 |
| 34196 | 20230119 | LUMINANT ENERGY COMPANY LLC | $3,567.78 |
| 34197 | 20230119 | VYVE | $928.94 |
| 34198 | 20230125 | 5TH AVENUE TEMPORARIES LLC | $53,875.75 |
| 34199 | 20230125 | 5TH AVENUE TEMPORARIES LLC | $18,272.89 |
| 90005047 | 20221104 | PURE & NATURAL FOOD CONSORTIUM | $61,737.66 |
| 90005048 | 20221101 | HILLCREST BANK | $43,684.80 |
| 90005049 | 20221101 | HILLCREST BANK | $21,501.37 |
| 90005050 | 20221101 | SUN TRUST BANKS INC | $97.88 |
| 90005051 | 20221101 | SUN TRUST BANKS INC | $87,062.47 |
| 90005056 | 20221101 | UNITED PARCEL SERVICE | $954.00 |
| 90005057 | 20221103 | ING LIFE INS & ANNUITY CO | $3,179.69 |
| 90005058 | 20221103 | STAHMANN FARMS ENTERPRISES | $52,479.00 |
| 90005061 | 20221107 | STONE TOWER CAPITAL | $31,275.00 |
| 90005062 | 20221107 | GALENA CAPITAL PARTNERS INC | $19,706.31 |
| 90005064 | 20221109 | STAHMANN FARMS ENTERPRISES | $52,479.00 |
| 90005065 | 20221110 | ING LIFE INS & ANNUITY CO | $3,309.32 |
| 90005066 | 20221110 | 3 M PROCESSING LLC | $60,000.00 |
| 90005067 | 20221116 | DE LAGE LANDEN FINANCIAL SER. | $1,154.74 |
| 90005068 | 20221115 | HILLCREST BANK | $24,756.60 |
| 90005069 | 20221115 | SUNTRUST BANK | $463.35 |
| 90005070 | 20221121 | SUNTRUST BANK | $2,972.27 |
| 90005071 | 20221202 | HILLCREST BANK | $43,684.80 |
| 90005072 | 20221202 | SUN TRUST BANKS INC | $89,107.46 |
| 90005073 | 20221201 | SUN TRUST BANKS INC | $644.05 |
| 90005074 | 20221201 | HILLCREST BANK | $21,563.21 |
| 90005075 | 20221122 | UNITED PARCEL SERVICE | $511.26 |
| 90005076 | 20221129 | UNITED PARCEL SERVICE | $843.52 |
| 90005077 | 20221206 | UNITED PARCEL SERVICE | $606.74 |
| 90005078 | 20221108 | UNITED PARCEL SERVICE | $1,538.02 |
| 90005079 | 20221115 | UNITED PARCEL SERVICE | $1,369.04 |
| 90005080 | 20221117 | ING LIFE INS & ANNUITY CO | $3,211.32 |
| 90005081 | 20221123 | ING LIFE INS & ANNUITY CO | $3,277.95 |
| 90005082 | 20221129 | ING LIFE INS & ANNUITY CO | $3,228.90 |
| 90005083 | 20221206 | ING LIFE INS & ANNUITY CO | $3,020.67 |
| 90005084 | 20221202 | STONE TOWER CAPITAL | $15,825.00 |
| 90005085 | 20221121 | STAPLES BUSINESS ADV CREDIT | $333.16 |
| 90005086 | 20221201 | CHASE CARD SERVICES | $17,206.17 |
| 90005087 | 20221128 | BONDS ELLIS EPPICH SHAFER | $100,000.00 |
| 90005088 | 20221215 | SUNTRUST BANK | $413.89 |
| 90005089 | 20221215 | GALENA CAPITAL PARTNERS INC | $17,269.80 |

