Joshua N. Eppich
Texas Bar I.D. No. 24050567
J. Robertson Clarke
Texas Bar I.D. No. 24108098
C. Joshua Osborne
Texas Bar I.D. No. 24065856
Bryan C. Assink
Texas Bar I.D. No. 24089009
BONDS ELLIS EPPICH SCHAFER JONES LLP
420 Throckmorton Street, Suite 1000
Fort Worth, Texas 76102
(817) 405-6900 telephone
(817) 405-6902 facsimile
Email: joshua@bondsellis.com
Email: robbie.clarke@bondsellis.com
Email: c.joshosborne@bondsellis.com
Email: bryan.assink@bondsellis.com

**COUNSEL FOR DEBTOR AND
DEBTOR-IN-POSSESSION**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| NAVARRO PECAN COMPANY, INC., | § | CASE NO. 23-40266-elm11 |
| | § | |
| Debtor.[1] | § | |

**NOTICE OF SALE CLOSING**

**PLEASE TAKE NOTICE** that, on January 30, 2023 (the "**Petition Date**"), the above-captioned debtor and debtor in possession (the "**Debtor**") filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code (the "**Bankruptcy Code**").

**PLEASE TAKE FURTHER NOTICE** that, on February 22, 2023, the Debtor filed the *Amended Motion for Entry of an Order (A) Authorizing the Sale of Subject Assets Free and Clear of Liens, Claims, Encumbrances, and Other Interests, (B) Granting the Buyer the Protections Afforded to a Good Faith Purchaser, (C) Approving Buyer Protections in Connection with Sale of Assets of the Debtor and (D) Granting Related Relief* [Docket No. 88].

**PLEASE TAKE FURTHER NOTICE** that, on March 9, 2023, the Court entered its *Order Granting Amended Motion for the Entry of an Order (A) Authorizing the Sale of Subject Assets Free and Clear of Liens, Claims, Encumbrances, and Other Interests, (B) Granting the Buyer the Protections Afforded to a Good Faith Purchaser, (C) Approving Buyer Protections in*

---

[1] The Debtor's principal address is 4200 South Hulen Street, Suite 680, Fort Worth, Texas 76109. The Debtor's facilities are located at 2131 East Highway 31, Corsicana, Texas 75109.

1

*Connection with Sale of Assets of the Debtor and (D) Granting Related Relief* [Docket No. 145] (the "**Sale Order**").[2]

**PLEASE TAKE FURTHER NOTICE** that the Closing of the Sale between the Debtor and RJS Holdings, LLC, as Buyer, pursuant to the Sale Order and the Asset Purchase Agreement occurred on March 22, 2023.

Dated: March 24, 2023

Respectfully Submitted,

/s/ *Joshua N. Eppich*
Joshua N. Eppich
Texas Bar I.D. No. 24050567
J. Robertson Clarke
Texas Bar I.D. No. 24108098
C. Joshua Osborne
Texas Bar I.D. No. 24065856
Bryan C. Assink
Texas Bar I.D. No. 24089009
BONDS ELLIS EPPICH SCHAFER JONES LLP
420 Throckmorton Street, Suite 1000
Fort Worth, Texas 76102
(817) 405-6900 telephone
(817) 405-6902 facsimile
Email: joshua@bondsellis.com
Email: robbie.clarke@bondsellis.com
Email: c.joshosborne@bondsellis.com
Email: bryan.assink@bondsellis.com

**COUNSEL FOR DEBTOR AND DEBTOR-IN-POSSESSION**

**CERTIFICATE OF SERVICE**

I certify that on March 24, 2023, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Northern District of Texas.

/s/ *Joshua N. Eppich*
Joshua N. Eppich

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings given to them in the Sale Order.