| 90005090 | 20221213 | INTERNATIONAL FOOD PARTNETS | $35,000.00 |
| 90005091 | 20221213 | GLOBAL TRADING & AGENCY | $6,381.65 |
| 90005092 | 20221213 | UNITED PARCEL SERVICE | $743.64 |
| 90005093 | 20221212 | ING LIFE INS & ANNUITY CO | $3,053.66 |
| 90005094 | 20221212 | STONE TOWER CAPITAL | $9,900.00 |
| 90005095 | 20221220 | STAPLES BUSINESS ADV CREDIT | $1,261.80 |
| 90005096 | 20221220 | UNITED PARCEL SERVICE | $996.09 |
| 90005097 | 20221227 | UNITED PARCEL SERVICE | $3,161.14 |
| 90005098 | 20221219 | CAMILLA COMMODITY SERVICES INC | $25,000.00 |
| 90005099 | 20221222 | ING LIFE INS & ANNUITY CO | $3,284.97 |
| 90005100 | 20221221 | SUNTRUST BANK | $3,004.12 |
| 90005101 | 20221230 | ING LIFE INS & ANNUITY CO | $5,413.35 |
| 90005102 | 20230103 | UNITED PARCEL SERVICE | $1,286.79 |
| 90005103 | 20230106 | ING LIFE INS & ANNUITY CO | $3,251.84 |
| 90005104 | 20230103 | HILLCREST BANK | $43,684.80 |
| 90005105 | 20230103 | HILLCREST BANK | $21,950.75 |
| 90005106 | 20230103 | SUN TRUST BANKS INC | $95,164.73 |
| 90005107 | 20230103 | SUN TRUST BANKS INC | $726.86 |
| 90005108 | 20221216 | DE LAGE LANDEN FINANCIAL SER. | $1,194.99 |
| 90005109 | 20221209 | GALENA CAPITAL PARTNERS INC | $360.00 |
| 90005110 | 20230110 | NAVARRO PECAN CO BENEFIT ACCT | $8,000.00 |
| 90005111 | 20230110 | ING LIFE INS & ANNUITY CO | $3,176.08 |
| 90005112 | 20230110 | UNITED PARCEL SERVICE | $606.12 |
| 90005113 | 20230110 | GLOBAL BOTTOMLINE LLC | $219,016.18 |
| 90005114 | 20230119 | GLOBAL BOTTOMLINE LLC | $78,015.64 |
| 90005115 | 20230119 | ING LIFE INS & ANNUITY CO | $3,193.20 |
| 90005116 | 20230117 | UNITED PARCEL SERVICE | $698.94 |
| 90005117 | 20230117 | SUNTRUST BANK | $240.00 |
| 90005118 | 20230118 | DE LAGE LANDEN FINANCIAL SER. | $1,194.99 |
| 90005119 | 20230120 | INTERNATIONAL FOOD PARTNETS | $99,487.49 |
| 90005120 | 20230120 | STAPLES BUSINESS ADV CREDIT | $1,314.36 |
| 90005122 | 20230104 | CHASE CARD SERVICES | $14,565.53 |
| 90005123 | 20230120 | STONE TOWER CAPITAL | $96,000.00 |
| 90005124 | 20230123 | SUNTRUST BANK | $3,042.94 |
| 90005125 | 20230124 | UNITED PARCEL SERVICE | $1,087.74 |
| 90005126 | 20230125 | ING LIFE INS & ANNUITY CO | $2,903.12 |
| 90005127 | 20230131 | UNITED PARCEL SERVICE | $814.41 |

Navarro Pecan Company, Inc. (Case No. 23-40266-elm11, Bankr. N.D. Tex.)

Statement of Financial Affairs – Part 2, Question 4, 30

| Name | Dates | Check Amount | Reason for Transfer |
|---|---|---|---|
| Stone Tower / Brad Walker | 20220224 – 20230120 | $87,593.83 | Comp for Services |
| Galena Capital | 20220719 – 20221209 | $140,984.20 | Comp for Services |
| Triton Capital | 20220222 – 20220602 | $37,500 | Comp for Services |
| Joann Means | 20221215 – 20230118 | $377,538.60 | Comp for Services |
| Mark Franks | 20220130 – 20231029 | $56,254.57 | Salary |
| Mary Magers | 20220130 – 20231029 | $61,933.32 | Salary |